# EXHIBIT "A"

# YOUR EMPLOYEE
# BENEFIT PLAN

## METROPOLITAN LIFE INSURANCE COMPANY

### Retirees
### Basic Life Benefits
### Optional Dependent Life Benefits

### Certificate Date: January 1, 2010

Exhibit Number 18

Metropolitan Life Insurance Company
200 Park Avenue
New York, New York 10166

TO OUR EMPLOYEES:

All of us appreciate the protection and security insurance provides.

This certificate describes the benefits that are available to you. We urge you to read it carefully.

Benefits are provided through a group policy issued to Metropolitan Life Insurance Company by Metropolitan Life Insurance Company.

Metropolitan Life Insurance Company

# MetLife®

Metropolitan Life Insurance Company
200 Park Avenue, New York, New York  10166

Certifies that, under and subject to the terms and conditions of the Group Policy issued to the Employer, coverage is provided for each Employee as defined herein.

The date when an Employee is eligible for coverage is set forth in the form with the title Eligibility for Benefits.

The date when an Employee's Personal Benefits become effective is set forth in the form with the title Effective Dates of Personal Benefits.

The date when an Employee's Dependent Benefits become effective is set forth in the form with the title Effective Dates of Dependent Benefits.

The amounts of coverage are determined by the form with the title Schedule of Benefits.

C. Robert Henrikson
Chairman of the Board, President and Chief Executive Officer

Policyholder:      **Metropolitan Life Insurance Company**

Group Policy No.:  **35040-G**

**Florida Residents: The benefits of the policy providing your coverage are governed primarily by the law of a state other than Florida.**

## For Maryland residents: The group insurance policy providing coverage under this certificate was issued in a jurisdiction other than Maryland and may not provide all of the benefits required by Maryland law.

Accelerated Benefits may be taxable. If so, you or your Beneficiary may incur a tax obligation. As with all tax matters, you should consult your personal tax advisor to assess the impact of this Benefit.

**Texas Residents: Please Read the Notice Pages for Texas Residents Carefully**

If any prior certificate relating to the coverage set forth herein has been given to the Employee, such certificate is void.

Form G.23000-Cert.-1

**For Texas Residents:**

**IMPORTANT NOTICE**

To obtain information or make a complaint:

You may call MetLife's toll-free telephone number for information or to make a complaint at

1-800-638-5433

You may contact the Texas Department of Insurance to obtain information on companies, coverages, rights or complaints at

1-800-252-3439

You may write the Texas Department of Insurance
P.O. Box 149104
Austin, TX 78714-9104
Fax # 512 - 475-1771

Web: http://www.tdi.state.tx.us

Email: ConsumerProtection@tdi.state.tx.us

**PREMIUM OR CLAIM DISPUTES:** Should you have a dispute concerning your premium or about a claim you should contact MetLife first. If the dispute is not resolved, you may contact the Texas Department of Insurance.

**ATTACH THIS NOTICE TO YOUR CERTIFICATE:** This notice is for information only and does not become a part or condition of the attached document.

**Para Residentes de Texas:**

**AVISO IMPORTANTE**

Para obtener información o para someter una queja:

Usted puede llamar al numero de teléfono gratis de MetLife para información o para someter una queja al

1-800-638-5433

Puede comunicarse con el Departamento de Seguros de Texas para obtener información acerca de compañías, coberturas, derechos o quejas al

1-800-252-3439

Puede escribir al Departamento de Seguros de Texas
P.O. Box 149104
Austin, TX 78714-9104
Fax # 512 - 475-1771

Web: http://www.tdi.state.tx.us

Email: ConsumerProtection@tdi.state.tx.us

**DISPUTAS SOBRE PRIMAS O RECLAMOS:** Si tiene una disputa concerniente a su prima o a un reclamo, debe comunicarse con MetLife primero. Si no se resuelve la disputa, puede entonces comunicarse con el departamento (TDI).

**UNA ESTE AVISO A SU CERTIFICADO:** Este aviso es solo para propósito de información y no se convierte en parte o condición del documento adjunto.

**NOTICE FOR RESIDENTS OF TEXAS**

**The Definition Of Dependent Is Modified For The Coverages Listed Below:**

**For Texas Residents (Life Benefits):**

The term also includes Your grandchildren.  The age limit for children and grandchildren will not be less than 25, regardless of the child's or grandchild's student status or full-time employment status.  In addition, grandchildren must be able to be claimed by you as a dependent for Federal Income Tax purposes at the time you applied for Insurance.

**For Texas Residents:**

**IMPORTANT NOTICES**

DEATH BENEFITS WILL BE REDUCED IF AN ACCELERATION-OF-LIFE-INSURANCE BENEFIT IS PAID.

**DISCLOSURE: The acceleration-of-life-insurance benefits offered under this certificate are intended to qualify for favorable tax treatment under the Internal Revenue Code of 1986. If the acceleration-of-life-insurance benefits qualify for such favorable tax treatment, the benefits will be excludable from your income and not subject to federal taxation. Tax laws relating to acceleration-of-life insurance benefits are complex. You are advised to consult with a qualified tax advisor about circumstances under which you could receive acceleration-of-life-insurance benefits excludable from income under the federal law.**

**DISCLOSURE: Receipt of acceleration-of-life-insurance benefits may affect your, your spouse's or your family's eligibility for public assistance programs such as Medical Assistance (Medicaid), Aid to Families with Dependent Children (AFDC), supplementary Social Security Income (SSI), and drug assistance programs. You are advised to consult with a qualified tax advisor and with social service agencies concerning how receipt of such payment will affect your, your spouse and your family's eligibility for public assistance.**

**Arkansas residents please be advised of the following:**

**IMPORTANT NOTICE**

**IF YOU HAVE A QUESTION CONCERNING YOUR COVERAGE OR A CLAIM, FIRST CONTACT YOUR GROUP EMPLOYER OR GROUP ACCOUNT ADMINISTRATOR. IF, AFTER DOING SO, YOU STILL HAVE A CONCERN, YOU MAY CALL METLIFE'S TOLL-FREE TELEPHONE NUMBER:**

**1-800-638-5433**

**IF YOU ARE STILL CONCERNED AFTER CONTACTING BOTH YOUR GROUP EMPLOYER AND METLIFE, YOU SHOULD FEEL FREE TO CONTACT:**

**ARKANSAS INSURANCE DEPARTMENT**
**CONSUMER SERVICES DIVISION**
**1200 WEST THIRD STREET**
**LITTLE ROCK, ARKANSAS 72201-1904**
**(501) 371-2640 or (800) 852-5494**

**California residents please be advised of the following:**

**IMPORTANT NOTICE**

**TO OBTAIN ADDITIONAL INFORMATION, OR TO MAKE A COMPLAINT, CONTACT METLIFE AT:**

**METROPOLITAN LIFE INSURANCE COMPANY**
**200 PARK AVENUE**
**NEW YORK, NY 10166**
**ATTN: CORPORATE CONSUMER RELATIONS DEPARTMENT**
**1-800-638-5433**

**IF, <u>AFTER</u> CONTACTING METLIFE REGARDING A COMPLAINT, YOU FEEL THAT A SATISFACTORY RESOLUTION HAS NOT BEEN REACHED, YOU MAY FILE A COMPLAINT WITH THE CALIFORNIA INSURANCE DEPARTMENT AT:**

**CALIFORNIA DEPARTMENT OF INSURANCE**
**300 SOUTH SPRING STREET**
**LOS ANGELES, CA 90013**
**1-800-927-4357 (within California)**
**1-213-897-8921 (outside California)**

**Georgia residents please be advised of the following:**

### IMPORTANT NOTICE

**The laws of the state of Georgia prohibit insurers from unfairly discriminating against any person based upon his or her status as a victim of family violence.**

**Idaho residents please be advised of the following:**

## IMPORTANT NOTICE

**IF YOU HAVE A QUESTION CONCERNING YOUR COVERAGE OR A CLAIM, FIRST CONTACT YOUR GROUP EMPLOYER. IF, AFTER DOING SO, YOU STILL HAVE A CONCERN, YOU MAY CALL METLIFE'S TOLL-FREE TELEPHONE NUMBER:**

**1-800-638-5433**

**IF YOU ARE STILL CONCERNED AFTER CONTACTING BOTH YOUR GROUP EMPLOYER AND METLIFE, YOU SHOULD FEEL FREE TO CONTACT:**

**IDAHO DEPARTMENT OF INSURANCE**
**CONSUMER AFFAIRS**
**700 WEST STATE STREET, 3RD FLOOR**
**PO BOX 83720**
**BOISE, IDAHO 83720-0043**
**1-800-721-3272 or www.DOI.Idaho.gov**

**NOTICE FOR RESIDENTS OF MINNESOTA**

---

**RIGHT TO CONTINUE LIFE BENEFITS (On Your Own Account) AND LIFE BENEFITS (On Account of Dependents)**

---

**A.   When the RIGHT TO CONTINUE LIFE BENEFITS (On Your Own Account) AND LIFE BENEFITS (On Account of Dependents) is available.**

The right to continue these Benefits will be available to you when these Benefits would otherwise end because Active Work ends due to:

**1.**   the voluntary or involuntary termination of your employment; or

**2.**   your being Laid Off; or

**3.**   your ceasing to be in an eligible class;

except that this right will not be available:

   **a.**   if these Benefits end because This Plan ends; or

   **b.**   if your Dependents were not covered for LIFE BENEFITS (On Account of Dependents) for at least 60 days.

"Laid Off" means that there is a reduction in hours to the point where you are no longer eligible for these Benefits under This Plan.

**B.   What Must Be Done to Continue LIFE BENEFITS (On Your Own Account) and LIFE BENEFITS (On Account of Dependents).**

In order to continue these Benefits, you must:

**1.**   make a request to the Employer to continue these Benefits; and

**2.**   make any payment which is required for the cost of the continued Benefits.

For the first 18 months of continuation the amount of the premium you will be required to pay will not exceed the amount of premium required to be paid for active employees for such insurance (the amount that will be require includes any premium amounts previously paid by the employer as well as the employee). All premium payments must be made directly to us.  You will be provided with payment instructions.

The request and the first payment must be made within 60 days after the later of:

   **a.**   the date on which you received notice of the right to continue these Benefits; and

   **b.**   the date on which these Benefits would otherwise have ended.

The notice will be sent to you by the Employer by first class certified mail to your last known address.

If the conditions set forth in this Section B are complied with, these Benefits will continue to be in effect until the earliest of the dates set forth in Section C.

If you continue insurance under this section, any reductions in insurance or increases in premiums that would have applied if you were Actively at Work will apply to the continued insurance.

At the end of 18 months you may choose to continue the insurance under this section.  If you choose to continue the insurance, we reserve the right to change premiums at that time, and may change premiums from time to time thereafter.  All premium payments must be made directly to us.  We will provide a schedule of the new premiums and payment instructions.

**C.   When LIFE BENEFITS (On Your Own Account) AND LIFE BENEFITS (On Account of Dependents) Ends.**

If continued, these Benefits will end on the earliest of:

**1.**   the date This Plan ends; or

**2.**   the date you become covered as an employee for similar types of benefits under any other group plan or program; or

**3.**   if you do not make a payment which is required by the for the cost of these Benefits, the last day of the period for which a required payment was made; or

**4.**   in the case of a Dependent, the date that person ceases to be a Dependent, as defined.

**D.   When the Right to Obtain a Personal Policy Is Available**

When a continuation under this section ends (except if it is ending because you have become covered as an employee under this plan), the right to obtain a personal policy from us will be available if the LIFE BENEFITS (On Your Own Account) or the LIFE BENEFITS (On Account of Dependents) end as set forth in items (1), (2), (3), or (4) of Section C, above.

The conditions under which a personal policy may be obtained are set forth in RIGHT TO OBTAIN A PERSONAL POLICY OF LIFE INSURANCE ON YOUR OWN LIFE and RIGHT TO OBTAIN A PERSONAL POLICY OF LIFE INSURANCE ON THE LIFE OF A DEPENDENT.  The personal policy will be on a form issued by us which provides the same or substantially similar benefits as those provided by these Benefits. Any limitation dealing with the right to apply during the Application Period or the amount of the policy will not apply in the event item (1) of Section C above occurs.

**IMPORTANT NOTICE**

**NOTICE FOR RESIDENTS OF MONTANA**

**If a claim on your life or your Dependent's life becomes payable under this certificate, settlement of the claim shall be made within 60 days of the date that we receive proof of death that is satisfactory to us.  The settlement shall include interest from the 30th day after we receive such proof until settlement.  Such interest shall be paid at the rate required by law in Montana.**

# Notice of Protection Provided by
# Utah Life and Health Insurance Guaranty Association

This notice provides a brief summary of the Utah Life and Health Insurance Guaranty Association ("the Association") and the protection it provides for policyholders. This safety net was created under Utah law, which determines who and what is covered and the amounts of coverage.

The Association was established to provide protection in the unlikely event that your life, health, or annuity insurance company becomes financially unable to meet its obligations and is taken over by its insurance regulatory agency. If this should happen, the Association will typically arrange to continue coverage and pay claims, in accordance with Utah law, with funding from assessments paid by other insurance companies.

The basic protections provided by the Association are:
- Life Insurance
  o $500,000 in death benefits
  o $200,000 in cash surrender or withdrawal values
- Health Insurance
  o $500,000 in hospital, medical and surgical insurance benefits
  o $500,000 in long-term care insurance benefits
  o $500,000 in disability income insurance benefits
  o $500,000 in other types of health insurance benefits
- Annuities
  o $250,000 in withdrawal and cash values

The maximum amount of protection for each individual, regardless of the number of policies or contracts, is $500,000. Special rules may apply with regard to hospital, medical and surgical insurance benefits.

**Note: Certain policies and contracts may not be covered or fully covered.** For example, coverage does not extend to any portion of a policy or contract that the insurer does not guarantee, such as certain investment additions to the account value of a variable life insurance policy or a variable annuity contract.  Coverage is conditioned on residency in this state and there are substantial limitations and exclusions. For a complete description of coverage, consult Utah Code, Title 3 IA, Chapter 28.

**Insurance companies and agents are prohibited by Utah law to use the existence of the Association or its coverage to encourage you to purchase insurance. When selecting an insurance company, you should not rely on Association coverage. If there is any inconsistency between Utah law and this notice, Utah law will control.**

To learn more about the above protections, as well as protections relating to group contracts or retirement plans, please visit the Association's website at www.utlifega.org or contact:

| | |
|---|---|
| Utah Life and Health Insurance Guaranty Assoc. | Utah Insurance Department |
| 60 East South Temple, Suite 500 | 3110 State Office Building |
| Salt Lake City UT 84111 | Salt Lake City UT 84114-6901 |
| (801) 320-9955 | (801) 538-3800 |

A written complaint about misuse of this Notice or the improper use of the existence of the Association may be filed with the Utah Insurance Department at the above address.

**Virginia residents please be advised of the following:**

### IMPORTANT INFORMATION REGARDING YOUR INSURANCE

In the event you need to contact someone about this insurance for any reason please contact your agent. If no agent was involved in the sale of this insurance, or if you have additional questions you may contact the insurance company issuing this insurance at the following address and telephone number:

Metropolitan Life Insurance Company
200 Park Avenue
New York, New York 10166
Attn: Corporate Consumer Relations Department

To phone in a claim related question, you may call Claims Customer Service at:

1-800-638-5433

If you have been unable to contact or obtain satisfaction from the company or the agent, you may contact the Virginia State Corporation Commission's Bureau of Insurance at:

The Office of the Managed Care Ombudsman
Bureau of Insurance
P.O. Box 1157
Richmond, VA 23218

1-877-310-6560 - toll-free
1-804-371-9691 - locally
www.scc.virginia.gov - web address
ombudsman@scc.virginia.gov - email

**Wisconsin residents please be advised of the following:**

**KEEP THIS NOTICE WITH YOUR INSURANCE PAPERS**

**PROBLEMS WITH YOUR INSURANCE?** - If you are having problems with your insurance company or agent, do not hesitate to contact the insurance company or agent to resolve your problem.

Metropolitan Life Insurance Company
Corporate Consumer Relations Department
200 Park Avenue
New York, NY 10166
1-800-638-5433

You can also contact the **OFFICE OF THE COMMISSIONER OF INSURANCE**, a state agency which enforces Wisconsin's insurance laws, and file a complaint.  You can contact the **OFFICE OF THE COMMISSIONER OF INSURANCE** by contacting:

Office of the Commissioner of Insurance
Complaints Department
P.O. Box 7873
Madison, WI 53707-7873
1-800-236-8517 outside of Madison or 266-0103 in Madison.

# TABLE OF CONTENTS

<u>Section</u>                                                                                                    <u>Page</u>

SCHEDULE OF BENEFITS (Also see SCHEDULE SUPPLEMENT) ............................................................ 1

SCHEDULE SUPPLEMENT ........................................................................................................... 4

DEFINITIONS OF CERTAIN TERMS USED HEREIN ......................................................................... 5

ELIGIBILITY FOR BENEFITS ......................................................................................................... 8

EFFECTIVE DATES OF PERSONAL BENEFITS ............................................................................... 8

EFFECTIVE DATES OF DEPENDENT BENEFITS ............................................................................ 8

LIFE BENEFITS (On Your Own Account) ....................................................................................... 9

ACCELERATED BENEFITS (On Your Own Account) ....................................................................... 9

RIGHT TO OBTAIN A PERSONAL POLICY OF LIFE INSURANCE ON YOUR OWN LIFE ..................... 11

LIFE BENEFITS (On Account of Dependents) ............................................................................... 12

ACCELERATED  BENEFITS  (On Account Of Your Dependent Spouse) .................................... 13

RIGHT TO OBTAIN A PERSONAL POLICY OF LIFE INSURANCE ON THE LIFE
OF A DEPENDENT .................................................................................................................. 15

BENEFICIARY ........................................................................................................................... 16

WHEN BENEFITS END ............................................................................................................... 17

NOTICES.................................................................................................................................. 18

---

## SCHEDULE OF BENEFITS
### (Also see SCHEDULE SUPPLEMENT)

---

The following Benefits are provided subject to the provisions below.

**BENEFITS (RETIREE ONLY)**

**RETIRED EMPLOYEE: PERSONAL LIFE BENEFITS:**

Retiree Personal Life Benefits are provided subject to the provisions below.

**For Retired Employees other than retired employees of General American:**

1. If you became an Employee prior to January 1, 1995 you must have 5 years or more of continuous service under the Employer's plan prior to the date of retirement in order to continue your Life Benefits after retirement.

2. If you became an Employee of the Employer on or after January 1, 1995 you must have 10 years or more of continuous service under the Employer's plan prior to the date of retirement in order to continue your Life Benefits after retirement.

If you do not meet either criteria listed above your Life Benefits on and after retirement will end.  If you do meet either criterion listed above your Life Benefits will continue after retirement based on the criteria listed below.

**When you retire on or before Age 65:**

If you were hired on or after January 1, 2004, your Life Benefits at retirement will reduce to $25,000 on the date of your retirement and will remain at $25,000 thereafter.

If you were hired prior to January 1, 2004 and have a termination of employment with eligibility for MetLife Choices, refer to the following chart:

| **If you were hired prior to January 1, 1999 and were at least age 45 or had at least 20 years of Continuous Service as of December 31, 1998** |
|---|
| **If you met the "Rule of 60"** and you had **coverage of at least two times Pay** throughout your last 60 months immediately before you have a Termination of Employment, your coverage when you terminate will be subject to an immediate 50% reduction (not to be reduced below $25,000). After this 50% reduction, the coverage amount will not change again during your lifetime. |
| If you had **coverage of one times pay only,** during your last 60 months immediately before you have a Termination of Employment, your coverage when you terminate will reduce by 50% to ½ of one times pay with a minimum of $25,000 and will stay the same for the rest of your life. |
| If you had coverage of $50,000 **only**, throughout your last 60 months immediately before you have a Termination of Employment, your coverage when you terminate will reduce by 50% to $25,000 and will stay the same for the rest of your life. |
| If you had **more than one** Employer-paid group term life insurance level of coverage in effect during your last 60 months immediately before you have a Termination of Employment, your coverage when you terminate will be based on the level that will provide the least amount of coverage as determined by your pay immediately prior to termination ($25,000 minimum). |

> **If you were hired prior to January 1, 1999 and were under age 45 and had less than 20 years of Continuous Service as of December 31, 1998 or were hired on or after January 1, 1999 but before January 1, 2004**

**If you met the "Rule of 60"** and you had **coverage of at least two times pay** throughout your last 60 months immediately before you have a Termination of Employment, your coverage when you terminate will reduce by 50% to one times pay at termination not to exceed $50,000 or be below $25,000. After this 50% reduction, the coverage amount will not change again during your lifetime.

If you had **coverage of one times pay only,** during your last 60 months immediately before you have a Termination of Employment, your coverage when you terminate will reduce to 50% or ½ of one times pay at termination with a maximum coverage of $50,000 and a minimum of $25,000 and will stay the same for the rest of your life.

If you have **coverage of $50,000 only**, throughout your last 60 months immediately before you have a Termination of Employment, your coverage when you terminate will reduce to $25,000 and will stay the same for the rest of your life.

If you have **more than one Company-Paid group term life insurance level of coverage** in effect during your last 60 months immediately before you have a Termination of Employment, your coverage when you terminate will be based on the level that will provide the least amount of coverage as determined by your pay immediately prior to termination.  Such coverage will not exceed $50,000 and will not be less than $25,000.

**Employees who were hired on or after January 1, 1995 and who have Less than 10 Years of Continuous Service**

If you have **less than 10 years of Continuous Service** and are not eligible for retiree benefits when you terminate your employment, you will not be eligible to continue your Employer paid Life Insurance coverage following your termination. However, you may be eligible to convert your coverage to an individual policy.  See pages herein entitled **RIGHT TO OBTAIN A PERSONAL POLICY OF LIFE INSURANCE ON YOUR OWN LIFE**.

**When you retire after Age 65:**

If you continue working past age 65 the amount of your coverage will not reduce until the date you terminate your employment (and you are eligible to continue coverage under MetLife Choices). On that date, the amount of your coverage will reduce to what it would have been if you had terminated your employment (and you were eligible to continue coverage under MetLife Choices) upon attainment of age 65.

**BENEFITS (DEPENDENTS ONLY)**

You may continue Dependent Life Insurance into retirement if:

1.   your employment ended prior to January 1, 2001;

2.   you are receiving benefits under the Employer's long term disability plan; or

3.   your employment ended on or after January 1, 2001 and you met the Rule of 60.

If you do not meet either criteria listed above your Optional Dependent Life Benefits on and after retirement will end.  If you do meet either criterion listed above your Optional Dependent Life Benefits may continue after retirement based on the options shown below.

**RETIRED EMPLOYEE: OPTIONAL DEPENDENT LIFE BENEFITS**

**Spouse:**

Your amount of retiree Spouse benefits will be based on the amount of such benefits in effect on the day prior to the date of your retirement as shown in the following table:

| Option | Spouse Benefit in effect on the day prior to the date of retirement | Spouse Benefit in effect on and after the date of your retirement |
|---|---|---|
| Option 1 | No Coverage | No Coverage |
| Option 2 | $10,000 | $10,000 |
| Option 3 | $25,000 | $20,000 |
| Option 4 | $50,000 | $40,000 |
| Option 5 | $100,000 | $40,000 |

If you are covered for an amount of Spouse Dependent Life Benefits greater than $10,000, your Spouse Life Benefits will reduce to $10,000 on the first day of the calendar year in which you reach age 66.

If you do not continue Dependent Life Benefits for your Spouse on the date of your retirement, you cannot elect to cover your Spouse for Dependent Life Benefits after the date of your retirement.

See pages hereof entitled ACCELERATED BENEFITS (ON ACCOUNT OF YOUR DEPENDENT SPOUSE).

**Child**

All Employees who elect:

Option 1  .................................................................................................................No Coverage

Option 2  .................................................................................................................$5,000

Option 3  .................................................................................................................$10,000

If you continue Dependent Life Benefits for your Child(ren) on the date of your retirement, you may elect to cover Child(ren) you acquire after the date of your retirement.  See pages herein entitled **EFFECTIVE DATES OF DEPENDENT BENEFITS.**

If you do not continue Dependent Life Benefits for your Child(ren) on the date of your retirement, you cannot elect to cover your Child(ren) for Dependent Life Benefits after the date of your retirement.

**CHANGES IN AMOUNTS OF OPTIONAL DEPENDENT LIFE BENEFITS**

**Increases**

You cannot increase your Optional Dependent Life Benefits for your Spouse or your Child.

**Decrease or Terminate**

You may make a request to decrease or terminate your Optional Dependent Life Benefits for your Spouse or your Child at any time.

Form G.23000-B

3

---

## SCHEDULE SUPPLEMENT

---

**A.  Statements Made by You Which Relate to Insurability**

Any statement made by you will be deemed a representation and not a warranty.

No such statement made by you which relates to insurability will be used:

**1.**  in contesting the validity of the benefits with respect to which such statement was made; or

**2.**  to reduce the benefits;

unless the conditions listed in items (a) and (b) below have been met:

    **a.**  The statement must be contained in a written application which has been signed by you.

    **b.**  A copy of the application has been furnished to you or to your Beneficiary.

No such statement made by you will be used at all after such benefits have been in force prior to the contest for a period of two years during the lifetime of the person to whom the statement applies.

**B.  Assignment**

The benefits with respect to the Life Benefits (On Your Own Account) under This Plan may be assigned as a gift. The benefits with respect to the Life Benefits (On Your Own Account) are also assignable by means of a viatical assignment. Any such assignment will transfer all right, title, interest and incidents of ownership, both present and future, in such benefits, including, but not limited to, the following:

**1.**  The right to make any contributions required to keep the benefits in force under This Plan.

**2.**  The privilege of obtaining an individual policy of life insurance.

**3.**  The right to change the Beneficiary.

No assignment will be binding on us nor on the Employer unless the following conditions are met:

**1.**  The assignment is in a form which is acceptable to us and to the Employer.

**2.**  The assignment is accepted, in writing, by us and by the Employer.

**3.**  The assignment is filed at our Home Office.

We assume no obligation as to the validity or the sufficiency of any assignment; neither does the Employer.

**C.  Additional Provisions**

**1.**  The benefits under This Plan do not at any time provide paid-up insurance, or loan or cash values.

**2.**  No agent has the authority:

    **a.**  to accept or to waive the required proof of a claim; nor

    **b.**  to extend the time within which a proof must be given to us.

Form G.23000-B1

## DEFINITIONS OF CERTAIN TERMS USED HEREIN

**"Continuous Service"** means the number of completed years you have been employed with the Employer. It is measured from your first date of employment and adjusted by periods when you are not employed by the Employer or when you have transferred to certain part time arrangements such as part-time variable status. Adjustments to your employment anniversary date depend on the circumstances involved, the periods of time when you are not employed by the Employer and the Continuous Service you had before termination of employment.

If you are disabled, you will receive Continuous Service while you are receiving short term disability benefits and during the first six months you are receiving long term disability benefits, assuming your employment status is still active.

**"Covered Person"** means an Employee or a Dependent on whose account benefits are in effect under This Plan.

**For residents of Texas, the Dependent definition with respect to child is modified as explained in the Notice pages of this certificate; please consult the Notice.**

**"Dependent"** means your spouse or your unmarried natural child except for:

**1.** a person who is in the military or like forces of any country or of any subdivision of a country;

**2.** an unborn or stillborn child; or

**3.** a child who:

    **a.** is 19 years of age or older and who is employed on a full-time basis; or

    **b.** is 19 years of age or older and who is not a full-time student at an approved school, as determined by the Employer; or

    **c.** is 23 years of age or older.

If a Dependent child is a Covered Person on the day before that child has reached the applicable age limit, that child will continue to be a Dependent after the age limit as long as:

    **a.** that child is and remains unable to work in self-sustaining employment because of:

        **i.** physical handicap; or

        **ii.** mental illness, developmental disability, or mental retardation, as defined in the Mental Hygiene Law of New York State; and

    **b.** that child is and remains chiefly dependent upon you for support; and

    **c.** that child is and remains a Dependent, as defined, except for the age limit; and

    **d.** you give us proof, when we ask for it, that the child is and remains so unable to work and dependent upon you since the age limit. We will not ask for proof more than once a year. The proof must be satisfactory to us; and

    **e.** you make any payment which is required by the Employer.

Subject to the same conditions which apply to a natural child, child also includes:

    **a.** a child who is supported solely by you and permanently living in the home of which you are the head; and

    **b.** a child who is legally adopted; and

    **c.** a stepchild including the child of a Domestic Partner who lives in your home.

**"Dependent Benefits"** mean the benefits which are provided on account of a Dependent under This Plan.

**"Doctor"** means a person who is legally licensed to practice medicine. A licensed practitioner will be considered a Doctor if:

1. there is a law which applies to This Plan and that law requires that any service performed by such a practitioner must be considered for benefits on the same basis as if the service were performed by a Doctor; and

2. the service performed by the practitioner is within the scope of his or her license.

**Domestic Partner** means each of two people, one of whom is an Employee of the Policyholder, who:

- have registered as each other's domestic partner, civil union partner or reciprocal beneficiary with a government agency where such registration is available; or

- are of the same or opposite sex and have a mutually dependent relationship so that each has an insurable interest in the life of the other such that they are persons closely related by blood or by law, with a substantial interest engendered by love and affection; or in the case of other persons, have a lawful and substantial economic interest in the continued life, health or bodily safety of the person insured. Each person must be:

  1. 18 years of age or older;
  2. unmarried;
  3. the sole domestic partner of the other;
  4. financially dependent on the other and responsible for the other's common welfare, basic living expenses and financial obligations to third parties;
  5. sharing a primary residence with the other; and
  6. unrelated to the other in a manner that would bar their marriage in the jurisdiction in which they reside.

  A Domestic Partner declaration attesting to the existence of an insurable interest in one another's lives must be completed and Signed by the Employee.

**"Employee"** means an administrative employee compensated on the active payroll of the Employer to perform services within the U.S. and who is (1) a regular full-time employee or (2) a regular part-time employee scheduled to work 20 hours per week and whose regular annual service is 1,000 hours or more; or

1. an administrative employee as defined in the preceding sentence who is eligible to receive a portion of his or her compensation in the form of commissions; or

2. a commissioned employee who is an Individual Business Financial Services Representative or an Individual Business Financial Services Sales Manager, including any commissioned employee who, at the invitation of the Employer, entered into an agreement with the Employer whereby such individual acknowledges his/her status as a full-time life insurance salesperson whose principal duties involve the sales of life insurance and/or annuity contracts for the Employer {a statutory employee within the meaning of Sections 3121(d)(3)(B) and 7701(a)(20) of the Code)}.

**The term Employee does not include:**

1. Any individual who has entered into an oral or written agreement with the Employer whereby such individual acknowledges his or her status as an independent contractor and that he or she is not entitled to participate in the Employer's employee benefit plans, notwithstanding that such person is later determined by a court of competent jurisdiction or the Internal Revenue Service to be a common law employee for tax purposes.

2. Any individual who is performing services for the Employer under a leasing arrangement entered into between the Employer and some other person, notwithstanding the fact that he or she is later determined by a court of competent jurisdiction or the Internal Revenue Service to be a common law employee or a leased employee.

3. A commissioned employee who is covered or eligible for coverage under the New England Welfare Benefit Plan for the Field Force or the New England Welfare Benefit Premium Payment Plan for the Field Force.

4. Any individual who was employed in the career agency of GenAmerica Corporation, its subsidiaries and affiliates as of December 31, 2000.

5. An employee who is a nonresident alien who received no earned income from the Employer which constitutes income from sources within the United States (as defined by the IRS).

For the MetLife Optional Dependent Life Insurance Plan, the Employer will conclusively determine the classification of Employees and the respective definitions.

**"Employer"** means Metropolitan Life Insurance Company; MetLife Group, Inc.; Metropolitan Property and Casualty Insurance Company; MetLife Bank, National Association;  MetLife Insurance Company of Connecticut; and SafeGuard Health Plans, Inc. in the capacity of Employer, each with respect to its own Employees.

**"Personal Benefits"** mean the benefits which are provided on account of an Employee under This Plan.

**"Qualifying Events"** means a change in your family or group coverage status which would affect your Benefits under This Plan due to birth, adoption or placement for adoption of a dependent child.

**"MetLife Choices"** is the program that provides health and welfare benefits to certain eligible former MetLife Employees who retired or were terminated under a Bridge Arrangement, on or after January 2, 1991, and their Eligible Dependents.  MetLife Choices also provides benefits for eligible former Employees, who have received Long-Term Disability benefits for two full calendar years under MetLife Options, and their Eligible Dependents.

| Age | Years of Service |
|---|---|
| 55 to 57-1/2 | 15 |
| 58 | 14 |
| 59 | 12 |
| 60 and over | 10 |
| Age and service are computed in years and months. An adjustment to the years of service requirement will be made for intermediate ages. | |

**"Retired Employee"** means an Employee who retires with eligibility for MetLife Choices.

**"Rule of 60"** means, as of December 31, 2001, you had at least 5 years of Continuous Service as an Employee of the Employer and your age plus your years of Continuous Service as an Employee of the Employer equals 60 or more.

**"Spouse"** means your lawful spouse. The term also includes your Domestic Partner.

**"Termination of Employment"** means the cessation of employment with the Employer, whether voluntarily or involuntarily, for reasons other than Disability or death.

**"This Plan"** means the Group Policy which is issued by us to provide Personal Benefits and Dependent Benefits.

**"We"**, **"us"** and **"our"** mean Metropolitan.

**"You"** and **"your"** mean the Employee who is a Covered Person for Personal Benefits. They do not include a Dependent of the Employee.

Form G.23000-A

---

## ELIGIBILITY FOR BENEFITS

---

**Personal Benefits Eligibility Date**

If you are an Employee on January 1, 2010, that is your Personal Benefits Eligibility Date.

If you become an Employee after January 1, 2010, your Personal Benefits Eligibility Date is the date you become an Employee of the Employer.

**Dependent Benefits Eligibility Date**

Your Dependent Benefits Eligibility Date is your Personal Benefits Eligibility Date.

Form G.23000-C

---

## EFFECTIVE DATES OF PERSONAL BENEFITS

---

Your Personal Benefits will become effective on your Personal Benefits Eligibility Date.

Form G.23000-D1

---

## EFFECTIVE DATES OF DEPENDENT BENEFITS

---

**A.  Effective Date**

If you elect to continue your Dependent Benefits on an after the date of your retirement, your Dependent Benefits will become effective on the first day of the month following the date you retire.

**B.  Qualifying Event**

If you are covered for Dependent Benefits for your Child(ren) and  acquire a new Dependent Child after the date of your retirement, you may make a request for Dependent Benefits for that Child, within thirty-one days of a Qualifying Event, your Dependent Benefits for that Child will become effective on the latest of:

1.  the date of the Qualifying Event;

2.  the date of your request;

provided that the change in coverage is consistent with your new family status.

Form G.23000-D2

---

## LIFE BENEFITS
### (On Your Own Account)

---

**A.  Coverage**

If you die while you are covered for Life Benefits, we will pay to the Beneficiary the amount of Life Benefits that is in effect on your life on the date of your death.

**B.  Optional Types of Payment**

Payment of any amount of Life Benefits may be made in installments. Details on the payment options may be obtained from the Employer.

Form G.23000-1

---

## ACCELERATED BENEFITS
### (On Your Own Account)

---

**A.  Definitions**

**"Meet the Requirements"** means that as a result of sickness or injury:

1.  your life span is drastically limited; and

2.  you are not expected to recover and in fact you are expected to die within 12 months.

These must be certified by a Doctor and accepted by us.

**B.  Coverage**

We will pay Accelerated Benefits to you if:

1.  you apply for Accelerated Benefits while your Life Benefits are in effect; and

2.  you Meet the Requirements while you are covered for Life Benefits; and

3.  you request payment of Accelerated Benefits while your Life Benefits are in effect; and

4.  you have not assigned your Life Benefits (see Assignment provision under SCHEDULE SUPPLEMENT); and

5.  we have not been notified that all or a portion of your Life Benefits are to be paid to your former spouse as part of a divorce agreement.

Accelerated Benefits are payable only once.

Payment of Accelerated Benefits will reduce your Life Benefits and the amount available for you to convert to a personal policy of life insurance under RIGHT TO OBTAIN A PERSONAL POLICY OF LIFE INSURANCE ON YOUR OWN LIFE.

**C.  Proof**

Accelerated Benefits will be payable when we receive proof that you Meet the Requirements.

Proof must be given to us. The proof must be in a form that is satisfactory to us. We have no duty to ask for any proof. Any delay in submitting proof will not cause a claim to be denied so long as the proof is given as soon as reasonably possible.

At the time that such proof is given, we may have you examined by Doctors of our choice, at our expense.

**D.  Amount**

The amount of Accelerated Benefits payable is:

1. up to 80% of your Life Benefits shown in the SCHEDULE OF BENEFITS; and
2. determined as of the date we accept certification that you Meet the Requirements; and
3. no more than $500,000.
4. no less than 25% of the amount of your Life Benefits.

If your Life Benefits are scheduled to reduce within six months of such certification date, we will, for the purpose of determining the amount of Accelerated Benefits, deem the amount of your Life Benefits to have already been reduced on such certification date.

After payment of the Accelerated Benefits, the amount of your Life Benefits will be:

1. the amount of Life Benefits actually in effect on the certification date; less
2. the amount of Accelerated Benefits requested.

When the scheduled reduction date occurs, the amount of your Life Benefits will be reduced. The amount of such reduction will be determined by applying the percentage in accordance with the provisions of This Plan to the amount of your Life Benefits actually in effect on the certification date.

After such scheduled reduction, the amount of your Life Benefits will be the amount of your Life Benefits actually in effect on the certification date:

REDUCED BY

the amount of such scheduled reduction; and

MINUS

the amount of Accelerated Benefits requested.

Accelerated Benefits will be payable if you are living when payment is made.

You may be entitled to apply for a personal policy of Life Insurance up to the amount of such scheduled reduction under RIGHT TO OBTAIN A PERSONAL POLICY OF LIFE INSURANCE ON YOUR OWN LIFE.

For Texas Residents:  Upon receipt of your claim form we will send you a Preadjudication letter containing specific information on the payment you requested. Such information will include the amount of payment which will be made to you and the amount of death benefit remaining after payment of the Accelerated Benefit.

**E.  Exclusions**

Accelerated Benefits will not be payable if the amount of your Life Benefits is less than $10,000.

Form G.23000-36-4

---

## RIGHT TO OBTAIN A PERSONAL POLICY
## OF LIFE INSURANCE ON YOUR OWN LIFE

---

**A.  Application**

We will issue a personal policy of life insurance without disability or accidental death benefits to you if you apply for it in writing during the Application Period. The Application Period is the 31 day period after:

**1.**  the date your Life Benefits end because your employment ends or because you are no longer in a class which remains eligible for Life Benefits; or

**2.**  the date your Life Benefits end because This Plan ends; or

**3.**  the date This Plan is changed to end the Life Benefits for your class; or

**4.**  the date the amount of your Life Benefits is reduced:

**a.**  on or after your sixtieth birthday; or

**b.**  because you are no longer in a class which remains eligible for Life Benefits; or

**c.**  because This Plan is changed to reduce the Life Benefits for your class.

However, in the event you do not apply during an Application Period available to you, you will not be able to apply for that amount during a later Application Period, if any, which might be available to you.

However, this item (4) will not apply to the amount of reduction of your Life Benefits because of payment of Accelerated Benefits.

For New Hampshire residents. If you are not given notice, in writing, of the Right To Obtain A Personal Policy of Life Insurance On Your Own Life at least 15 days before the end of the Application Period, you will have additional time in which to apply. You will then have 15 days from the date you are given the notice in which to apply.

If you are not given notice, in writing, of the Right To Obtain A Personal Policy Of Life Insurance On Your Own Life within 15 days before or after the first day of the Application Period, you will have additional time in which to apply. If such notice is given more than 15 days but less than 90 days after the first day of the Application Period, you will then have 45 days from the date you are given the notice in which to apply. If such notice is not given within 90 days after the first day of the Application Period, the time in which you may exercise this right will expire at the end of such 90 days.

Proof that you are insurable is not required by us.

**B.  Conditions**

The personal policy will be issued to you subject to these conditions:

**1.**  it will be on one of the forms then usually issued by us, and, at your option, may be preceded by a one year term policy; and

**2.**  it will not take effect until after the Application Period ends; and

3. the premium for the policy will be based on:

    a. the class of risk to which you belong; and

    b. your age on the effective date of the policy; and

    c. the form and amount of the policy; and

4. if item A(1) applies to you, the amount of the policy will not be more than the amount of your Life Benefits on the date the Life Benefits end; and

5. if items A(2) or A(3) apply to you, the amount of the policy will not be more than the amount of your Life Benefits on the date the Life Benefits end, less any amount of life insurance for which you may be eligible under any group policy which takes effect within 45 days after your Life Benefits end.

6. if item A(4) applies to you, the amount of any policy issued, as a result of any reduction, will not be more than the amount of the reduction.

## C.  If You Die During the Application Period

If you die during the Application Period, we will pay a death benefit to the Beneficiary. The amount of the death benefit will be the highest amount of life insurance pursuant to item B(4) or B(5) or B(6) for which a personal policy could have been issued. This death benefit will be paid even if you did not apply for a personal policy.

Form G.23000-1A

---

# LIFE BENEFITS
# (On Account of Dependents)

---

## A.  Coverage

If a Dependent dies while Life Benefits are in effect for that Dependent, we will pay the amount of Life Benefits that is in effect for that Dependent on the date of that Dependent's death.

## B.  Payment of Benefits

The benefits will be paid to you if you survive the Dependent. The benefits will be paid to your estate if:

1. that Dependent dies at the same time your death occurs; or

2. that Dependent dies within 24 hours of your death.

In any other instance the benefits will be paid to the Dependent's estate; or we may instead pay all or part of the benefits to one or more of the following persons who are related to that Dependent and who survive that Dependent:

    a. parent;    c. brother and sister.

    b. child;

Any payment will discharge our liability for the amount so paid.

## C.  Optional Types of Payment

Payment of any amount of Life Benefits may be made in installments instead of one sum. Details on the payment options may be obtained from the Employer.

Form G.23000-7C

---

## ACCELERATED BENEFITS
## (On Account Of Your Dependent Spouse)

---

**A.  Definitions**

**"Meets the Requirements"** means that as a result of sickness or injury:

**1.**  your Dependent spouse's life span is drastically limited; and

**2.**  your Dependent spouse is not expected to recover and in fact is expected to die within 12 months.

These must be certified by a Doctor and accepted by us.

**B.  Coverage**

We will pay Accelerated Benefits to you if:

**1.**  you apply for Accelerated Benefits while LIFE BENEFITS (On Account of Dependents) on account of your spouse are in effect; and

**2.**  your Dependent spouse Meets the Requirements while you are covered for LIFE BENEFITS (On Account of Dependents) on account of your spouse; and

**3.**  you request payment of Accelerated Benefits while LIFE BENEFITS (On Account of Dependents) on account of your spouse are in effect; and

**4.**  you have not assigned your Life Benefits on account of Dependents (see Assignment provision under SCHEDULE SUPPLEMENT).

Accelerated Benefits are payable only once.

Payment of Accelerated Benefits will reduce the amount of LIFE BENEFITS (On Account of Dependents) on account of your spouse and the amount available for your Dependent spouse to convert to a personal policy of life insurance under RIGHT TO OBTAIN A PERSONAL POLICY OF LIFE INSURANCE ON THE LIFE OF A DEPENDENT.

**C.  Proof**

Accelerated Benefits will be payable when we receive proof that your Dependent spouse Meets the Requirements.

Proof must be given to us. The proof must be in a form that is satisfactory to us. We have no duty to ask for any proof. Any delay in submitting proof will not cause a claim to be denied so long as the proof is given as soon as reasonably possible.

At the time that such proof is given, we may have your Dependent spouse examined by Doctors of our choice, at our expense.

**D.  Amount**

The amount of Accelerated Benefits payable is:

**1.**  up to 80% of the LIFE BENEFITS (On Account of Dependents) on account of your spouse shown in the SCHEDULE OF BENEFITS; and

**2.** determined as of the date we accept certification that your Dependent spouse Meets the Requirements; and

**3.** no more than $500,000.

**4.** no less than 25% of the amount of Life Benefits (On Account of Dependents) on account of your spouse.

If the LIFE BENEFITS (On Account of Dependents) on account of your spouse are scheduled to reduce within six months of such certification date, we will, for the purpose of determining the amount of Accelerated Benefits, deem the amount of the LIFE BENEFITS (On Account of Dependents) on account of your spouse to have already been reduced on such certification date.

After payment of the Accelerated Benefits, the amount of the LIFE BENEFITS (On Account of Dependents) on account of your spouse will be:

**1.** the amount of LIFE BENEFITS (On Account of Dependents) on account of your spouse actually in effect on the certification date; less

**2.** the amount of Accelerated Benefits requested.

When the scheduled reduction date occurs, the amount of LIFE BENEFITS (On Account of Dependents) on account of your spouse will be reduced. The amount of such reduction will be determined by applying the percentage in accordance with the provisions of This Plan to the amount of the LIFE BENEFITS (On Account of Dependents) on account of your spouse actually in effect on the certification date.

After such scheduled reduction, the amount of the LIFE BENEFITS (On Account of Dependents) on account of your spouse will be the amount of the LIFE BENEFITS (On Account of Dependents) on account of your spouse actually in effect on the certification date:

REDUCED BY

the amount of such scheduled reduction; and

MINUS

the amount of Accelerated Benefits requested.

Your Dependent spouse may be entitled to apply for a personal policy of life insurance up to the amount of such scheduled reduction under RIGHT TO OBTAIN A PERSONAL POLICY OF LIFE INSURANCE ON THE LIFE OF A DEPENDENT.

Accelerated Benefits will be payable if you are living when payment is made.

For Texas Residents:  Upon receipt of your claim form we will send you a Preadjudication letter containing specific information on the payment you requested. Such information will include the amount of payment which will be made and the amount of Dependent Life Benefit remaining after payment of the Accelerated Benefit.

**E.   Exclusions**

Accelerated Benefits will not be payable if the amount of LIFE BENEFITS (On Account of Dependents) on account of your spouse is less than $10,000.

Form G.23000-36A-4

## RIGHT TO OBTAIN A PERSONAL POLICY
## OF LIFE INSURANCE ON THE LIFE
## OF A DEPENDENT

**A. Application**

We will issue a personal policy of life insurance without disability or accidental death benefits to a Dependent if that Dependent applies for it in writing during the Application Period. The Application Period is the 31 day period after the date the Life Benefits on that Dependent end because:

1. your employment ends or you are no longer in a class which remains eligible for Dependent Life Benefits; or

2. This Plan ends; or

3. This Plan is changed to end the Dependent Life Benefits for your class; or

4. you die; or

5. the Dependent no longer qualifies as a Dependent as defined in DEFINITIONS OF CERTAIN TERMS USED HEREIN; or

6. the amount of Dependent Life Benefits is reduced:

   a. on or after your sixtieth birthday; or

   b. because you are no longer in a class which remains eligible for Dependent Life Benefits; or

   c. because This Plan is changed to reduce the Dependent Life Benefits for your class.

   However, in the event the Dependent does not apply during an Application Period available to the Dependent, he or she will not be able to apply for that amount during a later Application Period, if any, which may be available to that Dependent.

   However, this item 6 will not apply to the amount of reduction of the Dependent Life Benefits because of payment of Accelerated Benefits.

If the Dependent is not given notice, in writing, of the Right To Obtain A Personal Policy Of Life Insurance On The Life Of A Dependent within 15 days before or after the first day of the Application Period, that Dependent will have additional time in which to apply. If such notice is given more than 15 days but less than 90 days after the first day of the Application Period, the Dependent will then have 45 days from the date the Dependent is given the notice in which to apply. If such notice is not given within 90 days after the first day of the Application Period, the time in which the Dependent may exercise this right will expire at the end of such 90 days.

For New Hampshire residents. If the Dependent is not given notice, in writing, of the Right To Obtain A Personal Policy of Life Insurance On The Life of A Dependent at least 15 days before the end of the Application Period, that Dependent will have additional time in which to apply. The Dependent will then have 15 days from the date the Dependent is given the notice in which to apply.

Proof that the Dependent is insurable is not required by us.

**B. Conditions**

The personal policy will be issued to the Dependent subject to these conditions:

**1.** it will be on one of the forms then usually issued by us and, at the Dependent's option, may be preceded by a one year term policy; and

**2.** it will not take effect until after the Application Period ends; and

**3.** the premium for the policy will be based on:

    **a.** the class of risk to which the Dependent belongs; and

    **b.** the Dependent's age on the effective date of the policy; and

    **c.** the form and the amount of the policy; and

**4.** if items A(2) or A(3) apply to the Dependent, the amount of the policy will not be more than the amount of Life Benefits on that Dependent on the date the Life Benefits end, less any amount of life insurance on the life of that Dependent for which you or the Dependent may be eligible under any group policy which takes effect within 45 days after the Life Benefits on that Dependent end; and

**5.** if item A(6) applies to the Dependent, the amount of any policy issued, as a result of any reduction, will not be more than the amount of the reduction; and

**6.** if an item in paragraph A, other than item A(2) or A(3) or A(6), applies to the Dependent, the amount of the policy will not be more than the amount of Life Benefits on that Dependent on the date the Life Benefits end.

**C. If the Dependent Dies During the Application Period**

If the Dependent dies during the Application Period, we will pay a death benefit. The payment of the death benefit will be in the same manner as if the Life Benefits on that Dependent had been in effect on the date of that Dependent's death. The amount of the death benefit will be the highest amount of life insurance, pursuant to item B(4) or B(5) or B(6) for which a personal policy could have been issued. This death benefit will be paid even if the Dependent did not apply for a personal policy.

Form G.23000-7A

---

## BENEFICIARY

---

**A. Your Beneficiary**

The "Beneficiary" is the person or persons you choose to receive any benefit payable because of your death.

You make your choice in writing on a form approved by us. This form must be filed with the records for This Plan.

You may change the Beneficiary at any time by filing a new form with the Employer. You do not need the consent of the Beneficiary to make a change. When the Employer receives a form changing the Beneficiary, the change will take effect as of the date you signed it. The change of Beneficiary will take effect even if you are not alive when it is received.

A change of Beneficiary will not apply to any payment made by us prior to the date the form was received by the Employer.

Your choice of a Beneficiary for a personal policy issued under RIGHT TO OBTAIN A PERSONAL POLICY OF LIFE INSURANCE ON YOUR OWN LIFE will be effective for This Plan.

**B.   More Than One Beneficiary**

If, when you die, more than one person is your Beneficiary, they will share in the benefits equally, unless you have chosen otherwise.

**C.   Death of a Beneficiary**

A person's rights as a Beneficiary end if:

**1.**   that person dies before your death occurs; or

**2.**   that person dies at the same time your death occurs; or

**3.**   that person dies within 24 hours of your death.

The share for that person will be divided among the surviving persons you have named as Beneficiary, unless you have chosen otherwise.

**D.   No Beneficiary at Your Death**

If there is no Beneficiary at your death for any amount of benefits payable because of your death, that amount will be divided and paid in equal shares to each member of the first class in the order listed below in which there is a person who is related to you and who survives you:

**1.**   Spouse, Civil Union Partner or Domestic Partner;

**2.**   child;

**3.**   parent;

**4.**   brother and sister.

If there is no surviving relative in any class, that amount will be payable to your estate.

Any payment will discharge our liability for the amount so paid.

Form G.23000-G

---

## WHEN BENEFITS END

---

**A.**   If This Plan ends in whole or in part, your benefits which are affected will end.

**B.**   Your Dependent Life Benefits will end on the earliest of:

**1.**   the date that the Dependent ceases to be your Dependent; or

**2.**   the date of your death.

**C.** If a Covered Person does not make a payment which is required by the Employer to the cost of any benefits, those benefits will end; they will end on the last day of the period for which a payment required by the Employer was made.

The end of any type of benefits on account of a Covered Person will not affect a claim which is incurred before those benefits ended.

Form G.23000-F

---

## NOTICES

---

This certificate is of value to you. It should be kept in a safe place. Your Beneficiary should know where the certificate is kept.

As soon as your benefits end, you should consult your Employer to find out what rights, if any, you may have to continue your protection.

If you or your Dependents had coverage under a prior plan of benefits, please consult your Employer to determine if there are any additional provisions which affect your benefits under This Plan.

**Our Home Office is located at 200 Park Avenue, New York, New York 10166.**

Form G.23000-E

**THIS IS THE END OF THE CERTIFICATE. THE FOLLOWING IS ADDITIONAL INFORMATION.**

## DISCLOSURE STATEMENT - (NEW YORK)

**METROPOLITAN LIFE INSURANCE COMPANY**

**Required Disclosure Statement**

The insurance evidenced by this certificate provides life insurance only. It does NOT provide basic hospital, basic medical or major medical insurance as defined by the New York State Insurance Department.

# EXHIBIT "B"

# COMPANY- PAID GROUP TERM LIFE INSURANCE
## Summary Plan Description (SPD)

---

**Capitalized terms throughout the text are defined or explained in more detail in the KEY TERMS section of this Summary Plan Description (SPD) or in the section of this SPD where the capitalized term first appears.**

---

## TABLE OF CONTENTS

**INTRODUCTION** ................................................................................................3

**ELIGIBILITY AND ENROLLMENT** .................................................................**4**
Eligibility for You ...............................................................................................**4**
When Coverage Begins.......................................................................................**4**
Company-Paid Life Insurance Coverage Levels...............................................**5**
Reminders ..........................................................................................................**6**
Changing Your Coverage ...................................................................................**6**
Choosing a Beneficiary.......................................................................................**7**
How Benefits Are Paid........................................................................................**8**
Imputed Income ..................................................................................................**8**
When Coverage Ends ..........................................................................................**8**
If You Die............................................................................................................**8**

**HOW THE PLAN WORKS** ..............................................................................**9**
Amount of Coverage – LTD-Status Participant..................................................**9**
Amount of Coverage – Eligible Former Employees ..........................................**9**
Cost of Coverage.................................................................................................**9**
Company-Paid Life Insurance Reduction Formula ........................................ **10**
Eligible Former Employees who had a Termination of Employment with
   Eligibility for MetLife Choices at or before Age 65 ...................................... **11**
   *A. Hire date prior to 1/1/04 and Termination date prior to 1/1/01* ............ **11**
   B. *Hire date prior to 1/1/04 and Termination date 1/1/01 through 12/31/03* ............ **17**
   C. *Hire date prior to 1/1/04 and Termination date 1/1/04 through 12/31/09* ............ **22**
   D. *Hire date prior to 1/1/04 and Termination date on or after 1/1/10* ...................... **29**
   E. *Hire date on or after 1/1/04 and Termination date on or after 1/1/04* .................. **30**
If You Are an Eligible Former Employee and Worked Past Age 65 ............................... **30**
Conversion of Reduction Amounts ................................................................. **30**
Accelerated Benefit Option ............................................................................. **31**

**OTHER PROVISIONS**..................................................................................... **32**
Assignment of Benefits...................................................................................... **32**
How to Claim a Benefit ..................................................................................... **32**
If Your Claim is Denied .................................................................................... **33**
Claims Involving Eligibility or Interpretation of Plan Terms Prior to the
   Covered Individual's Death .......................................................................... **34**
If Your Eligibility/Plan Interpretation Claim is Denied .................................. **34**

All Other Claims ............................................................................................ **35**
Special Rules for Certain GenAmerica and New England Financial
    Eligible Former Employees ...................................................... **35**

**CONVERSION** ........................................................................................ **37**

**KEY TERMS** ............................................................................................ **39**

**ABOUT THIS DESCRIPTION** ............................................................. **44**
Purpose ......................................................................................................... **44**
Statement of the Company's Rights .................................................. **45**

**ADMINISTRATIVE DETAILS ABOUT THE PLAN** ........................... **46**
Plan Administrator and Agent for Legal Process ......................... **46**
Plan Year......................................................................................................... **46**
Employer Identification Number and Plan Sponsor ................... **46**
Plan Name and Number ......................................................................... **46**
Type of Plan and Funding ...................................................................... **46**

**STATEMENT OF EMPLOYEE RIGHTS UNDER ERISA**.................... **47**
Receive Information about Your Plan and Benefits ...................... **47**
Prudent Action by Plan Fiduciaries.................................................... **47**
Enforcing Your Rights............................................................................... **48**
Assistance with Your Questions ......................................................... **48**

## INTRODUCTION

**MetLife Choices** is a program that provides certain health and welfare benefits to Eligible Former Employees.

This description is the Summary Plan Description (SPD) for your life insurance coverage provided through the MetLife Choices (MLC) Plan effective as of January 1, 2012.

The purpose of this material is to explain how MetLife Choices life insurance coverage works. You are responsible for using this SPD and other resources provided to you to understand your coverage.

The MetLife Company-Paid Group Term Life Insurance Plan (Company-Paid Life Insurance) is designed to help provide financial protection for Eligible Former Employees in the event of death. See the "Key Terms" section of this SPD for a definition of "Eligible Former Employee". You must choose some coverage on yourself.

Here is an overview of how the coverage works:
- The amount of coverage available to you as an Eligible Former Employee depends on a number of factors, including your hire date and date of Termination of Employment.
- Your coverage amount will be subject to reduction at or after Termination of Employment.
- If you were hired as an Employee prior to January 1, 2004, the options available to you depend upon the options you chose during your last 60 months under MetLife Options and your annual Pay immediately prior to your Termination Date. Subject to certain rules, you may be able to decrease your option once a year during annual enrollment.  For a definition of "Pay", please refer to the "Key Terms" section in this SPD.
- If you were hired as an Employee on or after January 1, 2004, your coverage will be a flat $25,000 upon your Termination of Employment and will remain the same for your lifetime. All Eligible Former Employees who were hired prior to January 1, 2004 and who had a Termination of Employment on or after January 1, 2004, will be eligible for at least $25,000 of coverage.
- If you had a Termination of Employment prior to January 1, 2001 under the New England Financial or GenAmerica retirement plans, in accordance with the provisions of those retirement plans, the amount of your life insurance is determined according to the plan you were covered under at the time of your Termination of Employment.
- If you are a recipient of long term disability benefits under the MetLife Option and Choices Plan ("LTD-Status Participant") you are eligible to participate following receipt of long term disability benefits for at least two full calendar years if you have not had a termination of employment. If you participate in MetLife Choices as an LTD-Status Participant, you may remain in MetLife Choices as long as you continue to meet the rules for eligibility as an LTD-Status Participant, prior to receiving a termination of employment. Your Company-Paid Life Insurance will be the amount you had in effect immediately before you became disabled. You cannot change your coverage level while on LTD.
- In the event of your death, payment is made to your surviving beneficiary of record.
- MetLife pays the full cost of your Company-Paid Life Insurance.
- For MetLife Bank Associates the plan will pay up to a maximum Company-Paid Life death benefit of $1,000,000.

## ELIGIBILITY AND ENROLLMENT

### Eligibility for You

If you are an Eligible Former Employee as defined in the "Key Terms" section of this SPD, you are eligible for life insurance coverage on yourself under MetLife Choices if:

- You completed at least 10 years (5 years for employees hired prior to January 1, 1995) of Continuous Coverage, or
- You began receiving Long Term Disability (LTD) payments on or after January 2, 1991, you have been receiving LTD benefits under the MetLife Options Plan for at least two full consecutive calendar years and you are continuing to receive LTD benefits and have not had a Termination of Employment. (For example, to be eligible for MetLife Choices for January 1, 2012 you began receiving LTD payments no later than December 31, 2009).

You are eligible for MetLife Choices coverage on the first of the month following your Termination of Employment, or if you are a disabled Eligible Former Employee, on the first day of the year following receipt of long-term disability benefits under the MetLife Options Plan for two full calendar years if you have not had a Termination of Employment.

### When Coverage Begins

At the time you have a Termination of Employment from the Company, and if you are an "Eligible Former Employee" eligible for coverage under MetLife Choices:

- Your MetLife Options Company-Paid Life Insurance coverage continues at the same level as while you were an Active employee through the end of the month following your Termination of Employment.
- Your MetLife Choices Company-paid Life Insurance coverage will begin on the first of the month following your Termination of Employment, subject to the reduction rules described in this SPD.

If you participate in MetLife Choices as an LTD-Status Participant, prior to receiving a Termination of Employment:

- Your MetLife Options Company-Paid Life Insurance coverage continues at the same level as while you were an Active employee through the end of the year in which you have been receiving long-term disability benefits for a continuous period of two calendar years.
- Your MetLife Choices Company-paid Life Insurance coverage will begin on the January 1 following the end of the year in which you have been receiving long-term disability benefits for a continuous period of two calendar years.

## Company-Paid Life Insurance Coverage Levels

> This section does not apply to you if you retired or were on Long Term Disability as of December 31, 2000 under the GenAmerica or New England Financial plan.

**A**. If you are an Eligible Former Employee and your hire date is prior to January 1, 2004, the Plan offers the following three levels of coverage:

**Level 1:  $50,000**
Level 1, the $50,000 level, will be available to you only if the amount of coverage available to you under Level 2 and/or 3 is greater than $50,000. **If the value of Level 2 or 3 falls below $50,000, you cannot select Level 1.** Level 1 is normally chosen to avoid imputed income as described in this SPD.

This amount may be subject to reduction. If, in accordance with the reduction rules specified in this SPD, your original amount of insurance would reduce to less than $50,000, then the $50,000 under this Level 1 will reduce to that lower amount accordingly.

**Level 2:   One times Pay**
If, while you were an active employee, you had elected the 1 X Pay Level at any time during the 60 months prior to your Termination of Employment, the highest coverage Level you can elect is Level 2 (1 X Pay).

If the 1 X Pay amount is less than $50,000, the 1 X Pay amount (Level 2) will be the only choice available to you.  However, if the 1 X Pay amount is greater than $50,000, both Level 1 ($50,000) and Level 2 (1 X Pay) will be available to you. If the 1 X Pay amount is greater than $50,000, you may elect to reduce your coverage to $50,000 by electing Level 1.

Level 2 is also the highest coverage Level available if you were an Individual Business Account Representative or Sales Office Manager hired January 1, 1998 or later.

**Level 3:   Two times Pay**
If, while you were an active employee, you had elected the 2 X Pay or higher Levels (3 X Pay to 7 X Pay) throughout the entire 60 month period prior to your Termination of Employment, the highest coverage Level you can elect under MetLife Choices is Level 3 (2 X Pay).

If you were an Individual Business Account Representative or Sales Office Manager, you would have had to be hired prior to January 1, 1998 in order for this Level to apply.

If the 2 X Pay **and** 1 X Pay amounts are greater than $50,000, you may choose to reduce your coverage to the 1 X Pay amount by electing Level 2.

If **only** the 2 X Pay amount is greater than $50,000, you may elect to reduce your coverage to $50,000 by electing Level 1. You cannot elect Level 2 (1 X Pay) in this circumstance.

**Important Note:**  If you had a Termination of Employment between January 1, 2001, through

December 31, 2003 and met the requirements to be an Eligible Former Employee, you had to meet the "**Rule of 60**" in order to be eligible for Company-Paid Life Insurance coverage equal to 2 x Pay.  (See "Rule of 60" in "Key Terms" section of this SPD).

### How Life Insurance under Level 3 is Calculated

If you left the company as an Eligible Former Employee or went onto Long Term Disability on January 1, 1994 or later, your life insurance amount under Level 3, prior to any reduction, is twice your Pay (average pay if you were an Individual Business Financial Services Representative), rounded to the next higher $1,000.

If, however, you left the company as an Eligible Former Employee or went onto Long Term Disability prior to January 1, 1994, your life insurance amount under Level 3, prior to any reduction, is approximately twice your Pay (or average pay), plus $2,000. The amount that applies to you as of January 1 of each plan year is shown on your enrollment ballot.

### Reminders

- If you are an Eligible Former Employee, the dollar value of your current Level is shown on your MetLife Choices confirmation statement.
- If you are receiving Long Term Disability benefits, you do not make a choice. For administrative reasons, the amount of life insurance coverage provided is shown under Level 3 even though under MetLife Options it may not have been equal to 2 X Pay.
- Once you reduce your coverage, you can never increase it.
- You cannot change your coverage while you are receiving Long Term Disability benefits.

**B.**  If your hire date is on or after January 1, 2004, and you leave the Company as an Eligible Former Employee, you will be covered for $25,000.

### Changing Your Coverage

If you are an Eligible Former Employee, during your annual enrollment, you may keep the same level of life insurance coverage or you may decrease the level of your insurance if a lower option is available.  However, once you decrease, you may **never** increase the level of your insurance in the future.

To decrease the level of your insurance you must send the request in writing by mail or fax to:

> MetLife Retiree Service Center
> P.O. Box 25754
> Salt Lake City, Utah 84125-0754
> Fax:  1-801-956-8364

If you are receiving Long Term Disability benefits, you cannot change your level of coverage during your annual enrollment.

Between annual enrollments, **no changes are permitted** in the amount of your life insurance, even if you have a Qualifying Change in Status event.

## Choosing a Beneficiary

You may name one or more beneficiaries to receive your Company-Paid Life Insurance coverage in the event of your death. You may choose any beneficiary or beneficiaries you wish for your Company-Paid Life Insurance coverage, except that you cannot name a funeral home as your beneficiary.

You may designate contingent beneficiaries to receive benefits if there are no primary beneficiaries living at the time of your death, subject to certain statutory limitations. In addition, certain other types of beneficiary designations are permitted

Assuming that your Company-Paid Life Insurance coverage has not been assigned:

- If you name a single **primary** beneficiary, the benefit is paid to that beneficiary alone.  If you name more than one primary beneficiary, the benefit is divided equally among all primary beneficiaries living at the time of your death unless you specify otherwise.
- **Contingent** beneficiaries receive the benefit if all your primary beneficiaries have died before you.

You make new beneficiary designations or change current beneficiary designations by completing a Consolidated Beneficiary Designation (CBD) form. You can print a CBD form from the MRSC website *www.mymetlifebenefitsonline.com* under 'Forms Library' or by contacting the MetLife Retiree Service Center to request that a form be mailed to you. You may change your beneficiary at any time. However, a change of beneficiary will not apply to any payment made before the date the Company accepts your beneficiary designation.

> Certain beneficiary designations, permitted by plan provisions or federal law, may be restricted by court decree.

A person's rights as a beneficiary end if that person dies before your death occurs. The share for that person will be divided among the surviving persons you have named as beneficiaries, unless you have specified otherwise. Likewise, a legal entity's rights as beneficiary end if that legal entity ceases to exist before your death occurs.

Any payment made to one of these individuals will discharge the Company's liability for the amount paid. All payments to beneficiaries are subject to legal restrictions (for incompetence, minors, and so on).

If there is no beneficiary or contingent beneficiary in existence at the time of your death, the benefit will be paid as follows:

- To your surviving spouse (i.e., opposite sex spouse, as defined under federal law) or domestic partner;
- If none, in equal shares to your  surviving children;
- If none, in equal shares to your surviving parents;
- If none, in equal shares to your surviving siblings; or,

If none of the aforementioned persons are alive, to your estate. (See "Beneficiary" and "Assignments of Benefits" in the "Key Terms" and "Other Provisions" sections of this SPD.)

## How Benefits Are Paid

All benefit amounts will be paid by check and only be deposited directly into a Total Control Account if a positive election is made on the Claim form. (See "Total Control Account" in the "Key Terms" section of this SPD.)

## Imputed Income

Under current law, since the premiums for your Company-Paid Life Insurance are paid by the Company, if the amount of your coverage is over $50,000, the IRS requires that you pay federal income tax and Social Security taxes on the **value** of the coverage over $50,000. This value is called ***imputed income***. The amount that is taxable is not the actual amount of your coverage over $50,000. Instead, what is taxed is an amount that the IRS considers an appropriate ***premium*** for the coverage over $50,000, subject to Internal Revenue Code provisions.

Each year, the Company is required to include on your Form W-2 a statement of imputed income subject to regular income tax and the amount of any FICA tax due on the imputed income. The FICA tax must be reported and paid on your individual income tax return.

A special rule applies if you were born on or before January 1, 1929 and began your employment with MetLife prior to January 1, 1984. You will not be subject to imputed income if you terminate your employment after attaining age 62 (and you were eligible to continue coverage under MetLife Choices) provided that you do not increase the level of coverage you had on January 1, 1984.

If you have Survivor Benefit coverage (as described in the Survivor Benefit Plan SPD), in addition to the Company-Paid Life Insurance, the imputed income calculation considers both amounts of insurance but subtracts the after-tax premiums paid by you for Survivor Benefit coverage.

## When Coverage Ends

If you have been receiving Long Term Disability benefits and you have a Termination of Employment your life insurance coverage under MetLife Choices will end unless you meet the criteria of an Eligible Former Employee at the time of your Termination of Employment.

When your coverage ends, you may convert your life insurance to an individual policy.  (For more information, refer to "Conversion" section of this SPD).

## If You Die

Upon your death, your life insurance becomes payable to your beneficiary(ies).

## HOW THE PLAN WORKS

### Amount of Coverage – LTD-Status Participant

If you are on Long Term Disability, your life insurance coverage is the amount you had in effect immediately before you became Disabled and is not subject to reduction. You cannot change this coverage while on Disability.

In the event you had a Termination of Employment as an Eligible Former Employee, your insurance is determined in accordance with the provisions outlined below.

### Amount of Coverage – Eligible Former Employees

If you are an Eligible Former Employee, your life insurance continues provided you had at least 10 years of Continuous Coverage under the Plan (five years of Continuous Coverage if you were hired prior to January 1, 1995) immediately prior to your Termination of Employment. With fewer than 10 years of Continuous Coverage (five years of Continuous Coverage if you were hired prior to January 1, 1995), your life insurance ends upon your Termination of Employment, although you do have conversion rights. (Refer to the "Conversion" section of this SPD.)

The amount of your Company-Paid Life Insurance coverage under MetLife Choices depends on several factors:
- Your employee classification while you were active
- Your Pay immediately prior to your Termination of Employment as an Eligible Former Employee
- Your age as of December 31 of the year the benefit is effective
- The year you were hired*
- The number of years you had Continuous Coverage immediately prior to your Termination of Employment
- The level of coverage you had in effect throughout the five years immediately preceding your Termination of Employment
- The year of your Termination of Employment

**Important Note**:  In the forthcoming section entitled "When You Had a Termination of Employment as an Eligible Former Employee at or before Age 65", the reduction formula provisions applicable to Employees who meet the "Rule of 60" will also apply to you if you meet the provisions regarding the Executive Life Insurance Plan (ELIP) that are described in the "Costs of Coverage" section of this SPD.

*   In the event you had a Termination of Employment for any reason and subsequently were rehired, the new date of hire will be used to determine your eligibility for coverage at Termination of Employment.

### Cost of Coverage

If you are an Eligible Former Employee, the Company makes a contribution that pays the entire cost of your Company-Paid Life Insurance protection.

**If you were hired prior to January 1, 2004, and are an Eligible Former Employee**, the Company makes a contribution toward the cost of your Company-Paid coverage which is

equal to the cost of 1 X Pay.  However, if you meet the "Rule of 60" described below, the Company contribution is equal to the cost of 2 X Pay.

You met the "Rule of 60" if as of December 31, 2001:
- you had five or more years of Continuous Service, **and**
- your age plus your years of Continuous Service equaled 60 or more.

The cost of your Company-Paid Life Insurance coverage is based on your age at the end of the Plan year for which you are electing coverage.  For instance, during the annual enrollment period in the fall of 2011, you chose life insurance coverage for the 2012 Plan year based on your age at the end of 2012.

**Important Note:** If you fall within one of the following three categories of Eligible Former Employees regarding participation in the Executive Life Insurance Plan (ELIP) (commonly known as the Split Dollar Plan), you are considered as having met the "Rule of 60" and are eligible to a Company contribution which is equal to the cost of 2 X Pay:
- Field Employees who did not participate in the ELIP and who qualified for the MetLife Individual Business Chairman's Council for three consecutive years ending in 2001;
- Field Employees who would have been eligible to participate in the ELIP during 2002 or 2003; or
- Administrative Employees who participated in the ELIP during 2003.

**If you were hired on or after January 1, 2004, and had a Termination of Employment as an Eligible Former Employee**, the Company contribution will be equal to the cost of $25,000 of coverage.

If you are on Long Term Disability, your life insurance is the amount you had in effect immediately before you became disabled.

**Company-Paid Life Insurance Reduction Formula**
Solely for those who became eligible to participate in MetLife Choices as an Eligible Former Employee prior to 2010 or those who began receiving MetLife Long Term Disability benefit payments on January 2, 1991 through December 31, 1991 and who had a Termination of Employment with Eligibility for MetLife Choices prior to 2011, the reduction formulas for the Company-Paid Life Insurance for current MLC participants are generally adjusted as follows:
- **If coverage is already fully reduced** and the Participant is retired and over age 70 on January 1, 2010, there is no change to the coverage amount.
- **If coverage is currently reducing** and the Participant is less than age 70 as of January 1, 2010, reductions will be suspended after the January 1, 2010 reduction occurs until the first of the month following the Participant's 70th birthday. At that time coverage will be reduced immediately to the eventual amount.
- If coverage has not started to reduce **by January 1, 2010, the Participant's coverage stays at the current amount until it reduces to the eventual amount on the first of the month following the Participant's 70th birthday.** For those who began receiving Long Term Disability benefit payments on January 2, 1991 through December 31, 1991 and who had a Termination of Employment with Eligibility for MetLife Choices prior to 2011, only the company-paid portion of the coverage can continue after termination.

**Notice: Optional and Company-Paid Life Insurance for LTD Participants who were receiving disability benefits prior to January 1, 2004 and were not GenAmerica or New England Financial LTD participants**

Please note that in 2004, all group term life insurance coverage for MetLife associates participating in the MetLife Choices plan was separated into two plans. One plan, the Optional Life Insurance Plan, provided for optional group term life insurance coverage and the other provided a company-paid life insurance benefit under either MetLife Options or Met Life Choices, as applicable. At the time that this change was implemented, the total group term life insurance coverage records for associates were updated to specifically identify the company-paid portion of their coverage and the optional, or participant-paid, portion. Coverage continues with no contributions required when a covered individual receives MetLife Long Term Disability Plan benefits. Your optional life insurance coverage terminates when you experience a Termination of Employment as reflected in company records.

**Eligible Former Employees who had a Termination of Employment with Eligibility for MetLife Choices at or before Age 65**

**A. Applicable to Eligible Former Employees with hires dates prior to January 1, 2004 and Termination of Employment dates prior to January 1, 2001**

**Important Note:** The following sections deal with monthly reductions in the amount of life insurance. While these reductions are calculated on a monthly basis, the reductions are applied only once each year, on January 1, for the prior 12 months. For participants who were born before January 1, 1929 and began their employment with MetLife prior to January 1, 1984 the reductions take place each month.

| Salaried and Commissioned Employees on the Administrative Payroll |
|---|
| **If you were hired prior to January 1, 1999 and were at least age 45 or had at least 20 years of Continuous Coverage as of December 31, 1998** |
| If you had **15 or more years of Continuous Coverage**, and you had **coverage of at least two times Pay** throughout your last 60 months immediately before you had a Termination of Employment, your coverage after you terminated is equal to two times Pay until the first day of the 14th month after you reach age 65. The amount of your coverage will then reduce by 1% each month for 50 months.  After this 50% reduction, the coverage amount will not change again during your lifetime.<br>• For example, assume that your Pay was $60,000, you had been covered by four times pay under MetLife Options throughout the 60-month period preceding your termination, and your coverage immediately before Termination of Employment was $240,000.  At termination your life insurance under MetLife Choices reduced to $120,000 (i.e., two times Pay).  This amount will continue unreduced until the first day of the 14th month after you reach age 65. After that, your coverage will reduce by 1% per month for the next 50 months, to $60,000 (i.e., one times Pay). |
| If you had at least **10 but less than 15 years of Continuous Coverage** when you terminated (at least 5 years of Continuous Coverage for employees hired prior to 1/1/95) and you had **coverage of at least two times Pay** throughout your last 60 months immediately before you had a Termination of Employment, a special rule applies.  The amount of your coverage during and after the 50 months of reductions (which begin on the first day of the 14th month after you reach age 65) is prorated by dividing your years and months of Continuous Coverage by 15.<br>• For example, assume that your coverage at Termination of Employment was $100,000 but you had only 10 years of Continuous Coverage under the Plan.  The eventual amount of your coverage after reductions will then be:  $100,000 x 50% x 10/15 = $34,000 |

| |
|---|
| Under this special rule, the monthly reduction that starts 14 months past age 65 will be greater than if you had 15 years of Continuous Coverage and is calculated as follows:<br><br>$100,000 - $34,000 = $66,000<br><br>$66,000 ÷ 50 months = $1,320 monthly reduction |

If you had **15 or more years of Continuous Coverage** and you had **coverage of one times Pay only,** throughout your last 60 months immediately before you had a Termination of Employment, your coverage under MetLife Choices will be one times Pay.

If you had at least **10 but less than 15 years of Continuous Coverage** at Termination of Employment (at least 5 years of Continuous Coverage for employees hired prior to 1/1/95) and you had **coverage of one times Pay** at some time during your last 60 months immediately before you had a Termination of Employment, you have coverage equal to one times Pay, prorated by dividing your years and months of Continuous Coverage by 15. This coverage began on the day you terminated and will remain the same unless you buy down to the flat $50,000 amount.

- For example, assume that your coverage based on one times Pay at termination is $50,000 but you had only 10 years of Continuous Coverage under the Plan. Your Life Insurance under MetLife Choices will be: $50,000 x 10/15 = $34,000

### If you were hired prior to January 1, 1999 and were under age 45 and had less than 20 years of Continuous Coverage as of December 31, 1998 or were hired on or after January 1, 1999

If you had at least **10 years of Continuous Coverage** at Termination of Employment (at least 5 years of Continuous Coverage for employees hired prior to 1/1/95), and you had **coverage of at least two times Pay** throughout your last 60 months immediately before you had a Termination of Employment, your coverage reduced by 50% with a maximum coverage of two times Pay. On the first of the month following your 65th birthday, your life insurance will drop to ½ final average pay (as calculated for the Retirement Plan) with a maximum coverage of $50,000.

If you had at least **10 years of Continuous Coverage** (at least 5 years of Continuous Coverage for employees hired prior to 1/1/95) and you had **coverage of one times Pay only,** at some time during your last 60 months immediately before you had a Termination of Employment, your coverage under MetLife Choices reduced to ½ of one times final average pay (as calculated for the Retirement Plan) maximum coverage of $50,000.

### Individual Business Sales Management

Individual Business Sales Management including Managing Directors and Agency Directors

### If you were hired prior to January 1, 1997, and were at least age 45 on January 1, 1997 or if your combined age and Continuous Coverage as of January 1, 1997 totaled 60 or more years

If you had **15 or more years of Continuous Coverage**, and you had **coverage of at least two times Pay** throughout your last 60 months immediately before you had a Termination of Employment, your coverage after you terminated is equal to two times Pay until the first day of the 14th month after you reach age 65. The amount of your coverage will then reduce by 1% each month for 50 months. After this 50% reduction, the coverage amount will remain the same unless you buy down to the flat $50,000.

- For example, assume that your Pay was $60,000, you had been covered by four times pay under MetLife Options, and your coverage immediately before Termination of Employment was $240,000. At termination your coverage under MetLife Choices reduced to $120,000 (i.e., two times Pay). This amount will continue unreduced until the first day of the 14th month after you reach age 65. After that, your coverage will reduce by 1% per month for the next 50 months, to $60,000 (i.e., one times Pay).

If you had at least **10 but less than 15 years of Continuous Coverage** (at least 5 years of Continuous Coverage for employees hired prior to 1/1/95) and you had **coverage of at least two times Pay** throughout your last 60 months immediately before you had a Termination of Employment, a special rule applies. The amount of your coverage during and after the 50 months of reductions (which begin on the first day of the 14th month after you reach age 65) is prorated by dividing your years and months of Continuous Coverage by 15.

- For example, assume that your Pay was $50,000, your Life Insurance coverage at Termination of Employment was $100,000 but you had only 10 years of Continuous Coverage under the Plan. The eventual amount of your coverage after reductions will then be:  $100,000 x 50% x 10/15 = $34,000

  The monthly reduction that starts 14 months after your 65th birthday will be greater than if you had 15 years of Continuous Coverage and is calculated as follows:
  $100,000 - $34,000 = $66,000
  $66,000 ÷ 50 months = $1,320 monthly reduction

If you had **15 or more years of Continuous Coverage** and you had **coverage of one times Pay** at some time during your last 60 months immediately before you had a Termination of Employment, your coverage will be one times Pay when you terminated, and will stay the same for the rest of your life unless you buy down to the flat amount of $50,000.

If you had at least **10 but less than 15 years of Continuous Coverage** (at least 5 years of Continuous Coverage for employees hired prior to 1/1/95) and you had **coverage of one times Pay** at some time during your last 60 months immediately before you had a Termination of Employment, you had coverage equal to one times Pay, prorated by dividing your years and months of Continuous Coverage by 15.  This coverage began on the day you terminated and will remain the same unless you buy down to the flat amount of $50,000.
- For example, assume that your coverage based on one times Pay Option 1 at termination was $50,000 but you had only 10 years of Continuous Coverage under the Plan.  Your coverage under MetLife Choices will be:  $50,000 x 10/15 = $34,000

### If you were hired prior to January 1, 1997, and were less than age 45 on January 1, 1997 and if your combined age and Continuous Coverage as of January 1, 1997 totaled less than 60 years

If you had **15 or more years of Continuous Coverage**, and you had **coverage of at least two times Pay** throughout your last 60 months immediately before you had a Termination of Employment, your coverage after you terminated is equal to 50% of the amount of coverage you had immediately prior to termination.  At age 65, your life insurance will reduce to 50% of your Pay (but in no event will the coverage exceed $50,000) or the reduced amount that went into effect upon your Termination of Employment, whichever is less. (See the following examples).
- Example 1 - Assume that your Pay was $70,000, you had coverage of three times Pay under MetLife Options and your coverage immediately before Termination of Employment was $210,000. Your coverage under MetLife Choices then became $105,000.  This amount will continue unreduced until the first day of the 14th month after you reach age 65.  On that date, your coverage will be further reduced to $35,000 (50% of your Pay).
- Example 2 – Assume that your Pay was $120,000, you had coverage of three times Pay under MetLife Options and your life insurance immediately before Termination of Employment was $360,000. Your coverage under MetLife Choices then became $180,000. This amount will continue unreduced until the first day of the month following your 65th birthday. On that date, your life insurance will be further reduced to $50,000 (the maximum amount that can be in effect on and after age 65).

If you had at least **10 but less than 15 years of Continuous Coverage**, and you had **coverage of at least two times Pay** throughout your last 60 months immediately before you had a Termination of Employment, a special rule applies.  The amount of your coverage beginning at age 65 is prorated by dividing your years and months of Continuous Coverage by 15.
- For Example 1 above, if you had only 10 years of Continuous Coverage under the Plan.  The eventual amount of your coverage at age 65 would be:  $35,000 x 10/15 = $24,000

If you had **15 or more years of Continuous Coverage** when you had a Termination of Employment, and you had **coverage of one times Pay** at some time during your last 60 months immediately before you terminated, your Life Insurance after you terminate will be equal to one times Pay. At age 65, your life insurance will reduce to 50% of your Pay (but in no event will coverage exceed ($50,000) or the amount that went in to effect upon termination, whichever is less.

If you had at least **10 but less than 15 years of Continuous Coverage** (at least 5 years of Continuous Coverage for employees hired prior to 1/1/95) and you had **coverage of one times Pay only** at some time during your last 60 months immediately before you had a Termination of Employment, a special rule applies. Your coverage after you terminated is the same as if you had more than 15 years of Continuous Coverage,

i.e. one times Pay. However, the amount of your coverage beginning at age 65 is prorated by dividing your years and months of Continuous Coverage by 15.

### If you were hired January 1, 1997 through December 31, 1997

If you had **15 or more years of Continuous Coverage** and you had **coverage of at least two times Pay** throughout your last 60 months immediately before you had a Termination of Employment, your coverage after you terminated is equal to 50% of the amount of coverage you had immediately prior to termination. At age 65, your life insurance will reduce to 50% of your Pay (but in no event will coverage exceed $50,000) or the reduced amount that went into effect upon termination, whichever is less.

- For example, assume that your Pay was $70,000, you had coverage of three times Pay under MetLife Options and your life insurance immediately before Termination of Employment was $210,000. At termination your life insurance under MetLife Choices reduces to $105,000. This amount will continue unreduced until the first day of the month following your 65th birthday. On that date, your life insurance will be further reduced to $35,000 (50% of your pre-retirement annual pay).

If you had at least **10 but less than 15 years of Continuous Coverage** (at least 5 years of Continuous Coverage for employees hired prior to 1/1/95) and you had **coverage of at least two times Pay** throughout your last 60 months immediately before you had a Termination of Employment, a special rule applies. Your coverage at termination is the same as if you had more than 15 years of coverage. However, the amount of your life insurance beginning at age 65 is prorated by dividing your years and months of Continuous Coverage by 15.

- In the example above, if you had 10 years of Continuous Coverage, the amount of life insurance beginning at age 65 would be $35,000 x 10/15 = $24,000.

If you had **15 or more years of Continuous Coverage** and you had **coverage of one times Pay** at some time during your last 60 months immediately before you had a Termination of Employment, your life insurance after you terminated is equal to one times Pay. At age 65, your life insurance will reduce to 50% of your Pay (but in no event will coverage exceed $50,000) or the amount that went into effect upon termination, whichever is less.

If you had at least **10 but less than 15 years of Continuous Coverage** (at least 5 years of Continuous Coverage for employees hired prior to 1/1/95) and you had **coverage of 1 X Pay** at some time during your last 60 months immediately before you had a Termination of Employment, a special rule applies. The amount of your life insurance beginning at age 65 is prorated by dividing your years and months of Continuous Coverage by 15.

### If you were hired on or after January 1, 1998 and on or prior to December 31, 2003

If you had **15 or more years of Continuous Coverage** when you had a Termination of Employment, your Life Insurance after you terminated will be equal to one times Pay. At age 65, your life insurance will reduce to 50% of your Pay (but in no event will coverage exceed $50,000) or the amount that went into effect upon termination, whichever is less.

If you had at least **10 but less than 15 years of Continuous Coverage** (at least 5 years of Continuous Coverage for employees hired prior to 1/1/95) when you had a Termination of Employment, a special rule applies. The amount of your coverage beginning at age 65 is prorated by dividing your years and months of Continuous Coverage by 15.

## Individual Business Financial Services Representatives and Functional Managers

If you were an Individual Business Financial Services Representative or Functional Manager, your coverage following Termination of Employment is subject to not only the factors listed in the "How the Plan Pays" section of this SPD, but also upon your five-year average life insurance coverage prior to when you had a Termination of Employment.

### If you were hired prior to January 1, 1997, and you were at least age 45 on January 1, 1997 or if your combined age and Continuous Coverage as of January 1, 1997 totaled 60 or more years

If you had **15 or more years of Continuous Coverage**, and you had **coverage of at least two times Pay** throughout your last 60 months immediately before you had a Termination of Employment, your coverage after you terminated is equal to two times Pay until the first day of the 14th month after you reach age 65.

The amount of your coverage is then reduced 1% each month for 50 months.  After 50 months, your lifetime coverage will be 50% of the average amount of coverage you would have had based on two times Pay during the 60 months before you terminated.  Please note that this 50% is calculated on the **average** amount of your coverage before you had a Termination of Employment, not the **actual** amount immediately before termination.  After this 50% reduction, the coverage amount will not change unless you buy down to the flat amount of $50,000.

- For example, assume that your Pay was $35,000, your coverage at Termination of Employment based on two times Pay was $70,000, and your average coverage for the previous five years based on two times Pay was $60,000.  You will have $70,000 in coverage until the first day of the 14th month after you reach age 65.  Reductions over the next 50 months will bring your coverage to 50% of $60,000, or $30,000.

  The monthly reduction will be two percent of the difference between the amount in effect at termination ($70,000) and the eventual amount of insurance ($30,000) as shown in the calculation below:

  $$70,000 - 30,000 = 40,000$$
  $$40,000 \times 2\% = \$800 \text{ monthly reduction}$$

  The monthly reduction can also be calculated by dividing the difference ($40,000) by the 50 months: $40,000/50 = $800 monthly reduction

- As a second example, assume that your Pay was $35,000, your coverage at Termination of Employment based on two times Pay was $70,000, and your average coverage for the previous five years based on two times Pay was $80,000.  You will have $70,000 in coverage until the first day of the 14th month after you reach age 65.  But then reductions over the next 50 months will bring your coverage to 50% of $80,000, or $40,000.

If you had at least **10 but less than 15 years of Continuous Coverage** (at least 5 years of Continuous Coverage for employees hired prior to 1/1/95), and you had **coverage of at least two times Pay** throughout your last 60 months immediately before you had a Termination of Employment, a special rule applies.  The amount of your coverage during and after the 50 months of reductions (which begin on the first day of the 14th month after you reach age 65) is prorated by dividing your years and months of Continuous Coverage by 15.

- For example, assume that your Pay was $35,000, your coverage at Termination of Employment based on two times Pay was $75,000, your average coverage for the previous five years based on two times Pay was $60,000, and you had 10 years of Continuous Coverage under the Plan. You will have $70,000 in coverage until the first day of the 14th month after you reach age 65. Reductions over the next 50 months will bring your coverage to $20,000 (50% x $60,000 x 10/15).

If you had **15 or more years of Continuous Coverage** when you had a Termination of Employment and you had coverage of one times Pay at some time during your last 60 months immediately before termination, your coverage for your lifetime will be equal to the amount you would have had if you had If you had been covered for one times Pay immediately before your termination.

If you had at least **10 but less than 15 years of Continuous Coverage** (at least 5 years of Continuous Coverage for employees hired prior to 1/1/95) and you had coverage of one times Pay at some time during your last 60 months immediately before you had a Termination of Employment, you will have coverage equal to one times Pay, prorated by dividing your years and months of Continuous Coverage by 15.  This coverage began on the day you terminated and will remain the same unless you buy down to the flat amount of $50,000.

**If you were hired prior to January 1, 1997, and you were less than age 45 on January 1, 1997 and if your combined age and Continuous Coverage as of January 1, 1997 totaled less than 60 years**

If you had **15 or more years of Continuous Coverage**, and you had **coverage of at least two times Pay** throughout your last 60 months immediately before you had a Termination of Employment, your coverage after you terminated will be equal to 50% of the amount of coverage you had immediately prior to termination. At age 65, you coverage will reduce to 50% of your Pay (but in no event will coverage exceed $50,000) or the reduced amount that went into effect upon termination, whichever is less. (See the following examples).

- Example 1 - Assume that your Pay was $70,000, you had coverage of three times Pay under MetLife

Options and your coverage immediately before Termination of Employment was $210,000. Your coverage under MetLife Choices then became $105,000. This amount will continue unreduced until the first day of the 14th month after you reach age 65.  On that date, your coverage will be further reduced to $35,000 (50% of your Pay).

- Example 2 - Assume that your Pay was $120,000, you had coverage of three times Pay under MetLife Options and your life insurance immediately before Termination of Employment was $360,000. Your coverage under MetLife Choices then became $180,000. This amount will continue unreduced until the first day of the month following your 65th birthday. On that date, your life insurance will be further reduced to $50,000 (the maximum amount that can be in effect on and after age 65).

If you had at least **10 but less than 15 years of Continuous Coverage** (at least 5 years of Continuous Coverage for employees hired prior to 1/1/95), and you had **coverage of at least two times Pay** throughout your last 60 months immediately before you had a Termination of Employment, a special rule applies.  Your coverage at termination is the same as if you had more than 15 years of Continuous Coverage. However, the amount of your coverage beginning at age 65 is prorated by dividing your years and months of Continuous Coverage by 15.

- In Example 1 above, if you had only 10 years of Continuous Coverage under the Plan the eventual amount of your coverage beginning at age 65 would be: $35,000 x 10/15 = $24,000

If you had **15 or more years of Continuous Coverage** and you had **coverage of one times Pay** at some time during your last 60 months immediately before you had a Termination of Employment, your coverage after you terminated will be equal to one times Pay. At age 65, your coverage will reduce to 50% of your Pay (but in no event will coverage exceed $50,000) or the amount that went into effect upon termination, whichever is less.

If you had at least **10 but less than 15 years of Continuous Coverage** (at least 5 years of Continuous Coverage for employees hired prior to 1/1/95) and you had **coverage of one times Pay** at some time during your last 60 months immediately before you had a Termination of Employment, a special rule applies. The amount of you coverage beginning at age 65 is prorated by dividing your years and months of Continuous Coverage by 15.

### If you were hired January 1, 1997 through December 31, 1997

If you had **15 or more years of Continuous Coverage** and you had **coverage of at least two times Pay** throughout your last 60 months immediately before you had a Termination of Employment, your coverage after you terminated is equal to 50% of the amount of coverage you had immediately prior to termination.  At age 65, your life insurance will reduce to 50% of your Pay (but in no event will coverage exceed $50,000) or the reduced amount that went into effect upon termination, whichever is less.

- For example, assume that your Pay was $70,000, you had coverage of three times Pay under MetLife Options and your life insurance immediately before Termination of Employment was $210,000. At termination your life insurance under MetLife Choices reduced to $105,000.  This amount will continue unreduced until the first day of the month following your 65th birthday.  On that date, your life insurance will be further reduced to $35,000 (50% of your Pay).

If you had at least **10 but less than 15 years of Continuous Coverage** (at least 5 years of Continuous Coverage for employees hired prior to 1/1/95) and you had **coverage of at least two times Pay** throughout your last 60 months immediately before you had a Termination of Employment, a special rule applies.  Your coverage at termination is the same as if you had more than 15 years of coverage.  However, the amount of your life insurance beginning at age 65 is prorated by dividing your years and months of Continuous Coverage by 15.

- In the example above, if you had 10 years of Continuous Coverage, the amount of life insurance beginning at age 65 would be $35,000 x 10/15 = $24,000

If you had **15 or more years of Continuous Coverage** and you had **coverage of one times Pay** at some time during your last 60 months immediately before you had a Termination of Employment, your life insurance after you terminated is equal to one times Pay.  At age 65, your life insurance will reduce to 50% of your Pay (but in no event will coverage exceed $50,000) or the amount that went into effect upon termination, whichever is less.

If you had at least **10 but less than 15 years of Continuous Coverage** (at least 5 years of Continuous Coverage for employees hired prior to 1/1/95) and you had **coverage of 1 X Pay** at some time during your last 60 months immediately before you had a Termination of Employment, a special rule applies.  The amount of your life insurance beginning at age 65 is prorated by dividing your years and months of Continuous Coverage by 15.

| **If you were hired on or after January 1, 1998 and on or prior to December 31, 2003** |
|---|
| If you had **15 or more years of Continuous Coverage** before you had a Termination of Employment, your coverage at termination is equal to one times Pay only. At age 65, you coverage will reduce to 50% of your Pay (but in no event will coverage exceed $50,000) or the amount that went into effect upon termination, whichever is less. |
| If you had at least **10 but less than 15 years of Continuous Coverage** (at least 5 years of Continuous Coverage for employees hired prior to 1/1/95) when you had a Termination of Employment, a special rule applies. The amount of your coverage at termination is the same as if you had more than 15 years of Continuous Coverage.  However, the amount of your coverage beginning at age 65 is prorated by dividing your years and months of Continuous Coverage by 15. |

### *Employees with Less than 10 Years of Continuous Coverage*

If you had **less than 10 years of Continuous Coverage** (at least 5 years of Continuous Coverage for employees hired prior to 1/1/95) when you had a Termination of Employment, you will not be eligible to continue your Company-Paid Life Insurance coverage following your termination. However, you may convert your coverage to an individual policy. (For more information, refer to the "Conversion" section of this SPD).

### B.  Applicable to Eligible Former Employees with hire dates prior to January 1, 2004 and who had a Termination of Employment from January 1, 2001 through December 31, 2003

**Important Note:** This section and several sections that follow deal with monthly reductions in the amount of life insurance. While these reductions are calculated on a monthly basis, the reductions are applied only once each year, on January 1, for the prior 12 months.
For participants who were born before January 1, 1929 and began their employment with MetLife prior to January 1, 1984 the reductions take place each month.

| **Salaried and Commissioned Employees on the Administrative Payroll** |
|---|
| **If you were hired prior to January 1, 1999 and were at least age 45 or had at least 20 years of Continuous Coverage as of December 31, 1998** |
| If you met the "Rule of 60" (see "Key Terms" section of this SPD), you had **15 or more years of Continuous Coverage**, and you had **coverage of at least two times Pay** throughout your last 60 months immediately before you had a Termination of Employment, your coverage after you terminated is equal to two times Pay until the first day of the 14th month after you reach age 65.  The amount of your coverage will then reduce by 1% each month for 50 months.  After this 50% reduction, the coverage amount will remain the same not change again during your lifetime. |
| If you met the "Rule of 60" (see "Key Terms" section of this SPD), you had at least **10 but less than 15 years of Continuous Coverage** (at least 5 years of Continuous Coverage for employees hired prior to 1/1/95) and you had **coverage of at least two times Pay** throughout your last 60 months immediately before you had a Termination of Employment, a special rule applies.  The amount of your coverage during and after the 50 months of reductions (which begin on the first day of the 14th month after you reach age 65) is prorated by dividing your years and months of Continuous Coverage by 15. |
| If you had **15 or more years of Continuous Coverage** and you had **coverage of one times Pay** at some time during your last 60 months immediately before you had a Termination of Employment, or you did not meet the "Rule of 60", your coverage under MetLife Choices will be one times Pay. |
| If you had at least **10 but less than 15 years of Continuous Coverage** (at least 5 years of Continuous Coverage for employees hired prior to 1/1/95) at Termination of Employment and you had **coverage of one times Pay** at some time during your last 60 months immediately before you had a Termination of Employment, or you did not meet the "Rule of 60", you will have coverage equal to one times Pay, |

prorated by dividing your years and months of Continuous Coverage by 15.  This coverage began on the day you terminated and will remain the same unless you buy down to the flat $50,000.

**If you were hired prior to January 1, 1999 and were under age 45 and had less than 20 years of Continuous Coverage as of December 31, 1998 or were hired on or after January 1, 1999**

If you met the "Rule of 60" (see "Key Terms" section of this SPD), you had at least **10 years of Continuous Coverage** (at least 5 years of Continuous Coverage for employees hired prior to 1/1/95) at Termination of Employment, and you had **coverage of at least two times Pay** throughout your last 60 months immediately before you had a Termination of Employment, your coverage reduced by 50% with a maximum coverage of two times Pay. On the first day of the month following your 65th birthday, your life insurance will drop to ½ final average pay (as calculated for the Retirement Plan) with a maximum coverage of $50,000.

If you had at least **10 years of Continuous Coverage** (at least 5 years of Continuous Coverage for employees hired prior to 1/1/95) and you had **coverage of one times Pay** at some time during your last 60 months immediately before you had a Termination of Employment, and you did not meet the "Rule of 60", your coverage under MetLife Choices will reduce to ½ of final average pay (as calculated for the Retirement Plan) with a maximum coverage of $50,000.

## Individual Business Sales Management

Individual Business Sales Management including Managing Directors and Agency Directors

**If you were hired prior to January 1, 1997, and were at least age 45 on January 1, 1997 or if your combined age and Continuous Coverage as of January 1, 1997 totaled 60 or more years**

If you met the "Rule of 60" (see "Key Terms" section of this SPD), you had **15 or more years of Continuous Coverage**, and you had **coverage of at least two times Pay** throughout your last 60 months immediately before you had a Termination of Employment, your coverage after you terminated is equal to two times Pay until the first day of the 14th month after you reach age 65.  The amount of your coverage will then reduce by 1% each month for 50 months.  After this 50% reduction, the coverage amount will remain the same unless you buy down to the flat $50,000.

If you met the "Rule of 60" (see "Key Terms" section of this SPD), you had at least **10 but less than 15 years of Continuous Coverage** (at least 5 years of Continuous Coverage for employees hired prior to 1/1/95) and you had **coverage of at least two times Pay** throughout your last 60 months immediately before you had a Termination of Employment, a special rule applies.  The amount of your coverage during and after the 50 months of reductions (which begin on the first day of the 14th month after you reach age 65) is prorated by dividing your years and months of Continuous Coverage by 15.

If you had **15 or more years of Continuous Coverage** and you had **coverage of one times Pay** at some time during your last 60 months immediately before you had a Termination of Employment, or you did not meet the "Rule of 60", your coverage was one times Pay when you terminated, and will stay the same unless you buy down to the flat $50,000.

If you had at least **10 but less than 15 years of Continuous Coverage** (at least 5 years of Continuous Coverage for employees hired prior to 1/1/95) and you had **coverage of one times Pay** at some time during your last 60 months immediately before you had a Termination of Employment, or you did not meet the "Rule of 60", you have coverage equal to one times Pay, prorated by dividing your years and months of Continuous Coverage by 15).  This coverage began on the day you terminated and will remain the same unless you buy down to the flat amount of $50,000.

| **If you were hired prior to January 1, 1997, and were less than age 45 on January 1, 1997 and if your combined age and Continuous Coverage as of January 1, 1997 totaled less than 60 years** |
|---|
| **If you met the "Rule of 60"** (see "Key Terms" section of this SPD), you had **15 or more years of Continuous Coverage**, and you had **coverage of at least two times Pay** throughout your last 60 months immediately before you had a Termination of Employment, your coverage after you terminated is equal to 50% of the amount of coverage you had immediately prior to termination. At age 65, your life insurance will reduce to 50% of your Pay (but in no event will the coverage exceed $50,000) or the reduced amount that went into effect upon your Termination of Employment, whichever is less. |
| **If you met the "Rule of 60"** (see "Key Terms" section of this SPD), you had at least **10 but less than 15 years of Continuous Coverage** (at least 5 years of Continuous Coverage for employees hired prior to 1/1/95), and you had **coverage of at least two times Pay** throughout your last 60 months immediately before you had a Termination of Employment, a special rule applies.  The amount of your coverage beginning at age 65 is prorated by dividing your years and months of Continuous Coverage by 15. |
| If you had **15 or more years of Continuous Coverage** and you had **coverage of one times Pay** at some time during your last 60 months immediately before you had a Termination of Employment, or you did not meet the "Rule of 60", your Life Insurance after you terminated is equal to one times Pay. At age 65, your life insurance will reduce to 50% of your Pay (but in no event will the coverage exceed $50,000) or the reduced amount that went into effect upon your Termination of Employment, whichever is less. |
| If you had at least **10 but less than 15 years of Continuous Coverage** (at least 5 years of Continuous Coverage for employees hired prior to 1/1/95) and you had **coverage of one times Pay** at some time during your last 60 months immediately before you had a Termination of Employment, or you did not meet the "rule of 60", a special rule applies.  Your coverage after you terminated is the same as if you had more than 15 years of Continuous Coverage at one times Pay.  However, the amount of your coverage beginning at age 65 is prorated by dividing your years and months of Continuous Coverage by 15. |
| **If you were hired January 1, 1997 through December 31, 1997** |
| If you had **15 or more years of Continuous Coverage** and you had **coverage of at least two times Pay** throughout your last 60 months immediately before you had a Termination of Employment, your coverage after you terminate is equal to 50% of the amount of coverage you had immediately prior to termination.  At age 65, your life insurance will reduce to 50% of your Pay (but in no event will coverage exceed $50,000) or the reduced amount that went into effect upon termination, whichever is less. |
| If you had at least **10 but less than 15 years of Continuous Coverage** (at least 5 years of Continuous Coverage for employees hired prior to 1/1/95) and you had **coverage of at least two times Pay** throughout your last 60 months immediately before you had a Termination of Employment, a special rule applies.  Your coverage at termination is the same as if you had more than 15 years of coverage. However, the amount of your life insurance beginning at age 65 is prorated by dividing your years and months of Continuous Coverage by 15. |
| If you had **15 or more years of Continuous Coverage** and you had **coverage of one times Pay** at some time during your last 60 months immediately before you had a Termination of Employment, your life insurance after you terminated is equal to one times Pay.  At age 65, your life insurance will reduce to 50% of your Pay (but in no event will coverage exceed $50,000) or the amount that went into effect upon termination, whichever is less. |
| If you had at least **10 but less than 15 years of Continuous Coverage** (at least 5 years of Continuous Coverage for employees hired prior to 1/1/95) and you had **coverage of 1 X Pay** at some time during your last 60 months immediately before you had a Termination of Employment, a special rule applies. The amount of your life insurance beginning at age 65 is prorated by dividing your years and months of Continuous Coverage by 15. |
| **If you were hired on or after January 1, 1998 and on or prior to December 31, 2003** |
| If you had **15 or more years of Continuous Coverage** when you had a Termination of Employment, your Life Insurance after you terminated will be equal to one times Pay. At age 65, you coverage will reduce to 50% of your Pay (but in no event will coverage exceed $50,000) or the amount that went into effect upon termination, whichever is less. |

If you had at least **10 but less than 15 years of Continuous Coverage** (at least 5 years of Continuous Coverage for employees hired prior to 1/1/95) when you had a Termination of Employment, a special rule applies.  The amount of your coverage beginning at age 65 is prorated by dividing your years and months of Continuous Coverage by 15.

## Individual Business Financial Services Representatives and Functional Managers

If you were an Individual Business Financial Services Representative or Functional Manager, your coverage following Termination of Employment is subject to not only the factors listed in the "How the Plan Pays" section of this SPD, but also upon your five-year average life insurance coverage prior to when you had a Termination of Employment.

### If you were hired prior to January 1, 1997, and you were at least age 45 on January 1, 1997 or if your combined age and Continuous Coverage as of January 1, 1997 totaled 60 or more years

**If you met the "Rule of 60"** (see "Key Terms" section of this SPD), you had **15 or more years of Continuous Coverage**, and you had **coverage of at least two times Pay** throughout your last 60 months immediately before you had a Termination of Employment, your coverage after you terminated is equal to two times Pay until the first day of the 14th month after you reach age 65.  The amount of your coverage is then reduced 1% each month for 50 months. After 50 months, your lifetime coverage will be 50% of the average amount of coverage you would have had based on two times Pay during the 60 months before you terminated.  Please note that this 50% is calculated on the **average** amount of your coverage before you had a Termination of Employment, not the **actual** amount immediately before termination.  After this 50% reduction, the coverage amount will not change unless you buy down to the flat amount of $50,000.

**If you met the "Rule of 60"** (see "Key Terms" section of this SPD), you had at least **10 but less than 15 years of Continuous Coverage**, and you had **coverage of at least two times Pay** throughout your last 60 months immediately before you had a Termination of Employment, a special rule applies.  The amount of your coverage during and after the 50 months of reductions (which begin on the first day of the 14th month after you reach age 65) is prorated by dividing your years and months of Continuous Coverage by 15.

If you had **15 or more years of Continuous Coverage** when you had a Termination of Employment and you had coverage of one times Pay at some time during your last 60 months immediately before termination or you did not meet the "Rule of 60", the amount of coverage for your lifetime after termination is equal to the amount you would have had if you had been covered for one times Pay immediately before termination.

If you had at least **10 but less than 15 years of Continuous Coverage** (at least 5 years of Continuous Coverage for employees hired prior to 1/1/95) and you had coverage of one times Pay at some time during last 60 months immediately before you had a Termination of Employment, or you did not meet the "Rule of 60", you will have coverage equal to one times Pay, prorated by dividing your years and months of Continuous Coverage by 15.  This coverage began on the day you terminated and will remain the same unless you buy down to the flat amount of $50,000.

### If you were hired prior to January 1, 1997, and you were less than age 45 on January 1, 1997 and if your combined age and Continuous Coverage as of January 1, 1997 totaled less than 60 years

**If you met the "Rule of 60"** (see "Key Terms" section of this SPD), you had **15 or more years of Continuous Coverage**, and you had **coverage of at least two times Pay** throughout your last 60 months immediately before you had a Termination of Employment, your coverage after you terminated is equal to 50% of the amount of coverage you had immediately prior to termination. At age 65, your coverage will reduce to 50% of your Pay (but in no event will coverage exceed $50,000) or the reduced amount that went into effect upon termination, whichever is less.

**If you met the "Rule of 60"** (see "Key Terms" section of this SPD), you had at least **10 but less than 15 years of Continuous Coverage** (at least 5 years of Continuous Coverage for employees hired prior to 1/1/95), and you had **coverage of at least two times Pay** throughout your last 60 months immediately before you had a Termination of Employment, a special rule applies.  Your coverage at termination was the same as if you had more than 15 years of Continuous Coverage. However, the amount of your

| |
|---|
| coverage beginning at age 65 is prorated by dividing your years and months of Continuous Coverage by 15. |
| If you had **15 or more years of Continuous Coverage** and you had **coverage of one times Pay** at some time only during your last 60 months immediately before you had a Termination of Employment, or you did not meet the "Rule of 60", your coverage after you terminated was equal to one times Pay.  At age 65, your coverage will reduce to 50% of your Pay (but in no event will coverage exceed $50,000) or the amount that went into effect upon termination, whichever is less. |
| If you had at least **10 but less than 15 years of Continuous Coverage** (at least 5 years of Continuous Coverage for employees hired prior to 1/1/95) and you had **coverage of one times Pay** at some time during your last 60 months immediately before you had a Termination of Employment, or you did not meet the "Rule of 60", a special rule applies. The amount of your coverage beginning at age 65 is prorated by dividing your years and months of Continuous Coverage by 15. |

| **If you were hired January 1, 1997 through December 31, 1997** |
|---|
| If you had **15 or more years of Continuous Coverage** and you had **coverage of at least two times Pay** throughout your last 60 months immediately before when you had a Termination of Employment, your coverage after you terminate is equal to 50% of the amount of coverage you had immediately prior to termination.  At age 65, your life insurance will reduce to 50% of your Pay (but in no event will coverage exceed $50,000) or the reduced amount that went into effect upon termination, whichever is less. |
| If you had at least **10 but less than 15 years of Continuous Coverage** (at least 5 years of Continuous Coverage for employees hired prior to 1/1/95) and you had **coverage of at least two times Pay** throughout your last 60 months immediately before you had a Termination of Employment, a special rule applies.  Your coverage at termination is the same as if you had more than 15 years of coverage. However, the amount of your life insurance beginning at age 65 is prorated by dividing your years and months of Continuous Coverage by 15. |
| If you had **15 or more years of Continuous Coverage** and you had **coverage of one times Pay** at some time during your last 60 months immediately before you had a Termination of Employment, your life insurance after you terminated is equal to one times Pay.  At age 65, your life insurance will reduce to 50% of your Pay (but in no event will coverage exceed $50,000) or the amount that went into effect upon termination, whichever is less. |
| If you had at least **10 but less than 15 years of Continuous Coverage** (at least 5 years of Continuous Coverage for employees hired prior to 1/1/95) and you had **coverage of 1 X Pay** at some time during your last 60 months immediately before you had a Termination of Employment, a special rule applies. The amount of your life insurance beginning at age 65 is prorated by dividing your years and months of Continuous Coverage by 15. |

| **If you were hired on or after January 1, 1998 and on or prior to December 31, 2003** |
|---|
| If you had **15 or more years of Continuous Coverage** when you had a Termination of Employment, your Life Insurance after you terminated will be equal to one times Pay. At age 65, you coverage will reduce to 50% of your Pay (but in no event will coverage exceed $50,000) or the amount that went into effect upon termination, whichever is less. |
| If you had at least **10 but less than 15 years of Continuous Coverage** (at least 5 years of Continuous Coverage for employees hired prior to 1/1/95) when you had a Termination of Employment, a special rule applies.  The amount of your coverage beginning at age 65 is prorated by dividing your years and months of Continuous Coverage by 15. |

### *Employees with Less than 10 Years of Continuous Coverage*

If you had **less than 10 years of Continuous Coverage** (at least 5 years of Continuous Coverage for employees hired prior to 1/1/95) when you had a Termination of Employment, you will not be eligible to continue your Company-Paid Life Insurance coverage following your termination. However, you may convert your coverage to an individual policy. (For more information, refer to the "Conversion" section of this SPD).

## C. Applicable to Eligible Former Employees with hire dates prior to January 1, 2004 and who had a Termination of Employment on or after January 1, 2004 through December 31, 2009

**Important Note:** This section and several sections that follow deal with monthly reductions in the amount of life insurance. While these reductions are calculated on a monthly basis, the reductions are actually applied only once each year, on January 1, for the prior 12 months.

| **Salaried and Commissioned Employees on the Administrative Payroll** |
|---|
| **If you were hired prior to January 1, 1999 and were at least age 45 or had at least 20 years of Continuous Service as of December 31, 1998** |

**If you met the "Rule of 60"** (see "Key Terms" section of this SPD), you had **15 or more years of Continuous Service**, and you had **coverage of at least two times Pay** throughout your last 60 months immediately before you had a Termination of Employment, your coverage after you terminated is equal to two times Pay until the first day of the 14th month after you reach age 65.  The amount of your coverage will then reduce by 1% each month for 50 months (not to be reduced below $25,000).  After this 50% reduction, the coverage amount will not change again during your lifetime.

- For example, assume that your Pay was $60,000, you had at least two times Pay throughout the 60-month period preceding your termination, and your coverage immediately before Termination of Employment was $120,000.  Your coverage under MetLife Choices will remain at $120,000 (i.e., two times Pay).  This amount will continue unreduced until the first day of the 14th month after you reach age 65. After that, your coverage will reduce by 1% per month for the next 50 months, to $60,000 (i.e., one times Pay).

**If you met the "Rule of 60"** (see "Key Terms" section of this SPD), you had at least **10 but less than 15 years of Continuous Service** (at least 5 years of Continuous Service for employees hired prior to 1/1/95) and you had **coverage of at least two times Pay** throughout your last 60 months immediately before you had a Termination of Employment, a special rule applies.  The amount of your coverage during and after the 50 months of reductions (which begin on the first day of the 14th month after you reach age 65) is prorated by dividing your years and months of Continuous Service by 15 (not to be reduced below $25,000).

- For example, assume that your coverage at Termination of Employment is $100,000 but you had only 10 years of Continuous Service under the Plan.  The eventual amount of your coverage after reductions will then be:  $100,000 x 50% x 10/15 = $34,000

  Under this special rule, the monthly reduction that starts 14 months past age 65 will be greater than if you had 15 years of Continuous Service and is calculated as follows:
  $100,000 - $34,000 = $66,000
  $66,000 ÷ 50 months = $1,320 monthly reduction

If you had **15 or more years of Continuous Service** and you had **coverage of one times Pay only,** throughout your last 60 months immediately before you had a Termination of Employment, your coverage under MetLife Choices will be one times Pay ($25,000 minimum).

If you had at least **10 but less than 15 years of Continuous Service** (at least 5 years of Continuous Service for employees hired prior to 1/1/95) at Termination of Employment and you had **coverage of one times Pay only,** throughout your last 60 months immediately before you had a Termination of Employment, you will have coverage equal to one times Pay, prorated by dividing your years and months of Continuous Service by 15 (not to be reduced below $25,000).  This coverage will begin on the day you terminate.

- For example, assume that your coverage based on one times Pay at termination is $50,000 but you had only 10 years of Continuous Service under the Plan.  Your Life Insurance under MetLife Choices will be:  $50,000 x 10/15 = $34,000

If you had **15 or more years of Continuous Service** and you had coverage of $50,000 **only**, throughout your last 60 months immediately before you had a Termination of Employment, your coverage when you terminated was $50,000 and will stay the same for the rest of your life.

If you had **10 but less than 15 years of Continuous Service** (at least 5 years of Continuous Service for employees hired prior to 1/1/95) and you had coverage of $50,000 **only**, throughout your last 60 months immediately before you had a Termination of Employment, a special rule applies.  The amount of your coverage is the same as if you had 15 years; however, the $50,000 will be prorated by dividing your years and months of Continuous Service by 15 (not to be reduced below $25,000).

If you had **15 or more years of Continuous Service** and you had **more than one** Company-Paid Life Insurance level of coverage in effect during your last 60 months immediately before you had a Termination of Employment, your coverage when you terminated was based on the level that will provide the least amount of coverage as determined by your Pay immediately prior to termination ($25,000 minimum).

If you had **10 but less than 15 years of Continuous Service** (at least 5 years of Continuous Service for employees hired prior to 1/1/95) and you had coverage under **more than one** Company-Paid group term life insurance level of coverage in effect during your last 60 months immediately before you had a Termination of Employment, a special rule applies.  The amount of your coverage is the same as if you had 15 years of Continuous Service as described in the above bullet; however, the amount of coverage is prorated by dividing your years and months of Continuous Service by 15 (not to be reduced below $25,000).

**If you were hired prior to January 1, 1999 and were under age 45 and had less than 20 years of Continuous Service as of December 31, 1998 or were hired on or after January 1, 1999**

**If you met the "Rule of 60"** (see "Key Terms" section of this SPD), you had at least **10 years of Continuous Service** (at least 5 years of Continuous Service for employees hired prior to 1/1/95) at Termination of Employment, and you had **coverage of at least two times Pay** throughout your last 60 months immediately before you had a Termination of Employment, your coverage reduced to one times Pay at termination and will remain at this level until the first day of the 14th month after you reach age 65.  The amount of your coverage will then reduce by 1% each month for 50 months (not to be reduced below $25,000).

If you had at least **10 years of Continuous Service** (at least 5 years of Continuous Service for employees hired prior to 1/1/95) and you had **coverage of one times Pay only,** during your last 60 months immediately before you had a Termination of Employment, your coverage under MetLife Choices reduced to ½ of one times Pay (maximum coverage of $50,000 and a minimum of $25,000).

If you had **coverage of $50,000 only**, throughout your last 60 months immediately before you had a Termination of Employment, your coverage when you terminated reduced to $25,000 and will stay the same for the rest of your life.

If you had **more than one Company-Paid Life Insurance level of coverage** in effect during your last 60 months immediately before you had a Termination of Employment, your coverage when you terminated was based on the level that provided the least amount of coverage as determined by your Pay immediately prior to termination.  Such coverage will not exceed $50,000 and will not be less than $25,000.

## Individual Business Sales Management

Individual Business Sales Management including Managing Directors and Agency Directors

**If you were hired prior to January 1, 1997, and were at least age 45 on January 1, 1997 or if your combined age and Continuous Service as of January 1, 1997 totaled 60 or more years**

**If you met the "Rule of 60"** (see "Key Terms" section of this SPD), you had **15 or more years of Continuous Service**, and you had **coverage of at least two times Pay** throughout your last 60 months immediately before you had a Termination of Employment, your coverage after you terminated is equal to two times Pay until the first day of the 14th month after you reach age 65.  The amount of your coverage will then reduce by 1% each month for 50 months (not to be reduced below $25,000).  After this 50% reduction, the coverage amount will not change again during your lifetime.

- For example, assume that your Pay was $60,000, you had at least two times Pay, and your coverage immediately before Termination of Employment was $120,000.  Your coverage under MetLife Choices remains at $120,000 (i.e., two times Pay).  This amount will continue unreduced until the first day of

the 14th month after you reach age 65.  After that, your coverage will reduce by 1% per month for the next 50 months, to $60,000 (i.e., one times Pay).

**If you met the "Rule of 60"** (see "Key Terms" section of this SPD), you had at least **10 but less than 15 years of Continuous Service** (at least 5 years of Continuous Service for employees hired prior to 1/1/95) and you had **coverage of at least two times Pay** throughout your last 60 months immediately before you had a Termination of Employment, a special rule applies.  The amount of your coverage during and after the 50 months of reductions (which begin on the first day of the 14th month after you reach age 65) is prorated by dividing your years and months of Continuous Service by 15 (not to be reduced below $25,000).

- For example, assume that your Pay was $50,000, your Life Insurance coverage at Termination of Employment was $100,000 but you have only 10 years of Continuous Service under the Plan.  The eventual amount of your coverage after reductions will then be: $100,000 x 50% x 10/15 = $34,000

  The monthly reduction that starts 14 months after your 65th birthday will be greater than if you had 15 years of Continuous Service and is calculated as follows:

  $100,000 - $34,000 = $66,000

  $66,000 ÷ 50 months = $1,320 monthly reduction

**If you had 15 or more years of Continuous Service** and you had **coverage of one times Pay only,** throughout your last 60 months immediately before you had a Termination of Employment, your coverage was one times Pay ($25,000 minimum coverage) when you terminated, and will stay the same for the rest of your life.

If you had at least **10 but less than 15 years of Continuous Service** (at least 5 years of Continuous Coverage for employees hired prior to 1/1/95) and you had **coverage of one times Pay only,** throughout your last 60 months immediately before you had a Termination of Employment, you have coverage equal to one times Pay, prorated by dividing your years and months of Continuous Service by 15 (not to be reduced below $25,000).  This coverage began on the day you terminated and will continue for the rest or your life.

- For example, assume that your coverage based on one times Pay at termination was $50,000 but you had only 10 years of Continuous Service under the Plan.  Your coverage under MetLife Choices will be:  $50,000 x 10/15 = $34,000

If you had **15 or more years of Continuous Service** and you had **coverage of $50,000 only,** throughout your last 60 months immediately before you had a Termination of Employment, your coverage when you terminated was $50,000 and will stay the same for the rest of your life.

If you had **10 but less than 15 years of Continuous Service** (at least 5 years of Continuous Coverage for employees hired prior to 1/1/95) and you had coverage of $50,000 only, throughout your last 60 months immediately before you had a Termination of Employment, a special rule applies.  The amount of your coverage is the same as if you had 15 years; however, the $50,000 will be prorated by dividing your years and months of Continuous Service by 15 (not to be reduced below $25,000).

If you had **15 or more years of Continuous Service** and you had **more than one** Company-Paid Life Insurance level of coverage in effect during your last 60 months immediately before you had a Termination of Employment, your coverage when you terminated was based on the level that provided the least amount of coverage as determined by your Pay immediately prior to termination ($25,000 minimum).

If you had **10 but less than 15 years of Continuous Service** (at least 5 years of Continuous Coverage for employees hired prior to 1/1/95), and you had coverage under **more than one** Company-Paid Life Insurance level of coverage in effect during your last 60 months immediately before you had a Termination of Employment, a special rule applies.  The amount of your coverage is the same as if you had 15 years of Continuous Service as described in the above bullet; however, the amount of coverage was prorated by dividing your years and months of Continuous Service by 15 (not to be reduced below $25,000).

**If you were hired prior to January 1, 1997, and were less than age 45 on January 1, 1997 and if your combined age and Continuous Service as of January 1, 1997 totaled less than 60 years or hired January 1, 1997 through December 31, 1997**

**If you met the "Rule of 60"** (see "Key Terms" section of this SPD), you had **15 or more years of Continuous Service**, and you had **coverage of at least two times Pay** throughout your last 60 months

immediately before you had a Termination of Employment, your coverage after you terminates is equal to two times Pay until the first day of the 14th month after you reach age 65.  The amount of your coverage will then reduce by 1% each month for 50 months.  After this 50% reduction, the coverage amount will not exceed $50,000 or be reduced below $25,000.

- For example, assume that your Pay was $60,000, you had at least two times Pay, and your coverage immediately before Termination of Employment was $120,000. Your coverage under MetLife Choices remains at $120,000 (i.e., two times Pay).  This amount will continue unreduced until the first day of the 14th month after you reach age 65.  After that, your coverage will reduce by 1% per month for the next 50 months, to $50,000.

If you met the "Rule of 60" (see "Key Terms" section of this SPD), you had at least **10 but less than 15 years of Continuous Service** (at least 5 years of Continuous Coverage for employees hired prior to 1/1/95), and you had **coverage of at least two times Pay** throughout your last 60 months immediately before you had a Termination of Employment, a special rule applies.  The amount of your coverage beginning at age 65 is prorated by dividing your years and months of Continuous Service by 15.

- For example, assume that your Pay is $50,000, your Life Insurance coverage at termination is $100,000 but you have only 10 years of Continuous Service under the Plan.  The eventual amount of your coverage after reductions will then be:  $100,000 x 50% x 10/15 = $34,000

The monthly reduction that starts 14 months after your 65th birthday will be greater than if you had 15 years of Continuous Service and is calculated as follows:

$$\$100,000 - \$34,000 = \$66,000$$
$$\$66,000 \div 50 \text{ months} = \$1,320 \text{ monthly reduction}$$

If you had **15 or more years of Continuous Service** when you had a Termination of Employment, your Life Insurance after you terminated is equal to one times Pay. At age 65, your life insurance reduces by 1% each month for 50 months not to exceed $50,000 or be reduced below $25,000.

If you had at least **10 but less than 15 years of Continuous Service** (at least 5 years of Continuous Coverage for employees hired prior to 1/1/95) and you had **coverage of one times Pay only,** throughout your last 60 months immediately before you had a Termination of Employment, a special rule applies. Your coverage after you terminated is the same as if you had more than 15 years of Continuous Service at one times Pay.  However, the amount of your coverage beginning at age 65 is prorated by dividing your years and months of Continuous Service by 15 with a maximum coverage of $50,000 and a minimum of $25,000.

If you had **coverage of $50,000 only**, throughout your last 60 months immediately before you had a Termination of Employment, your coverage when you terminated reduced to $25,000 and will stay the same for the rest of your life.

If you had **more than one Company-Paid Life Insurance level of coverage** in effect during your last 60 months immediately before you had a Termination of Employment, your coverage when you terminated is based on the level that will provide the least amount of coverage as determined by your Pay immediately prior to termination.  Such coverage will not exceed $50,000 and will not be less than $25,000.

## If you were hired on or after January 1, 1998

If you had **15 or more years of Continuous Service** when you had a Termination of Employment, your Life Insurance after you terminated is equal to one times Pay until the first day of the 14th month after you reach age 65.  The amount of coverage will then reduce by 1% each month for 50 months not to exceed $50,000 or be reduced below $25,000.

If you had at least **10 but less than 15 years of Continuous Service** (at least 5 years of Continuous Coverage for employees hired prior to 1/1/95) when you had a Termination of Employment, a special rule applies.  The amount of your coverage is the same as if you had 15 years; however, the amount is prorated by dividing your years and months of Continuous Service by 15 and not to exceed $50,000 or be reduced below $25,000.

If you had **coverage of $50,000 only**, throughout your last 60 months immediately before you had a Termination of Employment, your coverage when you terminated reduced to $25,000 and will stay the same for the rest of your life.

If you had **more than one Company-Paid Life Insurance level of coverage** in effect during your last 60 months immediately before you had a Termination of Employment, your coverage when you terminated was based on the level that will provide the least amount of coverage as determined by your Pay

immediately prior to termination.  Such coverage will not exceed $50,000 and will not be less than $25,000.

## Individual Business Financial Services Representatives and Functional Managers

If you were an Individual Business Financial Services Representative or Functional Manager, your coverage following Termination of Employment is subject to not only the factors listed in the "How the Plan Pays" section of this SPD, but also upon your five-year average life insurance coverage prior to when you had a Termination of Employment.

**If you were hired prior to January 1, 1997, and you were at least age 45 on January 1, 1997 or if your combined age and Continuous Service as of January 1, 1997 totaled 60 or more years**

**If you met the "Rule of 60"** (see "Key Terms" section of this SPD), you had **15 or more years of Continuous Service**, and you had **coverage of at least two times Pay** throughout your last 60 months immediately before you had a Termination of Employment, your coverage after you terminated is equal to two times Pay until the first day of the 14th month after you reach age 65.  The amount of your coverage is then reduced 1% each month for 50 months (not to be reduced below $25,000).  After 50 months, your lifetime coverage will be 50% of the average amount of coverage you would have had based on two times Pay during the 60 months before you terminated.  Please note that this 50% is calculated on the **average** amount of your coverage before you had a Termination of Employment, not the **actual** amount immediately before termination.  After this 50% reduction, the coverage amount will not change again during your lifetime.

- For example, assume that your Pay was $35,000, your coverage at Termination of Employment based on two times Pay was $70,000, and your average coverage for the previous five years based on two times Pay was $60,000.  You will have $70,000 in coverage until the first day of the 14th month after you reach age 65.  Reductions over the next 50 months will bring your coverage to 50% of $60,000, or $30,000.

  The monthly reduction will be two percent of the difference between the amount in effect at termination ($70,000) and the eventual amount of insurance ($30,000) as shown in the calculation below:

  $$\$70,000 - \$30,000 = \$40,000$$
  $$\$40,000 \times 2\% = \$800 \text{ monthly reduction}$$

  The monthly reduction can also be calculated by dividing the difference ($40,000) by the 50 months
  $$\$40,000/50 = \$800 \text{ monthly reduction}$$

As a second example, assume that your Pay was $35,000, your coverage at Termination of Employment based on two times Pay was $70,000, and your average coverage for the previous five years based on two times Pay was $80,000.  You will have $70,000 in coverage until the first day of the 14th month after you reach age 65.  But then reductions over the next 50 months will bring your coverage to 50% of $80,000, or $40,000.

**If you met the "Rule of 60"** (see "Key Terms" section of this SPD), you had at least **10 but less than 15 years of Continuous Service** (at least 5 years of Continuous Coverage for employees hired prior to 1/1/95), and you had **coverage of at least two times Pay** throughout your last 60 months immediately before you had a Termination of Employment, a special rule applies.  The amount of your coverage during and after the 50 months of reductions (which begin on the first day of the 14th month after you reach age 65) is prorated by dividing your years and months of Continuous Service by 15 (not to be reduced below $25,000).

- For example, assume that your Pay was $40,000, your coverage at Termination of Employment based on two times Pay is $80,000, your average coverage for the previous five years based on two times Pay was $75,000, and you had 10 years of Continuous Service under the Plan.  You will have $80,000 in coverage until the first day of the 14th month after you reach age 65.  Reductions over the next 50 months will bring your coverage to $25,000 (50% x $75,000 x 10/15).

If you had **15 or more years of Continuous Service** when you had a Termination of Employment and you had coverage of one times Pay only, throughout your last 60 months immediately before termination, coverage will continue at one times Pay for your lifetime ($25,000 minimum).

If you had **10 but less than 15 years of Continuous Service** (at least 5 years of Continuous Coverage for employees hired prior to 1/1/95), and you had coverage of $50,000 only, throughout your last 60 months immediately before you had a Termination of Employment, a special rule applies. The amount of your coverage is the same as if you had 15 years; however, the $50,000 will be prorated by dividing your years and months of Continuous Service by 15 (not to be reduced below $25,000).

If you had **15 or more years of Continuous Service** and you had **more than one** Company-Paid Life Insurance level of coverage in effect during your last 60 months immediately before you had a Termination of Employment, your coverage when you terminated was based on the level that provided the least amount of coverage as determined by your Pay immediately prior to termination ($25,000 minimum).

If you had **10 but less than 15 years of Continuous Service** (at least 5 years of Continuous Coverage for employees hired prior to 1/1/95), and you had coverage under **more than one** Company-Paid Life Insurance level of coverage in effect during your last 60 months immediately before you had a Termination of Employment, a special rule applies. The amount of your coverage is the same as if you had 15 years of Continuous Service as described in the above bullet; however, the amount of coverage will be prorated by dividing your years and months of Continuous Service by 15 (not to be reduced below $25,000).

**If you were hired prior to January 1, 1997, and you were less than age 45 on January 1, 1997 and if your combined age and Continuous Service as of January 1, 1997 totaled less than 60 years or you were hired January 1, 1997, through December 31, 1997**

If you met the **"Rule of 60"** (see "Key Terms" section of this SPD), you had **15 or more years of Continuous Service**, and you had **coverage of at least two times Pay** throughout your last 60 months immediately before you had a Termination of Employment, your coverage after you terminated is equal to two times Pay until the first day of the 14th month after you reach age 65. The amount of coverage will then reduce by 1% each month for 50 months not to exceed $50,000 or be reduced below $25,000. After 50 months, your lifetime coverage will be 50% of the average amount of coverage you would have had based on two times Pay during the 60 months before you had a Termination of Employment. Please note that this 50% is calculated on the **average** amount of your coverage before termination, not the **actual** amount immediately before termination. After this 50% reduction, the coverage amount will not change again during your lifetime.

- For example, assume that your Pay was $35,000, your coverage at Termination of Employment based on two times Pay was $70,000, and your average coverage for the previous five years based on two times Pay was $60,000. You will have $70,000 in coverage until the first day of the 14th month after you reach age 65. Reductions over the next 50 months will bring your coverage to 50% of $60,000, or $30,000.

  The monthly reduction will be two percent of the difference between the amount in effect at Termination of Employment ($70,000) and the eventual amount of insurance ($30,000) as shown in the calculation below:

  $$\$70,000 - \$30,000 = \$40,000$$
  $$\$40,000 \times 2\% = \$800 \text{ monthly reduction}$$

  The monthly reduction can also be calculated by dividing the difference ($40,000) by the 50 months:
  $$\$40,000/50 = \$800 \text{ monthly reduction}$$

If you met the **"Rule of 60"** (see "Key Terms" section of this SPD), you had at least **10 but less than 15 years of Continuous Service** (at least 5 years of Continuous Coverage for employees hired prior to 1/1/95), and you had **coverage of at least two times Pay** throughout your last 60 months immediately before you had a Termination of Employment, a special rule applies. Your coverage at termination is the same as if you had more than 15 years of Continuous Service. However, the amount of your coverage beginning at age 65 is prorated by dividing your years and months of Continuous Service by 15.

If you had **15 or more years of Continuous Service** and you had **coverage of one times Pay only,** throughout your last 60 months immediately before you had a Termination of Employment, your coverage

after you terminated is equal to one times Pay until the first day of the 14th month after you reach age 65. The amount of coverage will then reduce by 1% each month for 50 months not to exceed $50,000 or be reduced below $25,000. After 50 months, your lifetime coverage will be 50% of the average amount of coverage you would have had based on one times Pay during the 60 months before you had a Termination of Employment.  Please note that this 50% is calculated on the **average** amount of your coverage before termination, not the **actual** amount immediately before termination.  After this 50% reduction, the coverage amount will not change again during your lifetime.

If you had at least **10 but less than 15 years of Continuous Service** (at least 5 years of Continuous Coverage for employees hired prior to 1/1/95) and you had **coverage of one times Pay only,** throughout your last 60 months immediately before you had a Termination of Employment, a special rule applies. Your coverage at termination is the same as if you had more than 15 years of Continuous Service. However, the amount of your coverage beginning at age 65 is prorated by dividing your years and months of Continuous Service by 15.

If you had **coverage of $50,000 only,** throughout your last 60 months immediately before you had a Termination of Employment, your coverage when you terminated reduced to $25,000 and will stay the same for the rest of your life.

If you had **more than one Company-Paid Life Insurance level of coverage** in effect during your last 60 months immediately before you had a Termination of Employment, your coverage when you terminated was based on the level that will provide the least amount of coverage as determined by your Pay immediately prior to termination.  Such coverage will not exceed $50,000 and will not be less than $25,000.

| If you were hired on or after January 1, 1998 and on or prior to December 31, 2003 |
|---|

If you had **15 or more years of Continuous Service and had one times Pay only**, throughout your last 60 months immediately before you had a Termination of Employment, your coverage at termination will be equal to one times Pay only, until the first day of the 14th month after you reach age 65.  The amount of coverage will then reduce by 1% each month for 50 months not to exceed $50,000 or be reduced below $25,000. After 50 months, your lifetime coverage will be 50% of the average amount of coverage you would have had based on one times Pay during the 60 months before you terminated.  Please note that this 50% is calculated on the **average** amount of your coverage before you had a Termination of Employment, not the **actual** amount immediately before termination. After this 50% reduction, the coverage amount will not change again during your lifetime

If you had at least **10 but less than 15 years of Continuous Service** (at least 5 years of Continuous Coverage for employees hired prior to 1/1/95), and had one times Pay only, in effect throughout the last 60 months prior to you having a Termination of Employment, a special rule applies. The amount of your coverage at termination was the same as if you had more than 15 years of Continuous Service. However, the amount of your coverage beginning at age 65 is prorated by dividing your years and months of Continuous Service by 15 subject to a maximum of $50,000 and a minimum of $25,000.

If you had **coverage of $50,000 only,** throughout your last 60 months immediately before you had a Termination of Employment, your coverage when you terminated reduced to $25,000 and will stay the same for the rest of your life.

If you had **more than one Company-Paid Life Insurance level of coverage** in effect during your last 60 months immediately before you had a Termination of Employment, your coverage when you terminated was based on the level that will provide the least amount of coverage as determined by your Pay immediately prior to termination.  Such coverage will not exceed $50,000 and will not be less than $25,000.

### *Employees with Less than 10 Years of Continuous Service*

If you had **less than 10 years of Continuous Service** (at least 5 years of Continuous Coverage for employees hired prior to 1/1/95) when you had a Termination of Employment, you will not be eligible to continue your Company-Paid Life Insurance coverage following your termination. However, you may convert your coverage to an individual policy. (For more information, refer to the "Conversion" section of this SPD).

**D. Applicable to Eligible Former Employees with hire dates prior to January 1, 2004 and who had Termination of Employment on or after January 1, 2010**

| |
|---|
| **If you were hired prior to January 1, 1999 and were at least age 45 or had at least 20 years of Continuous Service as of December 31, 1998** |

| |
|---|
| **If you met the "Rule of 60"** (see "Term You Should Know" section of this SPD) and you had **coverage of at least two times Pay** throughout your last 60 months immediately before you have a Termination of Employment with eligibility for MetLife Choices, your coverage at termination will be subject to an immediate 50% reduction (not to be reduced below $25,000). After this 50% reduction, the coverage amount will not change again during your lifetime.<br>• For example, assume that your Pay is $60,000, you had at least two times Pay throughout the 60-month period preceding your termination, and your coverage immediately before Termination of Employment with Eligibility for MetLife Choices was $120,000. Your coverage under MetLife Choices will reduce to $60,000 (i.e., one times Pay). |

| |
|---|
| If you had **coverage of one times Pay only,** during your last 60 months immediately before you had a Termination of Employment with eligibility for MetLife Choices, your coverage under MetLife Choices will reduce at termination by 50% to ½ of one times Pay with a minimum of $25,000 and will stay the same for the rest of your life. |

| |
|---|
| If you had coverage of $50,000 **only**, throughout your last 60 months immediately before you have a Termination of Employment with eligibility for MetLife Choices, your coverage when you terminate will reduce by 50% to $25,000 and will stay the same for the rest of your life. |

| |
|---|
| If you had **more than one** Company-Paid Life Insurance level of coverage in effect during your last 60 months immediately before you have a Termination of Employment with eligibility for MetLife Choices, your coverage when you terminate will be based on the level that will provide the least amount of coverage as determined by your Pay immediately prior to termination ($25,000 minimum). |

| |
|---|
| **If you were hired prior to January 1, 1999 and were under age 45 and had less than 20 years of Continuous Service as of December 31, 1998 or were hired on or after January 1, 1999 but before January 1, 2004** |

| |
|---|
| **If you met the "Rule of 60"** (see "Key Terms" section of this SPD) and you had **coverage of at least two times Pay** throughout your last 60 months immediately before you have a Termination of Employment with eligibility for MetLife Choices, your coverage will reduce by 50% to one times Pay at termination not to exceed $50,000 or be below $25,000. After this 50% reduction, the coverage amount will not change again during your lifetime. |

| |
|---|
| If you had **coverage of one times Pay only,** during your last 60 months immediately before you have a Termination of Employment with eligibility for MetLife Choices, your coverage under MetLife Choices will reduce to 50% or ½ of one times Pay at termination with a maximum coverage of $50,000 and a minimum of $25,000 and will stay the same for the rest of your life. |

| |
|---|
| If you have **coverage of $50,000 only**, throughout your last 60 months immediately before you have a Termination of Employment with eligibility for MetLife Choices, your coverage when you terminate will reduce to $25,000 and will stay the same for the rest of your life. |

| |
|---|
| If you have **more than one Company-Paid Life Insurance level of coverage** in effect during your last 60 months immediately before you have a Termination of Employment with eligibility for MetLife Choices, your coverage when you terminate will be based on the level that will provide the least amount of coverage as determined by your Pay immediately prior to termination. Such coverage will not exceed $50,000 and will not be less than $25,000. |

*Employees with Less than 10 Years of Continuous Service*
If you had **less than 10 years of Continuous Service** (at least 5 years of Continuous
Coverage for employees hired prior to 1/1/95) when you had a Termination of Employment,
you will not be eligible to continue your Company-Paid Life Insurance
coverage following your termination. However, you may convert your coverage to an
individual policy. (For more information, refer to the "Conversion" section of this SPD).

**E.  Applicable to Eligible Former Employees with Hire Dates on or after January 1, 2004
and who had a Termination of Employment on or after January 1, 2004**

- If you had at least 10 years of Continuous Service when you had a Termination of
  Employment, your coverage reduced to $25,000 and will remain in effect thereafter.
- If you had less than 10 years of Continuous Service when you had a Termination of
  Employment, you will not be eligible to continue your Company-Paid Life Insurance
  coverage following your termination. However, you may convert your coverage to an
  individual policy.  (For more information, refer to the "Conversion" section of this SPD.)

*Employees with Less than 10 Years of Continuous Service*
If you had **less than 10 years of Continuous Service** (at least 5 years of Continuous
Coverage for employees hired prior to 1/1/95) when you had a Termination of Employment,
you will not be eligible to continue your Company-Paid Life Insurance
coverage following your termination. However, you may convert your coverage to an
individual policy. (For more information, refer to the "Conversion" section of this SPD).

## If You Are an Eligible Former Employee and Worked Past Age 65

If you continued working beyond age 65, the amount of your Company-Paid Life Insurance
was subject to reduction but the date the reduction began depended upon your date of birth
and the date you were hired.

The amount of your coverage did not begin to reduce until the date you had a Termination of
Employment (and you were eligible to continue coverage under MetLife Choices). On that
date, the amount of your coverage reduced to what it would have been if you had a
Termination of Employment (and you were eligible to continue coverage under MetLife
Choices) upon attainment of age 65.

For example, assume that your Pay was $75,000, you had coverage of four times Pay under
MetLife Options throughout your last 60 months immediately before you had a Termination of
Employment (and were eligible for MetLife Choices), and your life insurance coverage
immediately before termination was $300,000. Also assume that you were a salaried
employee hired prior to January 1, 1999, you were at least 45 as of December 31, 1998 with
more than 15 years of service at termination, you met the "Rule of 60" and you terminated at
age 70. At termination, your life insurance coverage dropped to $75,000 (i.e., one times Pay),
based on the reduction formula that would apply if you had terminated at age 65.

## Conversion of Reduction Amounts

When coverage is reduced for Eligible Former Employees at or following Termination of
Employment, the amount of reduction can be converted to an individual policy when the
reduction equals 20% or more of the face value. (For more information, refer to the
"Conversion" section of this SPD).

## Accelerated Benefit Option

To be eligible for the Accelerated Death Benefit, you must be terminally ill with no more than a 12-month life expectancy. The maximum benefit payable is 80% of the face amount of your Life Insurance, not to exceed $500,000. The minimum benefit payable is 25% of the face amount of your Life Insurance or $50,000, whichever is less.

**Important Note:**  If your Company-Paid Life Insurance coverage is reducing or is scheduled for reduction within the next six months, the amount of insurance considered for the Accelerated Death Benefit is the scheduled reduced amount.

## OTHER PROVISIONS

### Assignment of Benefits

You may assign your Company-Paid Life Insurance coverage as gifts to your spouse, children or any other person or institution you wish. However, if you do so, you will not be able to change your option or beneficiary or exercise any other ownership right, including the right to convert.  Assignments made are considered irrevocable and cannot be reversed without the written consent of the assignee. Once you have assigned your coverage, only your assignee has the right to designate and change the beneficiary and to exercise all the rights and interests of your coverage.

Because an assignment may have certain tax consequences, you should consult a legal or tax expert before deciding on this procedure.

You can print an assignment form from the MRSC website *www.mymetlifebenefitsonline.com* under 'Forms Library' or by calling the MetLife Retiree Service Center at 800-553-3803 to request that a form be mailed to you.

> Restrictions apply to changes to your Company-Paid Life Insurance coverage. With respect to Company-Paid Life Insurance coverage, NO ONE may make changes to the level of such coverage after the assignment goes into effect.

No assignment will be binding on the insurance company or the employer unless the following conditions are met:
- The assignment is in a form that is acceptable to the insurance company and the employer.
- The assignment is accepted, in writing, by the insurance company and the employer.
- The assignment is filed with MetLife.

Neither the insurance company nor the employer assumes any obligation as to the validity or the sufficiency of any assignment.

### How to Claim a Benefit

Life Claims must be submitted within a reasonable time period following the covered individual's death.

To initiate a Claim, please call the Beneficiary Services Center at 800-638-7375.

Requests for benefits or any other Claims in regard to the benefit program, including those in regard to coverage, eligibility or interpretation of Plan terms, must be made to the following address:
MetLife
US Service Delivery Center
Beneficiary Services
P.O. Box 99
Johnstown, PA 15907-0099

## If Your Claim is Denied

Claimants whose requests for benefits are denied will receive a written explanation for the denial containing the following information:

- The specific reason(s) for the denial;
- Plan provision on which it is based;
- Any additional material or information necessary for the claimant to perfect the Claim and an explanation of why such material or information is necessary; and
- A description of Plan review procedures and time limits, including a statement that the claimant has the right to bring civil action if the Claim is denied on appeal.

Beneficiaries or their authorized representatives wanting to dispute an adverse benefit determination, payment amount or Plan interpretation that relates to their receipt of Plan benefits or exercise of a current right available under the Plan, must file an appeal within 60 days of receipt of the adverse determination. Life appeals must be sent in writing to:

> MetLife
> Life Claims
> P.O. Box 3032
> Utica, NY 13504

Claimants may submit any additional information (such as comments, documents, records and any other information relating to the Claim) when they submit the request for appeal.  Upon request and free of charge, MetLife will provide reasonable access to, and copies of, all documents, records, and other information relevant to the Claim.

MetLife, in its capacity as Claims Administrator, will review benefit decisions.  MetLife, in its capacity as Plan Administrator, will review eligibility decisions.  All determinations regarding benefits and eligibility will be made within 60 days of your written appeal. The Claims Administrator has the final decision-making authority on whether or not to pay a Claim. The Plan Administrator has full discretion in making all required determinations on benefit eligibility. A 60-day extension is allowable if deemed necessary by the Claims Administrator or Plan Administrator.  If an extension is required, a formal notice will be sent to you before the expiration of the initial 60-day period and will include a explanation as to why an extension is required and the date by which the Plan expects to make a determination on review.  If a Claim is denied on appeal, a final written decision will be sent, stating the reasons for the denial, references to any specific Plan provisions on which the denial is based, a statement of the right to bring a civil action and a statement of the right to receive, upon request and free of charge, reasonable access to, and copies of, all documents, records, and other information relevant to your Claim.

**All decisions are final and are not open to further administrative appeal.  All Claims must be submitted in accordance with these procedures in order to be considered for payment. No civil action can be brought challenging the denial of the Claim on appeal more than six months following the date on which the written response to your appeal is sent to you.**

## Claims Involving Eligibility or Interpretation of Plan Terms Prior to the Covered Individual's Death

To the extent that your Claim involves eligibility of an individual as the insured, or there is an issue requiring the interpretation of the terms of the Plan, it will be reviewed by MetLife, in its capacity as Plan Administrator, generally within 90 days. The Plan Administrator can extend this time by 90 days for such Claims that it determines need additional time to review. If an extension is required, a formal extension notice, that will include an explanation as to why an extension is required, will be sent to the claimant.

## If Your Eligibility/Plan Interpretation Claim is Denied

Claimants whose requests for determinations of eligibility/plan interpretation issues are denied will receive a written explanation for the denial containing the following information:

- The specific reason(s) for the denial;
- Plan provision on which it is based;
- Any additional material or information necessary for the claimant to perfect the Claim and an explanation of why such material or information is necessary; and
- A description of Plan review procedures and time limits, including a statement that the claimant has the right to bring civil action if the Claim is denied on appeal.

Plan participants or their authorized representatives wanting to dispute an adverse eligibility/Plan interpretation must file a Claim within 60 days of receipt of the adverse determination. Such appeals must be sent in writing to:

Metropolitan Life Insurance Company
Plan Administrator – Company-Paid Life Insurance Plan
Human Resources – Global Benefits
501 U.S. Highway 22
Bridgewater, NJ 08807

Upon written request, MetLife will provide you free of charge with copies of documents, records, and other information relevant to your Claim.

MetLife, in its capacity as Plan Administrator, will review all appeals involving eligibility or Plan interpretation. All appeals will be decided within 60 days. The Plan Administrator has full discretion in making all required determinations on benefit eligibility or Plan interpretation. A 60-day extension is allowable if deemed necessary by the Plan Administrator. If an extension is required, a formal notice, which will include an explanation as to why an extension is required will be sent to the Plan participant. If MetLife denies the Claim on appeal, a final written decision will be sent, stating the reasons for the denial, references to any specific Plan provisions on which the denial is based, and a statement of the right to bring a civil action.

**All decisions are final and are not open to further administrative appeal. All Claims must be submitted in accordance with these procedures in order to be considered for payment.  No civil action can be brought challenging the denial of the Claim on appeal more than six months following the date on which the written response to your appeal is sent to you.**

## All Other Claims

To the extent that your Claim does not involve eligibility or an issue of Plan interpretation, MetLife, in its capacity as Claims Administrator, will determine the benefits payable within 90 days. MetLife can extend this time by 90 days for Claims it determines need additional time to review. If an extension is required, a formal extension notice, that will include an explanation as to why an extension is required, will be sent to the claimant.

## Special Rules for Certain GenAmerica and New England Financial Eligible Former Employees

If you had a Termination of Employment prior to January 1, 2001 under the New England Financial or GenAmerica retirement plans, in accordance with the provisions of those retirement plans, the amount of your life insurance is determined according to the plan you were covered under at the time of your Termination of Employment.

### Eligible Former Employees of New England Financial

#### *If You had a Termination of Employment Prior to Age 65*
The amount of your life insurance upon your Termination of Employment is equal to the amount of life insurance you had immediately prior to Termination, with a maximum coverage of 2 X Pay. This amount will continue unreduced until you reach age 65.

At age 65, the amount of your life insurance reduces to 1 X Pay, subject to a maximum of $75,000.

At age 66, the amount of life insurance in effect at age 65 will reduce by 10% of that amount each year until:
- the date your life insurance reduces to $10,000, or
- the date you reach age 75, whichever first occurs.

#### *If You had a Termination of Employment On or after Age 65*
If you had a Termination of Employment at age 65, the amount of your life insurance upon your Termination of Employment reduced to an amount equal to 1 X Pay. At age 66, the amount of life insurance in effect at age 65 reduces by 10% of that amount each year until: (1) the date your life insurance reduces to $10,000, or (2) the date you reach age 75, whichever first occurs.

If you had a Termination of Employment after age 65, the amount of your life insurance is adjusted to the amount you would have had if you had a Termination of Employment at age 65.

### Eligible Former Employees of GenAmerica

#### *If You had a Termination of Employment Prior to October 1, 1979*
The amount of your life insurance is the amount for which you were covered on the day prior to your Termination of Employment except that upon attaining age 72, if your life insurance exceeded $10,000, it was reduced to $10,000 plus 25% of the amount of the excess,

effective on January 1 following your 72nd birthday.

***If You had a Termination of Employment on or after October 1, 1979 but were hired Prior to January 1, 1992***

Your life insurance upon your Termination of Employment was an amount equal to the lowest salary multiple you elected as an active employee times your basic annual earnings on the day before you had a Termination of Employment, rounded to the next higher $1,000, not to exceed two and one-half times your basic annual earnings. In addition, beginning on January 1 following the year you reached age 61, your life insurance will reduce 5% each year (on January 1) until the earlier of:

- the date your life insurance is reduced to the greater of $10,000 or 25% of the amount of life insurance at retirement, or
- the year you reach age 75

***If You were hired or rehired on or After January 1, 1992***

The amount of your life insurance reduced to $10,000 on the date you had a Termination of Employment and is subject to no further reductions.

## CONVERSION

You may continue your MetLife Choices Company-Paid Life Insurance coverage by **applying within 31 days** for an individual life insurance policy in any form customarily issued by the insurance company. For more information and appropriate forms, contact the MetLife Retiree Service Center at 1-800-553-3803.

Your Company-Paid Life Insurance coverage must end or decrease for one of the following reasons in order to apply for conversion:
- Your employment terminated;
- You're no longer in an employment class eligible for Company-Paid Life Insurance;
- The Company-Paid Life Insurance Plan ends;
- The Company-Paid Life Insurance Plan is changed resulting in an end to the Life Insurance for your employment class;
- Your Company-Paid Life Insurance level of coverage is reduced at Termination of Employment,  or
- You had a Termination of Employment and you are not eligible for MetLife Choices Company-Paid Life Insurance.
- You Terminated with less than ten years of Continuous Coverage under the Plan (with less than five years if you commenced employment before 1995); or
- Your life insurance has been reduced by 20% or more of the amount of life insurance in effect prior to age 66.

Proof of good health is not required.  The permanent policy may be preceded at your level of coverage by a term insurance policy for one year.

The premium of the policy will be based on:
- The class of risk to which you belong;
- Your age on the effective date of the policy; and
- The form and amount of the policy.

If you're eligible to convert your life insurance, the amount of the converted policy will be no more than the amount of your life insurance on the date the coverage ends or decreases, less any amount of life insurance which remains in effect for which you may be eligible under any group policy which takes effect within 45 days after your life insurance ends.

If you convert part of your group life insurance because of a reduction in the amount of life insurance, the amount of your personal policy will not be more than the amount of the reduction.

Any conversion policy will become effective no earlier than the end of the 31-day application period.  If you die during the application period, the Insurance Company will pay a death benefit to your Beneficiary. The amount of the death benefit will be the highest amount of life insurance for which a personal policy could have been issued under the terms of this provision. This death benefit will be paid even if you did not apply for a personal policy. Your choice of a Beneficiary for a personal policy issued under this provision will be effective for the death benefit paid if you die during the application period.

If the Insurance Company has issued a personal policy under this provision, the Insurance Company will pay death benefits only if that policy is returned to the Insurance Company without any Claim. In such case, an amount equal to the premiums paid on the personal policy will be paid to your Beneficiary.

The application period is based on the date your group coverage terminates and the date of written notice. Generally, you have 31 days from the date group coverage ends to apply for conversion. However, if written notice is dated more than 15 days from the date of termination, your application period is extended for an additional 45 days. If the 45-day extension applies to you, it will not exceed more than 135 days from the date group insurance was terminated. In no event may you apply later than the 135th day after the first day of the application period, regardless of whether or not you received the application.

## KEY TERMS

### Active or Actively at Work

An employee is considered 'Actively at Work' if he or she is physically at work or away from his or her job because of vacation, paid time off (PTO), holiday, discretionary holiday, Company business, certain paid days outside the PTO bank, including jury duty, military leave (up to 13 days), and bereavement leave.

### Affiliate

An affiliate is any legal entity in which an equity interest of at least 80% is held either by MetLife or an entity owned directly or indirectly by MetLife and any legal entity which is in the same "Affiliated Service Group" (as defined in Section 414(m) of the Internal Revenue Code) as MetLife or any other Affiliate.

### Beneficiary

Your Beneficiary is the person (or persons) or legal entities you choose to receive any benefits payable because of your death.  You may choose any Beneficiary or beneficiaries you wish for your Company-Paid Life Insurance coverage, except that you cannot name a funeral home as your beneficiary.  If you designate more than one Beneficiary, payment will be made in equal shares to each surviving Beneficiary, or all to the last survivor, unless you specify otherwise.

You may designate contingent beneficiaries to receive benefits if there are no primary beneficiaries living at the time of your death, subject to certain statutory limitations.  In addition, certain other types of Beneficiary designations are permitted.

You may change your Beneficiary at any time unless you have assigned your benefits as a gift. See "Assignment of Coverage" paragraph under section entitled "Optional Provisions". A change of Beneficiary will not apply to any payment made before the date the Company accepts your Beneficiary designation.

***Certain Beneficiary designations permitted by Plan provisions or federal law may be restricted by court decree***.

A person's rights as a Beneficiary end if that person dies before your death occurs. The share for that person will be divided among the surviving persons you have named as beneficiaries, unless you have specified otherwise.  Likewise, a legal entity's rights as Beneficiary end if that legal entity ceases to exist before your death occurs.

Any payment made to one of these individuals will discharge the Company's liability for the amount paid. All payments to beneficiaries are subject to legal restrictions (for incompetence, minors, and so on).

If there is no Beneficiary or contingent Beneficiary in existence at the time of your death, the benefit will be paid as follows:
- to your surviving spouse, civil union spouse or domestic partner;
- if none, to your surviving children;
- if none, to your surviving parents;

- if none, to your surviving siblings; or
- if none of the aforementioned persons are alive, to your estate.

**In no event shall the Plan Administrator take into account any divorce decree, any property settlement agreement or order which purports to (i) waive the Beneficiary status and/or rights of the Participant's spouse, Civil Union Spouse, Domestic Partner former spouse, former Civil Union Spouse, former Domestic Partner to one or more benefits and/or (ii) grant Beneficiary status and/or rights to the Participant's spouse, Domestic Partner, former spouse, former Domestic Partner or any other individual contrary to or in addition to the provisions of the most recent Beneficiary designation form on file with the Plan Administrator. The Plan Administrator shall not have any duty to inquire into the existence of other documents or court orders or to investigate any other facts to determine the appropriate party who is your Beneficiary.**

If you plan to have the insurance proceeds distributed through a Trust, your Trust(ee) will be held fully responsible for the application for and disposition of the insurance proceeds.

## Bridge Eligible
You are Bridge Eligible if your employment was terminated under the MetLife Plan for Transition Assistance or the MetLife Plan for Transition Assistance for Officers (MPTA), your age was less than 55 but you had attained at least age 50 and had at least 20 years of Continuous Service upon your Termination of Employment (if you chose to receive your severance payment in a lump sum), or on the last day of your severance period (if you chose to receive your severance payments over time).

## Claim
Claim means all benefit challenges for benefits due under the terms of the Plan, to enforce any rights under the terms of the Plan, or to clarify rights to future benefits under the terms of the Plan (including but not limited to all challenges concerning eligibility, status, entitlement to benefit coverage, benefit terms, benefit calculations).

## Claims Administrator
Claims Administrator refers to Metropolitan Life Insurance Company as administrator of the Plan.

## Company (or Employer)
The following are currently defined as the Company: Metropolitan Life Insurance Company (MetLife); MetLife Group, Inc.;  Metropolitan Property and Casualty Insurance Company; MetLife Bank, National Association;  MetLife Insurance Company of Connecticut; and SafeGuard Health Plans, Inc. in the capacity of Employer, each with respect to its own Employees.

## Continuous Coverage
Continuous Coverage is the number of completed years you have been covered under the Basic Life Insurance Plan.  It is measured from your first date of employment and adjusted by periods when you were not employed by the Company or when you have transferred to certain part-time arrangements such as part-time variable status.  Adjustments to the employment date used to measure your Continuous Coverage depends on the circumstances involved, the

periods of time when you are not employed by the Company and the Continuous Coverage you had before Termination of Employment.

## Continuous Service

Continuous Service refers to the number of completed years you have been employed with the Company.  It is measured from your first date of employment and adjusted by periods when you are not employed by the Company or when you have transferred to certain part time arrangements such as part-time variable status.  Adjustments to your employment anniversary date depend on the circumstances involved, the periods of time when you are not employed by the Company and the Continuous Service you had before Termination of Employment.  If you are Disabled, you will receive Continuous Service while you are receiving Short Term Disability benefits during the first six months you are receiving Long Term Disability benefits assuming your employment status is still Active, i.e., your employment has not terminated.

## Eligible Former Employee

Eligible Former Employee, as referred to in this SPD, means a former Employee who on or after January 1, 1991 meets the following requirements for coverage under MetLife Choices: (1) terminated his or her employment and satisfied the age and Continuous Service requirements set forth in the table below on or before the date on which he or she had a Termination of Employment; or (2) was Bridge Eligible on the date on which he or she had a Termination of Employment; or (3) has been receiving long-term disability benefits for a continuous period of at least two calendar years without a termination from employment.

| Age | Years of Continuous Service |
|---|---|
| 55 to 57-1/2 | 15 |
| 58 | 14 |
| 59 | 12 |
| 60 and over | 10 |
| Age and service are computed in years and months. An adjustment to the years of service requirement will be made for intermediate ages. ||

## Insurance Company

Insurance Company refers to Metropolitan Life Insurance Company in the capacity of an insurer for the Life Insurance Plans.

## LTD-Status Participant

A recipient of long term disability benefits under the MetLife Option and Choices Plan who has not had a Termination of Employment.

## MetLife Choices

MetLife Choices is the program that provides health and certain welfare benefits to Eligible Former Employees and their Eligible Dependents.  MetLife Choices also provides benefits for Employees, who have received Long-Term Disability benefits for two full calendar years under MetLife Options (and have not incurred a termination from employment), and their Eligible Dependents.  The MetLife Choices Plan is a component plan under the MetLife Options and Choices Plan.

## MetLife Options

MetLife Options is the program under the MetLife Options and Choices Plan that provides health and certain welfare benefits to Eligible Employees and, where applicable, their Eligible Dependents.  The MetLife Options Plan is a component plan under the MetLife Options and Choices Plan.

## Pay

Pay, as it applies to benefits under the MetLife Choices Company-Paid Life Insurance Plan, is equal to the amount of compensation that was considered for Company-Paid life Insurance coverage under MetLife Options on the date you had a Termination of Employment or the date of your disability.  This amount is determined by your employee classification while active as well as the date on which you had a Termination of Employment or began receiving short-term or long-term disability benefits.

## Rule of 60

You met the "Rule of 60" if as of December 31, 2001:

- you had five or more years of Continuous MetLife Service; **and**
- your age plus your years of Continuous MetLife Service equaled 60 or more.

## Termination of Employment

Termination of Employment, as referred to in this Summary Plan Description, means the cessation of employment with the Company, whether voluntarily or involuntarily, for reasons other than death.

## The/This Plan

This Plan means the Plan documents, policies and/or certificates, as applicable, which govern the benefits provided to Eligible Former Employees or LTD-Status Participants and, if applicable, their Eligible Dependents, under the Company-Paid Group Term Life Insurance Plan.

## Total Control Account

A Total Control Account is a method of paying group life insurance benefits once the life insurance Claim is approved and processed. If positively elected as a payment option on the Claim form, a guaranteed money market account is opened automatically for each Beneficiary that elects the Total Control Account Payment option. In addition:

- A personalized checkbook is sent to each Beneficiary in case some or all of the proceeds are needed immediately.
- The Beneficiary may leave the proceeds in the money market account indefinitely, or withdraw funds (a minimum withdrawal of $250 up to a maximum withdrawal of the entire account balance).  The decision is within the total control of the Beneficiary.
- The account earns interest at current money market rates.  The Beneficiary can take as much time as necessary to decide how to use the proceeds.  Once your Total Control Account is opened, you can contact a Total Control Account Representative at 800-638-7283 should you have any questions or need more information.

## You and Your

You and Your means the Eligible Former Employee or the LTD-Status Participant who is a covered person for company-paid life insurance benefits.  You and your does not include an Eligible Dependent of the Eligible Former Employee or LTD-Status Participant.

## ABOUT THIS DESCRIPTION

### Purpose

The purpose of this material is to explain how the Company-Paid Group Term Life Insurance coverage provided through the Plan works.  You are responsible for using this SPD and other resources provided to you to understand your Optional Dependent Life Insurance coverage.

Please note, however, that this description is not all inclusive, and if you have questions about your coverage, you should call the MetLife Retiree Service Center at 1-800-553-3803.  Complete details, terms and conditions relating to each element of the Plan are contained in the official plan documents and contracts governing the Plans; the specific provisions and language of these documents will govern in every respect and instance.   The following is provided to help you determine which documents are controlling with respect to the Plan:

- This Summary Plan Description (as revised by any summaries of material modification) governs with respect to the following issues: your eligibility to participate in the Plan and under what conditions you are entitled to enroll for coverage under the Plan; the dollar amount of benefit payable and the circumstances in which this benefit is payable; what you need to do to obtain a benefit payment; what events or circumstances could lead to the loss of your coverage under the Plan; the maximum benefit payable to you in any one Plan Year or upon any one occurrence as well as the maximum benefit payable under the Plan in all Plan Years; the person or persons entitled to receive any benefit payable to you which you have claimed in the event of your death before the benefit has been paid to you; and any other conditions, limitations or exclusions affecting or limiting your ability to Claim or receive a benefit under the Plan .
- The plan document for the MetLife Choices Plan governs with respect to the following issues: the ability of the Participant to enroll for coverage; the terms and conditions under which the Participant enrolls for coverage for the following Plan Year; the optional levels of coverage available to the Participant under the Plan, if any; the ability of the Participant to change his or her election of coverages under the Plan during the Plan Year; the entities participating as the Company under the Plan; the powers and duties of the Administrator under the Plan' the manner of amending and/or terminating the Plan; and the overall
- apportionment of the cost of coverage between the Company and the Participant under the Plan.
- The plan document for the MetLife Options & Choices Plan governs with respect to the following issues: the Plan's right to be reimbursed or subrogated for up to the amount paid as benefits to you or your dependent(s), if you obtain a judgment or settlement from a third party or the third party's insurer arising out of illness, injury or sickness, the Plan's ability to recover benefit overpayments or mistakenly paid benefits; the Plan Administrator's authority to conduct an audit to determine the veracity of any purported dependents, where relevant; the HIPAA privacy rules, to the extent applicable; and the period of time within which Claims must be submitted and the limitations period that applies to your right to bring any suit to recover benefits under ERISA.

The rest of this material provides details about how the coverage works as well as information about who is eligible, events that can affect coverage, administrative information and your rights as a participant in the Plan.

## Statement of the Company's Rights

This document is not a contract or agreement for employment. Employment with MetLife is "at-will": nothing in this document changes your right, and that of MetLife, to end your employment at any time and for any reason. MetLife employment is not guaranteed for any period of time.

The Plan Administrator has full power and discretion to resolve all issues concerning eligibility, status, entitlement to coverage, and, except for the duties reserved to the Claims Administrator, has full power and discretion to interpret and construe all the provisions of the Plan. Such interpretation of the provisions of the Plan will be final, conclusive and binding on all persons Claiming benefits under the Plan.

The Company intends that the terms of the Plan described in this material, including those relating to coverage and benefits, are legally enforceable, and that the Plan is maintained for the exclusive benefit of participants, as defined by law.

Although the Company expects to continue the Plan, it reserves the right to amend, modify or discontinue all or any part of the Plan or any plan or coverage at any time. No oral or written communication will be effective in amending a plan or coverage unless it is by way of a formal amendment. Complete details, terms and conditions relating to each element of the plans and coverages are contained in the relevant Plan documents; the specific provision and language of these documents will govern in every respect and instance.

In the event of termination of the Plan, no benefits will be paid for incidents or events occurring after the date of termination.

MetLife assumes no responsibility for your own personal tax status, or for any tax consequences resulting from any Claims made contrary to current tax law. Please consult your tax advisor for further information on the tax treatment of this benefit.

## ADMINISTRATIVE DETAILS ABOUT THE PLAN

### Plan Administrator and Agent for Legal Process

The Plan Administrator and agent for service of legal process for the MetLife Choices Plan is:
Plan Administrator – Company-Paid Life Insurance Plan
Metropolitan Life Insurance Company
Human Resources – Global Benefits
501 U.S. Highway 22
Bridgewater, NJ 08807

For individuals represented by the United Food and Commercial Workers International Union, AFL-CIO & CLC, (1775 K Street, NW, Washington, D.C. 20006), reference to the Insurance and Retirement Programs and certain other employee benefit Plans is contained in Articles XI-A and XII of the collective bargaining agreement.

The Employee Benefits Committee is a group of senior MetLife officers to whom the Board of Directors has delegated MetLife's fiduciary responsibilities under ERISA (except for the investment of Plan assets) with regard to the MetLife Choice Plan and certain other employee benefit Plans. Also, the Committee is responsible to oversee the administration of these Plans.

### Plan Year
The Plan year runs from January 1 through December 31.

### Employer Identification Number and Plan Sponsor
Employer identification number 13-5581829 has been assigned to Metropolitan Life Insurance Company by the Internal Revenue Service.  Metropolitan Life Insurance Company is the Plan Sponsor and is located at 501 U.S. Highway 22 Bridgewater, NJ 08807.

Employer identification numbers for the other current participating employers are:

| Company | Number |
| --- | --- |
| MetLife Bank, N.A. | 22-3627804 |
| MetLife Group, Inc. | 55-0790010 |
| Metropolitan Property and Casualty Insurance Company | 13-2725441 |
| MetLife Insurance Company of Connecticut | 06-0566090 |
| SafeGuard Health Plans, Inc. | 95-2879515 |

### Plan Name and Number
The official name of the Plan through which your Company-Paid Life Insurance coverage is provided is the MetLife Options and Choices Plan. The Plan number is 512. (MetLife Choices is a component of the MetLife Options and Choices Plan.)

### Type of Plan and Funding
The Met Life Choices Plan is a group-insured Plan which provides benefits through insurance contracts issued by Metropolitan Life Insurance Company, as insurer. Premiums paid by the Company to the Insurance Company.  The Insurance Company pays all Claims.

## STATEMENT OF EMPLOYEE RIGHTS UNDER THE EMPLOYEE RETIREMENT INCOME SECURITY ACT (ERISA)

As a participant in the Plan, you are entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974 (ERISA).  ERISA provides that all Plan participants shall be entitled to:

### Receive Information about Your Plan and Benefits

You have the right to:

- Examine, without charge, at the Company's principal offices, all documents governing the Plan, including insurance contracts, collective bargaining agreements and a copy of the latest annual report (Form 5500 series)  filed by the Plan with the U.S. Department of Labor and available for inspection at the Public Disclosure Room of the Employee Benefits Security Administration,

**IMPORTANT! To examine Plan documents at a Company office, you must submit a written request to:**

Plan Administrator - Company-Paid Life Insurance Plan
Metropolitan Life Insurance Company
Human Resources – Global Benefits
501 U.S. Highway 22
Bridgewater, NJ 08807

- You will be sent a form to complete and return.  Upon processing the returned form, you will be informed of which office will have the documents and you will be provided an estimate of when the documents will be available for your review and a telephone number to call to schedule an appointment to review them. You will receive a written confirmation of your appointment and be given a contact name and number. You should confirm with your contact person that the documents have arrived at the requested Company office on the day before your scheduled appointment.
- Obtain copies of all documents governing the Plan, including an updated SPD and other Plan information on written request to the Plan Administrator.  The Plan Administrator may make a reasonable charge for the copies.
- Receive a summary of the annual financial report.  The Plan Administrator is required by law to furnish each participant with a copy of this summary annual report.

### Prudent Action by Plan Fiduciaries

In addition to creating rights for Plan participants, ERISA imposes duties upon the people who are responsible for the operation of the employee benefit Plan.  The people who operate the Plan, called "fiduciaries" of the Plan, have a duty to do so prudently and in the interest of you and other Plan participants and beneficiaries. No one, including your employer or any other person, may fire you or otherwise discriminate against you in any way to prevent you from receiving a benefit or exercising your rights under ERISA.

## Enforcing Your Rights

If your Claim for an employee benefit is denied or ignored, in whole or in part, you have the right to know why this was done and to obtain copies of documents relating to the decision without charge. In addition, you must receive a written explanation of the reason for the denial, and have the right to have your Claim reviewed and reconsidered upon request, all within certain time schedules.

Under ERISA, there are steps you can take to enforce these rights. For instance, if you request materials from the Plan and do not receive them within 30 days, you may file suit in a Federal court. In such a case, the court may require the Plan Administrator to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the Plan Administrator.

If you have a Claim for benefits that is denied or ignored, in whole or in part, you may file suit in a state or Federal court. If it should happen that Plan fiduciaries misuse Plan money or if you are discriminated against for asserting your rights, you may seek assistance from the United States Department of Labor, or you may file suit in a Federal court. The court will decide who should pay court costs and legal fees. If you are successful, the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees if, for example, it finds your Claim is frivolous.

## Assistance with Your Questions

If you have any questions about this Plan, you should contact the Plan Administrator.  If you have any questions about this statement or about your rights under ERISA or if you need assistance obtaining documents from the Plan Administrator, you should contact the nearest area office of the Employee Benefits Security Administration, U.S. Department of Labor, listed in the telephone directory or the Division of Technical Assistance and Inquiries, Employee Benefits Security Administration, U.S. Department of Labor, 200 Constitution Avenue, NW, Washington, D.C. 20210.   You may also obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the Employee Benefits Security Administration.

*The Company reserves the right, in its sole and absolute discretion, to increase your contributions (if applicable) in the future and to amend, alter or terminate all or any part of this Plan or any coverage thereunder at any time for any or all employees, including active, retired, and disabled employees, as permitted by applicable law.*

*Complete details, terms and conditions relating to each element of the Plan are contained in the relevant Plan documents; the specific provisions and language of these Plan documents will govern in every respect and instance. No employee or representative of the Company is authorized to make any oral promises to you about the Plans, or in any way alter their terms, except by formal Plan amendment.*

# EXHIBIT "C"

G. C. 50 R.P.

**METROPOLITAN LIFE INSURANCE COMPANY**

*(Please Type or Print)*

CERTIFICATE NO. 220301

CRIVELLO

Name of Applicant  Crivello, John Arthur  602 MONTEREY, CALIF.

Last    First    Middle    District or Division    Position

I hereby apply to the METROPOLITAN LIFE INSURANCE COMPANY to become a contributor under the Insurance and Retirement Program, as outlined in the booklet applicable to my contribution class, and authorize the use of the date of birth and other personal data given in my application for appointment and hereby designate as my beneficiary  GROVER A. CRIVELLO

(Given First Name)    (Last Name)

relationship  BROTHER  SEE OVER  and (as indicated by my signature below)

| I do *not* apply for any coverage under the Surgical Operation and Hospital Benefit plan. | I apply for the Personal Coverage *only*, under the Surgical Operation and Hospital Benefit plan, and understand that if I am or become eligible for Dependent Coverage such coverage will become effective only if I make supplementary application therefor and comply with the conditions prescribed by the plan | *(Only those eligible and applying for both Personal and Dependent Coverage should sign below.)* |
|---|---|---|
| | | I apply for *both* Personal and *Dependent Coverage under the Surgical Operation and Hospital Benefit plan. I am |
| BRANCH  3246 | | (State if Married, Widowed, or Divorced.) |
| STATE | | |
| SOURCE  4602 | | |
| SOHB CODE | | |

(Signature)

Date ..............

(Signature)

John A. Crivello

Date  May 21, 1957

Date ..............

(Signature)

*As defined in the plan.

| FOR HOME OFFICE USE ONLY | | | | |
|---|---|---|---|---|
| Contribution Class | Total Weekly Contribution | Entered By | Checked By | |
| F-1 | 1.35 | | | SEE GAN 281 |

Form G.An. 213
May 1945
PRINTED IN U.S.A.

6/3/57

**FOR HOME OFFICE USE ONLY**

| Latest Appointment Date | Sex | Contribution Class | Date of Birth | Effective Date |
|---|---|---|---|---|
| 6/3/57 | M | A&T | REDACTED 131 | 6/3/57 |
| Previous Service From ____ To ____ | N. R. Age 65 | Nos. Ret. Date 5-1-96° | T. & P. Dis. Effective | Surg. Oper. & Hosp. Code — Wel.t. Contr. |

Has Cash Surrender Value previously withdrawn been returned? ...................................................................... Yes or No

REMARKS: _D.o. 246 on file_

BENE: SEE FORM I&R 14-I DATED MAY 5, 1967 ATTACHED TO 246 FOLDER

BENE: See Group Life Insurance Beneficiary desig. I&R 14G

dated June 7, 1974 attached to 246 folder.  gm

*[stamp: METROPOLITAN JUN 17 1977 S.S. & I&R RET. PROGRAM  8/12/74]*

CKD. BY ____

CKD. BY ____

I&R.-Agt. (P)                     _R Koepper_ (Signature)

# EXHIBIT "D"

**Absolute Assignment of Group Life Insurance
Under the Metropolitan Insurance and Retirement Program**

I Hereby Assign, as a Gift, Absolutely and Irrevocably, to

Dorothy T. Crivello                                         Wife
Assignee                                                   Relationship

REDACTED          , Carmel, California   REDACTED
Address

whose signature appears below, all right, title, interest and incidents of ownership, both present and future, relating to my Group Life insurance under Group Contract No. 50 G.L. issued to Metropolitan Life Insurance Company as the Contractholder and any Certificate No. 220801 issued thereunder and under any Group Contract and Certificate issued in substitution therefor, including but not limited to the right to make any requisite contributions under said Group Contract, the privilege of obtaining an individual policy of Life insurance on my life, any right under said Group Contract to change the beneficiary and/or the contingent beneficiary and the right to elect any available settlement option.

It is understood and agreed that

A. The Group Life insurance referred to herein is a continuation of and in full substitution for the Group Life insurance (but not Survivor Benefit insurance, if any,) which, prior to January 1, 1969, was provided under Group Contract No. 50 R.P., and Certificate issued thereunder.

B. This assignment shall not be binding upon the Insurance Company or the Contractholder unless the Waivers and Consents set forth below are executed, and when they are executed this assignment shall relate back and take effect as of the date of my signature below.

C. The Insurance Company and the Contractholder assume no obligation as to the validity or sufficiency of this assignment for any purpose whatsoever.

In Witness Whereof, I have hereunto set my hand this  7th  day of  June  1974
at  Carmel  , in the State of  California

Signed in the presence of
_Michael R. Mirabito_                          _____
Witness                                         Assignor

**Assignee's Signature**
_Michael R. Mirabito_              _Dorothy T. Crivello_
Witness                            Assignee

**Waivers and Consents**

With respect to the foregoing assignment only, the Insurance Company and the Contractholder hereby (1) waive, with respect to the Group Contract and Certificate, the provision therein against assignment, and (2) consent to the foregoing assignment and to the exercise by the assignee of all of the aforesaid right, title, interest and incidents of ownership.

Metropolitan Life Insurance Company                Metropolitan Life Insurance Company
(Insurance Company)                                (Contractholder)
By_____                           By_____
Title  VICE-PRESIDENT                              Title  Vice-President
Dated  August 5,  19 74                            Dated  July 26,  19 74

RECORDED AT THE HOME OFFICE OF THE
INSURANCE CO. IN NEW YORK, N.Y.
ON August 7, 1974                                  _____
                                                   VICE-PRESIDENT AND SECRETARY

I. & R. 117 G.L.—Printed in U.S.A. (7-71)

## RELEASE BY ASSIGNEE

In consideration for "WAIVERS AND CONSENTS" by Metropolitan Life Insurance Company
(as Insurance Company and Contractholder) relating to the assignment of Group Life
insurance made to me by_____John A. Crivello_____
on _____June_____ 19 74 , I HEREBY RELEASE Metropolitan Life Insur-
ance Company (as Insurance Company and Contractholder) and its employees, agents
and assigns from any obligation or liability of any kind as to the validity or
sufficiency of such assignment for any purpose or for failure at any time for any
reason to inform me regarding the provisions of the insurance mentioned therein or
any changes in such provisions.

_____June 7,_____ ,19 74   _Dorothy T. Crivello_____
                                        Assignee

                                   Dorothy T. Crivello

RECORDED AT THE HOME OFFICE OF THE METROPOLITAN LIFE
INSURANCE CO. IN NEW YORK, N.Y.
ON August 7, 1974
                  (PE)   _____
                         VICE-PRESIDENT AND SECRETARY

I.&R. 117 Rel. (2) - Printed in U.S.A. (4-69)

## WAIVER BY ASSIGNOR

In consideration for "WAIVERS AND CONSENTS" by Metropolitan Life Insurance Company (as Insurance Company and Contractholder) relating to the assignment of Group Life insurance made by me to _____ Dorothy L. Crivello _____ on this date, I HEREBY WAIVE any present and future right to obtain a refund of any contributions made by me for Retirement Annuity under Group Contract No. 50 R.P., issued by the Insurance Company to the Contractholder, and any Certificate issued thereunder, and under any Group Contract and Certificate issued in substitution therefor, in the event that (1) I discontinue required contributions under the Metropolitan Insurance and Retirement Program prior to termination of my employment with the Contractholder and (2) the assignee under the above-mentioned assignment continues to make the required contributions for such Group Life insurance.

_____ June 7, _____ ,19 74     _____
                                                    Assignor

                                            John A. Crivello

RECORDED AT THE HOME OFFICE OF THE METROPOLITAN LIFE INSURANCE CO. IN NEW YORK, N.Y.

ON August 7, 1974   (PR)    _____
                                   VICE-PRESIDENT AND SECRETARY

I.&R. 117 Waiv. (2) - Printed in U.S.A. (4-69)

# EXHIBIT "E"

**U.S. Life Insurance Claims**
Claim Number **21702006765**

**MetLife**

# Life insurance claim form

Use this form to submit your claim for a life insurance policy payment.

**Things to know before you begin**

- Each beneficiary submitting a claim must complete and submit a separate claim form. However, we only need one death certificate.
- Please answer each question fully and accurately  If you return this form with missing or incorrect information, it will delay your claim.
- You may have to send us other documents with this claim. See the list in *Section 6· How to submit this form*

Please correct and initial any errors on the form

---

## SECTION 1: About you

Tell us in what capacity you're making a claim *(check one)*.

☑ Individual beneficiary   ☐ Representative of a trust, estate or other organization

Your relationship to the person who died *(check one)*

☑ Spouse/Partner   ☐ Parent   ☐ Child
☐ Trust/Estate/Charity   ☐ Other *(please explain)* _____

Your name *(first, middle, last) - Please print your name the way you want it to appear on your payment*

First: **Dorothy**   Middle: **Theresa**   Last: **Crivello**

Maiden or other names *(if applicable)*
**Dorothy T. Rabe**

Mailing address *(Street number and name, apartment or suite)*
REDACTED

City: **Monterey**   State: **CA**   ZIP code: REDACTED

Date of birth *(mm/dd/yyyy)* REDACTED **193?**   Sex *(M/F)*: **F**   Social Security number REDACTED   Country of Citizenship **USA**

Please tell us if you would like to receive claim statuses electronically* *(check the box and provide information)*

☐ Phone number   ☑ Cell phone number **(831) 595-5197**   ☑ Email address **Christinaromeka@gmail.com**

☑ I consent to receive claim status e-mails and text messages as indicated above

*Please see the enclosed *About Electronic Statusing* for more details.

Have you signed a document with a funeral home that authorizes us to make a payment directly to them? This document is usually referred to as a funeral home assignment

☐ No   ☐ Yes – If yes, please send us a copy of the document with this claim form

Trust/Estate/Other Organization name *(if applicable)*   Date of Trust *(mm/dd/yyyy)*

Tax Identification Number *(Trust, Estate, or other Organization)*

---

Claim Number **21702006765**

Claimant name from Section 1 -

| First name | Middle name | Last name |
|---|---|---|
| Dorothy | Theresa | Crivello |

## SECTION 2: About the deceased

Name *(first, middle, last)*

| First | Middle | Last |
|---|---|---|
| John | Arthur | Crivello |

Maiden or other names *(if applicable)*

Residence address *(Street number and name, apartment or suite)* — Please change to Monterey CA

REDACTED  Monterey CA  REDACTED  REDACTED  Monterey CA

| City | State | ZIP code |
|---|---|---|
| Monterey | CA | REDACTED |

Date of birth *(mm/dd/yyyy)* — REDACTED 1931      Date of death *(mm/dd/yyyy)* 12/18/2014

Social Security number  REDACTED

Marital status *(check one)*
☐ Single  ☑ Married  ☐ Divorced  ☐ Separated  ☐ Widow/widower

## SECTION 3: About the insured

☑ Same person as the deceased

Name *(first, middle, last)*

| First | Middle | Last |
|---|---|---|
| John | Arthur | Crivello |

Employer name  MetLife

## SECTION 4: Tell us how you want to receive your claim payment

**Check one:**

☑ You'd like us to put your payment into a Total Control Account that we'll open for you

☐ You'd like to receive a check for your payment

- For more information about the Total Control Account, please read "About the Total Control Account."
- Keep in mind that once you receive a check you cannot get a Total Control Account
- If your payment is less than $5,000, or you are not a U.S. citizen or resident for tax purposes, we will automatically pay you by check
- If you do not select a payment option, in most states you will receive a Total Control Account, unless MetLife is required by state law, rule or regulation to pay you by check.

2
0
1
7
-
0
6
-
1
2



17163160216321

010000830080090080000

Claim Number 21702006765

Claimant name from Section 1 -

| First name | Middle name | Last name |
|---|---|---|
| Dorothy | Theresa | Crivello |

## SECTION 5: Certification and signature

By signing this claim form, you certify that:

- All the information you have given is true and complete to the best of your knowledge
- Any contributions owed by the insured will be deducted from the insurance proceeds paid to me.
- If we overpay you, we have the right to recover the amount we overpaid. This can happen if we find we've paid you more than you're entitled to under this life insurance claim, or if we paid you when we should have paid someone else. You agree to repay us the amount we overpaid. You also understand that if you do not repay us, we may take steps, including legal action, to recover the overpayment
- You have read the Claim Fraud Warnings included with this form **New York residents:** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, and shall also be subject to civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation

Under the penalties of perjury I certify,

1 That the number shown as my Social Security Number or Tax Identification Number in "Section 1  About you" above is my correct taxpayer identification number, and

2 That I am not subject to backup withholding because  (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding,

3. I am a U S. citizen, resident alien, or other U S  person*, and

4. I am not subject to FATCA reporting because I am a U S. person* and the account is located within the United States.

*(Please note: You must cross out Item 2 above if the IRS has notified you that you are currently subject to backup withholding because you failed to report all interest or dividend income on your tax return )*

**If you are not a U S Citizen, a U.S resident alien or other U.S person for tax purposes, please cross out items 3 and 4 above, and complete and submit form W-8BEN (individuals) or W-8BEN-E (entities)*

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding  You must complete this certification to avoid 28% withholding with respect to taxable amounts

| Signature of person making the claim | Date signed (mm/dd/yyyy) |
|---|---|
| Christine M Rumeka | 6/7/2017 |
| P. O. A- for Dorothy T. Crivello | |

CS-GL-FORM-B (04/16)

2
0
1
7
-
0
6
-
1
2

Claim Number **21702006765**

Claimant name from Section 1 -

| First name | Middle name | Last name |
|---|---|---|
| Dorothy | Theresa | Crivello |

## SECTION 6: How to submit this form

**6A. Check off the additional items you're sending with this claim form**

☑ **A death certificate.** We require a copy of the death certificate. The funeral director taking care of the funeral arrangements can usually provide a copy of the death certificate. **We only require one death certificate** – if you're aware of another claimant who's sending one, you don't have to send it

☐ If you signed a document with a funeral home that authorizes us to make a payment directly to them, a copy of that document

☐ If the beneficiary is the estate and you are a representative of an estate, a copy of the appointment papers issued by the courts

☐ If the beneficiary is a trust and you are a trustee, a statement that the trust is still in effect and you are authorized to act under the trust If you are not the original trustee, a copy of the page naming you as the successor trustee.

☑ If you have Power of Attorney, a copy of the appointment papers naming you as the attorney-in-fact for the beneficiary

**6B. Submission instructions**

Unless you have been advised of different instructions by the administrator/employer, return this claim form and the documents you've checked off above in the envelope included with this package, or mail/fax them to.

| Mail: | Fax: | |
|---|---|---|
| MetLife Group Life Claims | 1-570-558-8645 | If faxing, please remember to fax both front and back |
| P O. Box 6100 | | sides of the claim form |
| Scranton, PA 18505-6100 | | |

Please note  Most claims are reviewed within five (5) business days

> **We're here to help**
>
> If you have questions, or need help preparing your claim, call us at 1-800-MET-6420 (1-800-638-6420), then press 2. Our Customer Service Center is open Monday through Thursday, 8 00 a m  to 8 00 p.m. EST, and Friday 8 00 a m  to 5:00 p.m. EST.

*About Electronic Statusing*

MetLife provides electronic statusing as a convenience to you  Please review the following terms and conditions carefully before providing (a) your agreement to them, and (b) your consent to receiving electronic statuses

By agreeing to the terms of this Agreement, you are consenting to receive claims statuses in one or more of the following ways

1  When a change has been made to your claim, we will send you an email advising you that we have made such a change,

Such e-mails will be sent to the current e-mail address we have on file for you  In addition, we can notify you about the availability of claim statuses by text message (SMS - Short Messaging Service). If you agree to receive notification of the availability of claim status messages by text message, you acknowledge and agree that any charges associated with your receipt of these messages are fully your obligation and are not reimbursable by MetLife or any of its affiliates  There may be other third party costs for Internet access fees or text message (SMS) charges that are not reimbursable by MetLife or any of its affiliates.

We will continue to deliver information in writing to you by U S  mail.

2  You may withdraw your consent, change your delivery preferences, and update information we need to contact you electronically at any time by replying "stop" to a text message from us or by calling our Customer Service Department

Case 3:19-cv-02169-JLS Document 1-7 Filed 04/28/21 Page 101 of 125

# STATE OF CALIFORNIA
### CERTIFICATION OF VITAL RECORD

# COUNTY OF MONTEREY
## Salinas, California
### CERTIFIED COPY OF VITAL RECORDS

3052016251070

**CERTIFICATE OF DEATH**
STATE OF CALIFORNIA
USE BLACK INK ONLY / NO ERASURES, WHITEOUTS OR ALTERATIONS

STATE FILE NUMBER

3201627002469

LOCAL REGISTRATION NUMBER

| | | | | | |
|---|---|---|---|---|---|
| 1. NAME OF DECEDENT–FIRST (Given) JOHN | 2. MIDDLE ARTHUR | 3. LAST (Family) CRIVELLO | | | |
| AKA, ALSO KNOWN AS – Include full AKA (FIRST MIDDLE LAST) | | 4. DATE OF BIRTH mm/dd/ccyy REDA 1931 | 5. AGE Yrs. 85 | 6. SEX M |
| 9. BIRTH STATE/FOREIGN COUNTRY CA | 10. SOCIAL SECURITY NUMBER REDACTED | 11. EVER IN U.S. ARMED FORCES? [X] YES [ ] NO [ ] UNK | 12. MARITAL STATUS AT DEATH MARRIED | 7. DATE OF DEATH mm/dd/ccyy 12/18/2016 | 8. HOUR 1455 |
| 15. EDUCATION – Highest Level/Degree ASSOCIATE | 16. WAS DECEDENT HISPANIC/LATINO/SPANISH PARENT (if yes, see worksheet on back) [ ] YES [ ] NO | 16. DECEDENT'S RACE – Up to 3 races may be listed (see worksheet on back) CAUCASIAN | | | |
| 17. USUAL OCCUPATION – Type of work for most of life, DO NOT USE RETIRED LIFE INSURANCE AGENT | 18. KIND OF BUSINESS OR INDUSTRY (e.g. grocery store, road construction, employment agency, etc) INSURANCE | | 19. YEARS IN OCCUPATION 50 |

| | | | | |
|---|---|---|---|---|
| 20. DECEDENT'S RESIDENCE (Street and number, or location) REDACTED | | | | |
| 21. CITY MONTEREY | 22. COUNTY/PROVINCE MONTEREY | 23. ZIP CODE REDAC | 24. YEARS IN COUNTY 85 | 25. STATE/FOREIGN COUNTRY CA |
| 26. INFORMANT'S NAME, RELATIONSHIP CHRISTINA ROMEKA, DAUGHTER | | 27. INFORMANT'S MAILING ADDRESS REDACTED MONTEREY, CA REDAC | | |

| | | | |
|---|---|---|---|
| 28. NAME OF SURVIVING SPOUSE/SRDP–FIRST DOROTHY | 29. MIDDLE | 30. LAST/BIRTH NAME RABE | |
| 31. NAME OF FATHER/PARENT–FIRST NINO | 32. MIDDLE VINCENZO | 33. LAST/BIRTH NAME CRIVELLO | 34. BIRTH STATE ITALY |
| 35. NAME OF MOTHER/PARENT–FIRST JANE | 36. MIDDLE TERESA | 37. LAST/BIRTH NAME MCCLATCHY | 38. BIRTH STATE CA |

| | | |
|---|---|---|
| 39. DISPOSITION DATE mm/dd/ccyy 12/27/2016 | 40. PLACE OF FINAL DISPOSITION SAN CARLOS CEMETERY REDACTED MONTEREY, CA REDAC | |
| 41. TYPE OF DISPOSITION(S) BU | 42. SIGNATURE OF EMBALMER [X] NOT EMBALMED | 43. LICENSE NUMBER |
| 43. NAME OF FUNERAL ESTABLISHMENT MISSION MORTUARY | 44. LICENSE NUMBER FD814 | 45. SIGNATURE OF LOCAL REGISTRAR ▶ EDWARD L MORENO, MD ▶ 12/23/2016 |

| | | | |
|---|---|---|---|
| 101. PLACE OF DEATH OWN RESIDENCE | 102. IF HOSPITAL SPECIFY ONE [ ] IP [ ] EP/OP [ ] DOA | 103. IF OTHER THAN HOSPITAL SPECIFY ONE [ ] Hospice [ ] Nursing Home/LTC [ ] Decedent's Home [X] Other | |
| 104. COUNTY MONTEREY | 105. FACILITY ADDRESS OR LOCATION WHERE FOUND (Street and number or location) REDACTED | | 106. CITY MONTEREY |
| 107. CAUSE OF DEATH | Enter the chain of events – diseases, injuries, or complications – that directly caused death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE. | | 108. DEATH REPORTED TO CORONER? [ ] YES [X] NO |
| IMMEDIATE CAUSE (Final disease or condition resulting in death) | (A) ARTERIOSCLEROTIC CEREBROVASCULAR DISEASE | Time interval between onset and death 2 YRS. | 109. BIOPSY PERFORMED? [ ] YES [X] NO |
| Sequentially list conditions, if any, leading to cause on Line A. Enter UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST | (B) | | 110. AUTOPSY PERFORMED? [ ] YES [X] NO |
| | (C) | | 111. USED IN DETERMINING CAUSE? [ ] YES [ ] NO |
| | (D) | | |
| 112. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN 107 DIABETES MELLITUS TYPE 2, LEGAL BLINDNESS | | | |
| 113. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 112 (if yes, list type of operation and date) NO | | 113A. IF FEMALE, PREGNANT IN LAST YEAR? [ ] YES [ ] NO [ ] UNK |

| | | | |
|---|---|---|---|
| 114. I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE HOUR, DATE AND PLACE STATED FROM THE CAUSES STATED. Decedent attended since mm/dd/ccyy 11/20/2000 Decedent last seen alive mm/dd/ccyy 12/13/2016 | 115. SIGNATURE AND TITLE OF CERTIFIER ▶ PAULINO EVO TOCCHET M.D. | 116. LICENSE NUMBER G16156 | 117. DATE mm/dd/ccyy 12/23/2016 |
| | 118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE PAULINO EVO TOCCHET M D 14 FORD RD PO BOX 1573, CARMEL VALLEY, CA 93924 | | |
| 119. MANNER OF DEATH [ ] Natural [ ] Accident [ ] Homicide [ ] Suicide [ ] Pending Investigation [ ] Could not be Determined | 120. INJURED AT WORK? [ ] YES [ ] NO [ ] UNK | 121. INJURY DATE mm/dd/ccyy | 122. HOUR pd down |
| 123. PLACE OF INJURY (e.g. home, construction site, wooded area, etc) | | | |
| 124. DESCRIBE HOW INJURY OCCURRED (Events which resulted in injury) | | | |
| 125. LOCATION OF INJURY (Street and number, or location, and city and zip) | | | |
| 126. SIGNATURE OF CORONER / DEPUTY CORONER | 127. DATE mm/dd/ccyy | 128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER | |

| STATE REGISTRAR | A | B | C | D | E | | FAX AUTH # | CENSUS TRACT |
|---|---|---|---|---|---|---|---|---|

*010001003425023*

MONTEREY CO DEPT OF HEALTH
STATE OF CALIFORNIA
COUNTY OF MONTEREY

**JAN 18 2017**
DATE ISSUED

By _____  Local Registrar

This is a true and exact reproduction of the document officially registered and placed on file in the Office of the Monterey County Vital Records. This copy is not valid unless prepared on engraved border displaying seal and signature of Local Registrar

*000354810*

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

# UNIFORM STATUTORY FORM POWER OF ATTORNEY
### (California Probate Code Section 4401)

**NOTICE: THE POWERS GRANTED BY THIS DOCUMENT ARE BROAD AND SWEEPEING.  THEY ARE EXPLAINED IN THE UNIFORM STATUTORY FORM POWER OF ATTORNEY ACT (CALIFORNIA PROBATE CODE SECTIONS 4400-4465).  IF YOU HAVE ANY QUESTIONS ABOUT THESE POWERS, OBTAIN COMPETENT LEGAL ADVICE. THIS DOCUMENT DOES NOT AUTHORIZE ANYONE TO MAKE MEDICAL OR OTHER HEALTH-CARE DECISIONS FOR YOU.  YOU MAY REVOKE THIS POWER OF ATTORNEY IF YOU LATER WISH TO DO SO.**

I,    DOROTHY T CRIVELLO, a resident of Monterey County, CA,   hereby appoint my daughter, CHRISTINA MARIA CRIVELLO ROMEKA, a resident of Monterey County, CA (SSN: REDACTED)

as my agent (attorney-in-fact) to act for me in any lawful way with respect to the following initialed subjects

TO GRANT ALL OF THE FOLLOWING POWERS, INITIAL THE LINE IN FRONT OF (N) AND IGNORE THE LINES IN FRONT OF THE OTHER POWERS. TO GRANT ONE OR MORE, BUT FEWER THAN ALL, OF THE FOLLOWING POWERS, INITIAL THE LINE IN FRONT OF EACH POWER YOU ARE GRANTING. TO WITHOLD A POWER, DO NOT INITIAL THE LINE IN FRONT OF IT  YOU MAY, BUT NEED NOT, CROSS OUT EACH POWER WITHHELD

**INITIAL**

_____ (A) Real property transactions

_____ (B) Tangible personal property transactions.

_____ (C) Stock, partnership interest, LLC interest and bond transactions.

_____ (D) Commodity and option transactions

_____ (E) Banking, credit card and other financial institution transactions

_____ (F) Business operating transactions.

_____ (G) Insurance and annuity transactions

_____ (H) Estate, trust, and other beneficiary transactions.

**INITIAL**

_____ (I) Claims and litigation

_____ (J) Personal and family maintenance (including utilities, personal obligations, social media, electronic mail, etc.)

_____ (K) Benefits from social security, medicare, medicaid, or other governmental programs, or civil or military service.

_____

_____ (L) Retirement plan transactions.

_____ (M) Tax matters.

_____ (N) ALL OF THE POWERS LISTED ABOVE. YOU NEED NOT INITIAL ANY OTHER LINES IF YOU INITIAL IN LINE (N).

**THIS POWER OF ATTORNEY IS EFFECTIVE IMMEDIATELY AND WILL CONTINUE UNTIL IT IS REVOKED. THIS POWER OF ATTORNEY WILL CONTINUE TO BE EFFECTIVE EVEN THOUGH I, THE PRINCIPAL, BECOME INCAPACITATED.**

I agree that any third party who receives a copy of this document may act under it. Revocation of the power of attorney is not effective as to a third party until the third party has actual knowledge of the revocation.  I agree to indemnify the third party for any claims that arise against the third party because of reliance on this power of attorney.

Signed this _____ day of August, 2014

*Dorothy T. Crivello*

Dorothy T. Crivello

REDACTED

(SOCIAL SECURITY NUMBER)

State of CALIFORNIA                                     County of  Monterey

**BY ACCEPTING OR ACTING UNDERT THE APPOINTMENT, THE AGENT ASSUMES THE FIDUCIARY AND OTHER LEGAL RESPONSIBILITIES OF AN AGENT.**

**CERTIFICATE OF ACKNOWLEDGEMENT OF NOTARY PUBLIC**

State of California
County of Monterey

On 8/25/14 , 2014 before me,  PETER J. CONIGLIO _____

personally appeared Dorothy T. Crivello, who proved to me on the basis of satisfactory evidence to be the person whose names is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacities, and that by her signature on the instrument the persons, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

PETER J CONIGLIO
Commission # 1904104
Notary Public • California
Monterey County
My Comm. Expires Sep 16, 2014

**MetLife**

Metropolitan Life Insurance Company
Group Life Claims
P.O. Box 6100
Scranton, PA 18505

**Group Life Claims** Operations
Metropolitan Life Insurance Company

August 2, 2017

Insured John Crivello
Group Number 29306/29101/34002
Claim No 21702006765

Dorothy Crivello
C/O Christina Maria Crivello Romeka
REDACTED
Monterey, CA REDACTED

Robert Crivello
REDACTED
Carmel, CA REDACTED

## Dear Claimants,

### Why we're contacting you

We have thoroughly reviewed your claims to the referenced benefits. Unfortunately, Mrs. Crivello's claim based on the Plan's Beneficiary line of succession, and Mr. Crivello's claim based on the most recent beneficiary designation, are adverse to one another and raise questions of fact and law that cannot be resolved by MetLife without exposing the plan to the danger of double liability.

### What you need to know

- Plan Participant: John Crivello
- Plan Name & Group No.: Metropolitan Life and Affiliated Companies/ Survivor Income Direct Business (29101) & Basic Life (29306 & 34002)
- Claim No.: 21702006765
- Amount: $145,606.00

The plan is regulated by the Employee Retirement Income Security Act of 1974, as amended (ERISA), 29 U.S.C. §§ 1001-1461, and MetLife is acting in its capacity as claims fiduciary for the plan.

Mr. Crivello relies on the latest beneficiary designation on file with the plan, which names him as beneficiary for the proceeds. However, the form has a cross-out over his name. We are unable to determine if the insured themselves made this mark or if this was made later by the record keeper. Mrs. Crivello relies on the Plan's Beneficiary Line of Succession if the designation in question is deemed invalid which would release funds in the following order of Spouse, Children, Parent(s), Sibling(s) and then Estate.

MetLife is, therefore, required by law to initiate what is called an interpleader action to permit a court to decide between the claims. Before doing so, however, MetLife will give you the opportunity to try to resolve the matter amicably in order to preserve the benefits from litigation costs and fees.

### What you need to do

MetLife must be informed in writing within thirty days of the date of this letter whether an amicable compromise of your claims can be reached. If you cannot reach an agreement, or you do not timely contact this office, you will be notified of the lawsuit in due course. If an agreement can be reached, all parties must contact this office in writing advising of the

gli162.rev.0012

# EXHIBIT "F"

details of your compromise regarding the referenced benefit plan.  MetLife will then prepare a Release in accordance with the terms of your settlement agreement, which releases any and all claims against MetLife, Metropolitan Life and Affiliated Companies and the Metropolitan Life and Affiliated Companies Survivor Income Direct Business benefit and the Basic Life benefits. Once all settling parties have executed the Release prepared by MetLife, the proceeds will be paid in accordance with your compromise.

## We're here to help

If you have any questions, please contact our office at 800-638-6420.

Sincerely,

Group Life Claims

# EXHIBIT "G"

2
0
1
7
-
0
8
-
1
4

1722636050008341

Metropolitan Life Insurance Company
Group Life Claims
P.O. Box 6100
Scranton, PA 18505

August 9, 2017

Group Number 29306/29101/34002
Claim No 21702006765
Insured John A. Crivello

To Whom It May Concern:

This letter is in reference to the letter to which was sent regarding John
Crivello's Life Insurance Claim.  I, Robert Crivello, would like to appoint
Dorothy T. Crivello as the beneficiary for this plan.  I am resigning any of
my potential rights and benefits.  All proceeds shall go to her.

Thank you,

Robert Crivello

# EXHIBIT "H"

2
0
1
7
-
0
8
-
1
4

17226305066651



## JOHN A. CRIVELLO FAMILY PARTNERS, L.P.

Metropolitan Life Insurance Company
Group Life Claims
P.O. Box 6100
Scranton, PA 18505

August 9, 2017

Group Number 29306/29101/34002
Claim No 21702006765
Insured John A. Crivello

To Whom It May Concern:

This letter is in reference to the letter to which was sent regarding John
Crivello's Life Insurance Claim.   We are all in agreement.  Please allow
and designate Dorothy T. Crivello as the primary beneficiary and see
enclosed the POA that Christina M. Romeka has for her.  Mr. Robert
Crivello has resigned from all of his potential rights and benefits.
Following Mrs. Crivello will be her daughter Christina Romeka and her
children.

We would like to have these funds placed in a Total Control Account.

If you have any questions please feel free to contact Christina at (831)
595-5197.

Thank you.

Dorothy T. Crivello                    Christina M. Romeka

P.O. Box 3311 • Monterey, CA 93942-3311 • (831) 648-3311 • Fax (831) 648-3313

# UNIFORM STATUTORY FORM POWER OF ATTORNEY
### (California Probate Code Section 4401)

**NOTICE: THE POWERS GRANTED BY THIS DOCUMENT ARE BROAD AND SWEEPEING.  THEY ARE EXPLAINED IN THE UNIFORM STATUTORY FORM POWER OF ATTORNEY ACT (CALIFORNIA PROBATE CODE SECTIONS 4400-4465).  IF YOU HAVE ANY QUESTIONS ABOUT THESE POWERS, OBTAIN COMPETENT LEGAL ADVICE. THIS DOCUMENT DOES NOT AUTHORIZE ANYONE TO MAKE MEDICAL OR OTHER HEALTH-CARE DECISIONS FOR YOU.  YOU MAY REVOKE THIS POWER OF ATTORNEY IF YOU LATER WISH TO DO SO.**

I,     DOROTHY T. CRIVELLO, a resident of Monterey County, CA,   hereby appoint my daughter, CHRISTINA MARIA CRIVELLO ROMEKA, a resident of Monterey County, CA (SSN: REDACTED

as my agent (attorney-in-fact) to act for me in any lawful way with respect to the following initialed subjects:

TO GRANT ALL OF THE FOLLOWING POWERS, INITIAL THE LINE IN FRONT OF (N) AND IGNORE THE LINES IN FRONT OF THE OTHER POWERS. TO GRANT ONE OF MORE, BUT FEWER THAN ALL, OF THE FOLLOWING POWERS, INITIAL THE LINE IN FRONT OF EACH POWER YOU ARE GRANTING. TO WITHOLD A POWER, DO NOT INITIAL THE LINE IN FRONT OF IT.  YOU MAY, BUT NEED NOT, CROSS OUT EACH POWER WITHHELD.

**INITIAL**

_____ (A) Real property transactions

_____ (B) Tangible personal property transactions.

_____ (C) Stock, partnership interest, LLC interest and bond transactions.

_____ (D) Commodity and option transactions.

_____ (E) Banking, credit card and other financial institution transactions.

_____ (F) Business operating transactions.

_____ (G) Insurance and annuity transactions.

_____ (H) Estate, trust, and other beneficiary transactions.

**INITIAL**

_____ (I) Claims and litigation.

_____ (J) Personal and family maintenance (including utilities, personal obligations, social media, electronic mail, etc.)

_____ (K) Benefits from social security, medicare, medicaid, or other governmental programs, or civil or military service.

_____ (L) Retirement plan transactions.

_____ (M) Tax matters.

_____ (N) ALL OF THE POWERS LISTED ABOVE. YOU NEED NOT INITIAL ANY OTHER LINES IF YOU INITIAL IN LINE (N).

**THIS POWER OF ATTORNEY IS EFFECTIVE IMMEDIATELY AND WILL CONTINUE UNTIL IT IS REVOKED. THIS POWER OF ATTORNEY WILL CONTINUE TO BE EFFECTIVE EVEN THOUGH I, THE PRINCIPAL, BECOME INCAPACITATED.**

I agree that any third party who receives a copy of this document may act under it. Revocation of the power of attorney is not effective as to a third party until the third party has actual knowledge of the revocation.  I agree to indemnify the third party for any claims that arise against the third party because of reliance on this power of attorney.

Signed this _____ day of JAugust, 2014

*Dorothy T. Crivello*

Dorothy T. Crivello

[ REDACTED ]

(SOCIAL SECURITY NUMBER)

State of CALIFORNIA                                    County of Monterey

**BY ACCEPTING OR ACTING UNDERT THE APPOINTMENT, THE AGENT ASSUMES THE FIDUCIARY AND OTHER LEGAL RESPONSIBILITIES OF AN AGENT.**

### CERTIFICATE OF ACKNOWLEDGEMENT OF NOTARY PUBLIC

State of California
County of Monterey

On 8/25/14, 2014 before me, PETER J. CONIGLIO

personally appeared Dorothy T. Crivello, who proved to me on the basis of satisfactory evidence to be the person whose names is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacities, and that by her signature on the instrument the persons, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

PETER J. CONIGLIO
Commission # 1904104
Notary Public - California
Monterey County
My Comm. Expires Sep 16, 2014

# EXHIBIT "I"



Metropolitan Life Insurance Company
Group Life Claims
P.O. Box 6100
Scranton, PA 18505

September 11, 2017

**Group Life Claims** Operations
Metropolitan Life Insurance Company

Insured John Crivello
Group Number 29101, 29306 & 34002
Claim No 21702006765

Dorothy Crivello
c/o Christina Maria Crivello Romeka
REDACTED
Monterey, CA REDACTED

Robert Crivello
REDACTED
Carmel, CA REDACT
ED



Please send the requested information

## Dear Claimant's,

## Why we're contacting you

This will acknowledge receipt of your correspondence regarding the referenced plan benefits. You indicated an agreement has been reached in regards to the Group Life Benefits referenced above. The enclosed GENERAL RELEASE AGREEMENT reflects this information. Please review the document, and if it is consistent with your intent, please sign it in the presence of a Notary Public. Please submit a **complete copy of the notarized document** along with the signature page to our office. Please retain one copy for your records.

## What you need to know
- Plan Participant: John Crivello
- Plan Name & Group No.: Metropolitan Life and Affiliated Companies/ Survivor Income Direct Business (29101) & Basic Life (29306 & 34002)
- Claim No.: 21702006765
- Amount: $145,606.00

## What you need to do
The General Release Agreement is irrevocable once you have returned it to us and we have issued payment in reliance on it. Payment will be made as stated in the agreement. Please review the General Release very carefully to understand to whom we will pay the plan benefits if you sign and return this agreement.

## We're here to help
If you have any questions, please contact our office at 800-638-6420.

Sincerely,

Group Life Claims

Enclosure:  General Release Agreement

gli345.rev.0005

# EXHIBIT "J"

# Krista M. Ostoich

ATTORNEY AT LAW

October 24, 2017

Metropolitan Life Insurance Company
Group Life Claims
P.O. Box 6100
Scranton, PA 18505

Re:   Insured: John Crivello
      Group No.: 29306/29101/34001
      Claim No.: 21702006765

To Whom it May Concern:

This firm has been retained to represent Robert Crivello in respect to the above referenced claim. Mr. Crivello has received your correspondence dated September 11th regarding his execution of a General Release to disclaim his interest in the group life insurance benefits in the policy referenced above. ("the benefits").

If Metropolitan Life Insurance Company (MetLife) has evidence that the insured changed the designated beneficiary under the policy from Robert Crivello to Dorothy Crivello, in full compliance with MetLife's policy provisions, my client will disclaim his rights and interest to the benefits.   But, if the insured never actually changed the designated beneficiary per the terms of the applicable MetLife policy provisions, Robert Crivello is entitled to the plan benefits and intends to aggressively act to obtain them.  Unless MetLife has evidence that the insured himself changed the designated beneficiary, the parties are unable to amicably resolve this matter, and litigation may be inevitable

Please forward any future correspondence regarding this matter to my attention.

Very Truly Yours,

Krista M. Ostoich, Esq.

Cc:   Dorothy Crivello

831.250.7422  ▪  3855 Via Nona Marie, Ste. 201  ▪  Carmel, CA 93923  ▪  kostoich@ostoichlaw.com

# EXHIBIT "K"

2
0
1
8
-
0
1
-
1
6

18015300691051

## Krista M. Ostoich

ATTORNEY AT LAW

January 10, 2018

Metropolitan Life Insurance Company
Group Life Claims
P O Box 6100
Scranton, PA 18505

> Re:   Insured· John Crivello
>         Group No · 29306/29101/34001
>         Claim No · 21702006765

To Whom it May Concern

As a follow-up to my October 24, 2017 letter to your attention, Robert Crivello and Dorothy Crivello have agreed to split insurance benefits in the policy referenced above, with each party receiving 50% percent of the proceeds.

Please prepare and forward to my attention the appropriate Release(s) to be executed by the parties in order to effectuate this agreement.  Do not hesitate to contact me directly with any questions or concerns regarding this matter

The parties look forward to a quick resolution of this issue

Very Truly Yours,

Krista M. Ostoich, Esq.

Cc:  Dorothy Crivello

831.250.7422  ▪  3855 Via Nona Marie, Ste  201  ▪  Carmel, CA 93923  ▪  kostoich@ostoichlaw com

# EXHIBIT "L"



Metropolitan Life Insurance Company
Group Life Claims
P.O. Box 6100
Scranton, PA 18505

**Group Life Claims** Operations
Metropolitan Life Insurance Company

Insured John A. Crivello
Group Number 0034002
Claim No 21702006765

January 26, 2018

Dorothy Crivello
c/o Christina Maria Crivello Romeka
REDACTED
Monterey, CA REDACTED

 Please send the requested information

## Dear Ms. Crivello,

### Why we're contacting you

This will acknowledge receipt of your correspondence regarding the referenced plan benefits. You indicated an agreement has been reached in regards to the Group Life Benefits referenced above. The enclosed GENERAL RELEASE AGREEMENT reflects this information. Please review the document, and if it is consistent with your intent, please sign it in the presence of a Notary Public. Please submit a **complete copy of the notarized document** along with the signature page to our office. Please retain one copy for your records.

### What you need to know

- Plan Participant: John A. Crivello
- Plan Name & Group No. : Metropolitan Life And Affiliated Companies - 0034002 & 0029306
- Basic Life Insurance
- Claim No.: 21702006765
- Amount: $88,000.00

### What you need to do

The General Release Agreement is irrevocable once you have returned it to us and we have issued payment in reliance on it. Payment will be made as stated in the agreement. Please review the General Release very carefully to understand to whom we will pay the plan benefits if you sign and return this agreement.

### We're here to help

If you have any questions, please contact our office at 800-638-6420.

Sincerely,

Group Life Claims

Enclosure: General Release Agreement

gli345.rev.0005



Metropolitan Life Insurance Company
Group Life Claims
P.O. Box 6100
Scranton, PA 18505

**Group Life Claims** Operations
Metropolitan Life Insurance Company

January 26, 2018

Insured John A. Crivello
Group Number 0034002
Claim No 21702006765

Krista M. Ostoich
Attorney At Law
3855 Via Nona Marie, Ste 201
Carmel, CA 93923

Please send the requested information

# Dear Ms. Ostoich,

## Why we're contacting you

This will acknowledge receipt of your client's correspondence regarding the referenced plan benefits. You indicated an agreement has been reached in regards to the Group Life Benefits referenced above. The enclosed GENERAL RELEASE AGREEMENT reflects this information. Please review the document, and if it is consistent with your intent, please have your client sign it in the presence of a Notary Public. Please submit a **complete copy of the notarized document** along with the signature page to our office. Please retain one copy for your records.

## What you need to know

- Plan Participant: John A. Crivello
- Plan Name & Group No. : Metropolitan Life And Affiliated Companies - 0034002 & 0029306
- Basic Life Insurance
- Claim No.: 21702006765
- Amount: $88,000.00
- Your Client: Robert Crivello

## What you need to do

The General Release Agreement is irrevocable once you have returned it to us and we have issued payment in reliance on it. Payment will be made as stated in the agreement. Please review the General Release very carefully to understand to whom we will pay the plan benefits if you sign and return this agreement.

In addition, to file a claim, please have your client complete the enclosed Claimant's Statement and return it to this office with the notarized General Release Agreement.

## We're here to help

If you have any questions, please contact our office at 800-638-6420.

Sincerely,

Group Life Claims

Enclosure: General Release Agreement

gli345.rev.0005

# EXHIBIT "M"



Metropolitan Life Insurance Company
Group Life Claims
P.O. Box 6100
Scranton, PA 18505

February 21, 2018

Krista Ostoich
Attorney at Law
3855 Via Nona Marie  Ste 201
Carmel, CA 93923

Dorothy Crivello
c/o Christina Maria Crivello Romeka
**REDACTED**
Monterey, CA **REDACTED**

**Group Life Claims** Operations
Metropolitan Life Insurance Company

Insured John Crivello
Group Number 0034002
Claim No 21702006765


Please send the requested information

# Dear Claimants,

## Why we're contacting you

Our office is sending this correspondence to clarify the benefits under the insured. Prior correspondence was not clear and contained information that was incorrect. We apologize for an inconvenience that has been caused by the miscommunication.

## What you need to know

- Plan Participant: John Crivello
- Plan Name & Group No.: Metropolitan Life and Affiliated Companies – Survivor Income Benefit (29101) & Basic Life (29306 & 34002)
- Claim No.: 21702006765
- Krista Ostoich's Client: Robert Crivello


We would first like to provide you with the claim information, such as coverages and beneficiaries; we will explain where our correspondence was incorrect and lastly what is needed to complete the processing of this matter.

Mr. Crivello was a covered as a retired employee of MetLife and was enrolled in the following benefits; Basic Life insurance and Survivor Income Benefit Life which are offered under the terms of the Metropolitan Life and Affiliated Companies plan.

The Survivor Income Benefit Plan is the insurance in which monthly income payments are payable to the surviving spouse as beneficiary during the remaining lifetime of such surviving spouse. This is not a benefit that the insured can name a payee the terms of the plan require the benefit to be payable to a surviving spouse as defined by the plan and is not an assignable benefit.

The Retiree Basic Life Insurance is coverage that the insured does name a beneficiary for which benefits are to become payable to at the time of the insured's death. For this benefit our records reflect that on May 21, 1957 the insured completed a beneficiary designation card (copy attached), this form names Robert A Crivetto, Brother. As you can see

gli345.rev.0005

from the copy of this designation it has a cross out line through the beneficiary section of the form and has in typed format the words, "see over". The back of this designation has the following typed, "BENE: See Group Life Insurance Beneficiary designation I7R 14G dated June 7, 1974 attached to 246 folder. Gm 8/12/17". Then our records indicate the insured completed an Absolute Assignment of Group Life Insurance under the Metropolitan Insurance and Retirement Program, this assignment was completed and signed on June 7th, 1974 (copy attached). This form is assigning the rights, title, interest and incidents of ownership to Dorothy T Crivello. The assignment form gives the right to change the beneficiary and or the contingent beneficiary of the policy. But the assignment form itself does not contain a section to name a beneficiary. Nor is there any additional designation on file completed by the insured or new owner, Dorothy T Crivello.

Our letter dated August 2, 2017 included the Survivor Income Benefit which was incorrect. As stated above, the Survivor Income Benefit is solely payable to the surviving spouse.   Therefore, the beneficiary designation issue discussed above is only applicable to the Basic Life Insurance. Our correspondence of September 11, 2017 again was incorrect as it included the Survivor Income Benefit, which is not in question nor should it be a part of the request for a release agreement.   When our office discovered the error of including the Survivor Income Benefit we sent new correspondence on January 26, 2018, in this letter we should have explained the error and the requirement for the new release agreement.

Again our office apologizes for the errors and confusion this has caused concerning the benefits and the request for an agreement to be reached.

Mr. Crivello relies on the latest beneficiary designation on file with the plan, which names him. However, with the cross out and additional wording on that form described above we are unable to determine if the insured themselves made this mark or if this was made later by the record keeper. Mrs. Crivello relies on the Plan's beneficiary line of succession provision if the designation in question is deemed invalid which would release the funds in the following order of Spouse, children, Parent(s), Siblings(s) and then estate.

MetLife is, therefore, required by law to initiate whit is called an interpleader action to permit a court to decide between the claims. Before doing so, however, MetLife will give an opportunity to the parties to resolve this matter amicably in order to preserve the benefits from litigation costs and fees.

## What you need to do

Please either complete the enclosed General Release Agreement or if the above information changes your prior agreement please informed MetLife in writing within thirty days of the date of this letter whether an amicable compromise of your claims can be reached.

If you choose to complete the General Release Agreement, please review the document, and if it is consistent with your intent, please sign it in the presence of a Notary Public. Please submit a **complete copy of the notarized document** along with the signature page to our office. Please retain one copy for your records. In addition please be advised the General Release Agreement is irrevocable once you have returned it to us and we have issued payment in reliance on it. Payment will be made as stated in the agreement. Please review the General Release very carefully to understand to whom we will pay the plan benefits if you sign and return this agreement.

If Mr. Crivello would like to file a claim, please have him complete the enclosed Claimant's Statement and return it to this office with the notarized General Release Agreement.

If you choose not the complete the General Release Agreement because you cannot reach an agreement, or you do not timely contact this office, you will be notified of the lawsuit in due course.

Or if a different agreement can be reached, all parties must contact this office in writing advising of the details of your compromise regarding the referenced benefit plan. MetLife will then prepare a Release in accordance with the terms of your settlement agreement, which releases any and all claims against MetLife, Metropolitan Life and Affiliated Companies, and the Metropolitan Life and Affiliated Companies Plan. Once all settling parties have executed the Release prepared by MetLife, the proceeds will be paid in accordance with your compromise.

**We're here to help**

If you have any questions, please contact our office at 800-638-6420.

Sincerely,

Group Life Claims

Enclosure: General Release Agreement